1  KEVIN E. GAUT (SBN 117352), keg@msk.com
   DANIEL M. HAYES (SBN 240250), dmh@msk.com
2  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
3  Los Angeles, California 90064-1683
   Telephone: (310) 312-2000
4  Facsimile: (310) 312-3100

5  Attorneys for Defendants MBF Leasing LLC, Northern
   Funding, , LLC, Northern Leasing Systems, Inc., Golden
6  Eagle Leasing LLC, Lease Finance Group, LLC, RBL
   Capital Group, LLC, Jay Cohen, Sara Krieger, Rich Hahn,
7  Sam Buono, and Linda Kravic

FILED
MAY - 7 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| JUST FILM, INC., RAINBOW BUSINESS SERVICES, D/B/A PRECISION TUNE AUTO CARE; VOLKER VON GLASENAPP; AND JERRY SU, on behalf of themselves, the general public and those similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>MERCHANT SERVICES, INC.; UNIVERSAL CARD, INC.; NATIONAL PAYMENT PROCESSING; UNIVERSAL MERCHANT SERVICES CORPORATION; ATLAS PAYMENT PROCESSING; UNITED BANK CARD OF AMERICA, INC.; SPC, INC. d/b/a FIRST NATIONAL MERCHANTS SOLUTIONS; MBF LEASING LLC; MBF MERCHANT CAPITAL, LLC; NORTHERN FUNDING, LLC; NORTHERN LEASING SYSTEMS, INC.; CONGRESS FINANCIAL CORPORATION; GOLDEN EAGLE LEASING LLC; LEASE SOURCE, INC.; LEASE FINANCE GROUP, LLC; TRANSFIRST HOLDINGS, INC.; TRANSFIRST FINANCIAL INSTITUTIONS SERVICES; TRANSFIRST INDEPENDENT SALES SERVICES; FIRST NATIONAL BANK OF OMAHA; COLUMBUS BANK AND TRUST CO.; MERRICK BANK; THIRD FIFTH BANK; RBL CAPITAL GROUP, LLC; WILLIAM HEALY; ROBERT | CASE NO. CV-10 JL 1993<br><br>**NOTICE OF INTERESTED PARTIES AND ENTITIES**<br><br>**(FEDERAL RULES OF CIVIL PROCEDURE, RULE 7.1)** |

1
NOTICE OF INTERESTED PARTIES AND ENTITIES
(FEDERAL RULES OF CIVIL PROCEDURE, RULE 7.1)

| | |
|---|---|
| LATOUSEK; JAY COHEN; RICH HAHN; SARA KRIEGER; JASON MOORE; LINA KRAVIC; BRIAN FITZGERALD; SAM BUONO; PETER DEPALMA; FIONA WALSHE; AND ERIC MADURA AND DOES 1 THROUGH 75<br><br>Defendants. | |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to Federal Rules of Civil Procedure, Rule 7.1, the undersigned, counsel of record for defendants Northern Leasing Systems, Inc., MBF Leasing LLC, Northern Funding, LLC, Northern Leasing Systems, Inc., Golden Eagle Leasing LLC, Lease Finance Group, LLC, RBL Capital Group, LLC certifies that there is no parent corporation, and no publicly-held corporation that holds more than 10% of the stock or membership units, of any nongovernmental corporate party that the undersigned represent, except as follows:

Defendant Northern Leasing Systems, Inc. (a private nongovernmental corporate party) certifies that it is the sole member of defendant MBF Leasing LLC and defendant Golden Eagle Leasing, LLC, both of which are New York limited liability companies; and as such, may be regarded as the parent corporation of such parties.

DATED: May 7, 2010

RESPECTFULLY SUBMITTED,

KEVIN E. GAUT
DANIEL M. HAYES
MITCHELL SILBERBERG & KNUPP LLP

By: _Kevin Gaut /mE_
Kevin E. Gaut
Attorneys for Defendants

I, Maria Ellinikos, am filing this Notice of Interested Parties and Entities and hereby attest that Kevin E. Gaut concurred in this filing.

_Maria Ellinik_
Maria Ellinikos

| | |
|---|---|
| 1 | STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO |
| 2 | I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California St., Suite 1500, San Francisco, CA 94104. On May 7, 2010, I served the foregoing document(s) described as: |
| 4 | NOTICE OF INTERESTED PARTIES |
| 5 | on the interested party(ies) below, using the following means: |

Adam J. Gutride, Esq.
Seth A. Safier, Esq.
Kristen Simplicio, Esq.
Gutride Safier LLP
835 Douglass Street
San Francisco, CA 94114
Telephone: 415.336.6545
Facsimile: 415.449.6469

Michael Sweet, Esq.
McNutt Law Group
188 Embarcadero, Suite 800
San Francisco, CA 94105
Telephone: 415.995.8475
Facsimile: 415.995.8487

Attorneys for Plaintiffs

☐ BY PERSONAL SERVICE  I delivered such envelope(s) by hand to the offices of the addressee(s).

☒ BY UNITED STATES MAIL  I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at San Francisco, California.

☐ BY OVERNIGHT DELIVERY  I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ BY MESSENGER SERVICE  I served the documents by placing them in an envelope or package addressed to the respective address(es) of the party(ies) stated above and providing them to a professional messenger service for service.

☐ BY FAX  Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the respective fax number(s) of the party(ies) as stated above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission(s), which I printed out, is attached.

☐ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not

PROOF OF SERVICE

1 | receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

2

3 | ☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

4 | ☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

5

6 | Executed on May 7, 2010 at San Francisco, California.

7 | David Lamb                                    *David Lamb*
[Print Name of Person Executing Proof]         [Signature]

PROOF OF SERVICE