1   JONES DAY
    Thomas R. Malcolm (State Bar No. 39248)
2   trmalcolm@jonesday.com
    Cary D. Sullivan (State Bar No. 228527)
3   carysullivan@jonesday.com
    3161 Michelson Drive, Suite 800
4   Irvine, California 92612
    Telephone:  (949) 851-3939
5   Facsimile:  (949) 553-7539

6   Brian Hershman (State Bar No. 168175)
    bhershman@jonesday.com
7   555 South Flower Street
    Fiftieth Floor
8   Los Angeles, California 90071-2300
    Telephone:  (213) 489-3939
9   Facsimile:  (213) 243-2539

10  Attorneys for defendants Merchant Services, Inc.,
    Universal Card, Inc., National Payment Processing, Inc.,
11  Jason Moore and Eric Madura

12  (Additional counsel listed on signature page)

13

14              **UNITED STATES DISTRICT COURT**

15              **NORTHERN DISTRICT OF CALIFORNIA**

16                **SAN FRANCISCO DIVISION**

17

18  JUST FILM, INC.; RAINBOW BUSINESS          Case No. CV 10-01993 JL
    SERVICES, D/B/A PRECISION TUNE
19  AUTO CARE; VOLKER VON                      **STIPULATION PURSUANT TO CIVIL**
    GLASENAPP; and JERRY SU on behalf of       **LOCAL RULE 6-1(a) TO EXTEND**
20  themselves, the general public and those   **DEADLINE TO ANSWER OR**
    similarly situated,                        **OTHERWISE RESPOND TO**
21                                             **COMPLAINT**
                 Plaintiffs,
22                                             **and**

23          v.                                 **STIPULATION PURSUANT TO CIVIL**
                                               **LOCAL RULE 6-2(a) TO EXTEND**
24  MERCHANT SERVICES, INC.;                   **ASSOCIATED BRIEFING SCHEDULE**
    UNIVERSAL CARD, INC.; NATIONAL             **AND [PROPOSED] ORDER THEREON**
25  PAYMENT PROCESSING; UNIVERSAL
    MERCHANT SERVICES                          **and**
26  CORPORATION; ATLAS PAYMENT
    PROCESSING; UNITED BANK CARD               **STIPULATION REGARDING**
27  OF AMERICAN, INC.; SPC, INC. d/b/a         **ELECTRONIC MAIL SERVICE**
    FIRST NATIONAL MERCHANTS
28                                             **[Declaration of Cary D. Sullivan filed**
                                               **concurrently herewith]**

1  SOLUTIONS; MBF LEASING LLC; MBF
2  MERCHANT CAPITAL, LLC;
   NORTHERN FUNDING, LLC;
3  NORTHERN LEASING SYSTEMS, INC.;
   CONGRESS FINANCIAL
4  CORPORATION; GOLDEN EAGLE
   LEASING, LLC; LEASE SOURCE, INC.;
5  LEASE FINANCE GROUP, LLC;
   TRANSFIRST HOLDINGS, INC.;
6  TRANSFIRST FINANCIAL
7  INSTITUTIONS SERVICES;
   TRANSFIRST INDEPENDENT SALES
8  SERVICES; FIRST NATIONAL BANK
   OF OMAHA; COLUMBUS BANK AND
9  TRUST CO.; MERRICK BANK; THIRD
   FIFTH BANK; RBL CAPITAL GROUP,
10 LLC; WILLIAM HEALY; ROBERT
11 LATOUSEK; JAY COHEN; RICH HAHN;
   SARA KRIEGER; JASON MOORE; LINA
12 KRAVIC; BRIAN FITZGERALD; SAM
   BUONO; PETER DEPALMA; FIONA
13 WALSHE; and ERIC MADURA and
   DOES 1 through 75,
14
15                 Defendants.

16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATIONS TO EXTEND TIME, ESTABLISH BRIEFING SCHEDULE AND REGARDING ELECTRONIC MAIL
SERVICE

1       **WHEREAS,** on March 26, 2010, plaintiffs Just Film, Inc., Rainbow Business Services

2 d/b/a Precision Tune Auto Care, Volker von Glasenapp and Jerry Su filed a class action

3 complaint against 35 defendants in the Superior Court of the County of San Francisco, Case No.

4 CGC-10-498225 (the "action");

5       **WHEREAS**, a number of the defendants in the action have been served, including,

6 Merchant Services, Inc., Universal Card, Inc., National Payment Processing, Inc., Atlas Payment

7 Processing, SPC, Inc. d/b/a/ First National Merchants Solutions, MBF Leasing, LLC, MBF

8 Merchant Capital, LLC, Northern Funding, LLC, Northern Leasing Systems, Inc., Golden Eagle

9 Leasing, LLC, Lease Finance Group, LLC, United Bank Card, Inc., Congress Financial

10 Corporation, TransFirst Holdings, Inc., TransFirst, LLC, TransFirst Third Party Sales, LLC, First

11 National Bank of Omaha, Columbus Bank and Trust Company, Merrick Bank, Fifth Third Bank,

12 RBL Capital Group, LLC, William Healy, Jay Cohen, Rich Hahn, Sara Krieger, Jason Moore,

13 Lina Kravic, Sam Buono, Fiona Walshe and Eric Madura (collectively, the "Served Defendants");

14       **WHEREAS**, the dates of service on the Served Defendants range from early to late April

15 2010;

16       **WHEREAS**, some of the defendants in the action may remain unserved;

17       **WHEREAS,** on May 7, 2010, the Served Defendants removed the action to this Court,

18 pursuant to Title 28, Sections 1441 and 1453 of the United States Code;

19       **WHEREAS,** pursuant to Rule 81(c)(2) of the Federal Rules of Civil Procedure, the range

20 in dates of service on the Served Defendants may create a range in deadlines for the Served

21 Defendants to answer or otherwise respond to the complaint herein, and a similar range in

22 associated briefing schedules;

23       **WHEREAS,** the parties believe a coordinated and extended deadline for the Served

24 Defendants to answer or otherwise respond to the complaint will conserve resources and promote

25 judicial economy;

26       **WHEREAS,** given the large number of parties and the potential complexity of the issues

27 presented, the parties further believe that a coordinated and extended briefing schedule with

28

STIPULATIONS TO EXTEND TIME, ESTABLISH BRIEFING SCHEDULE AND REGARDING ELECTRONIC MAIL
SERVICE

1    respect to any responsive motions filed by the Served Defendants is warranted and also will

2    conserve resources and promote judicial economy;

3        **WHEREAS**, pursuant to Civil Local Rule 6-1(a), the parties believe a stipulation may be

4    sufficient, without Court order, to coordinate and extend the deadline for the Served Defendants

5    to answer or otherwise respond to the complaint, but, pursuant to Civil Local Rule 6-2(a), a Court

6    order may be necessary to extend the associated briefing schedule;

7        **WHEREAS**, the parties wish to delay any Rule 26(f) conference until after the initial

8    hearing on any motions in response to the complaint, except for matters on which limited

9    discovery may be appropriate with respect to such motions, such as motions to dismiss for lack of

10   personal jurisdiction; and

11       **WHEREAS**, to save paper, fuel and expenses, and to reduce environmental harm, the

12   parties further believe it appropriate to exchange all correspondence, discovery and pleadings in

13   the action via electronic mail ("email").

14       **NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and between the

15   undersigned parties, through their respective counsel of record, pursuant to Civil Local Rules 6-

16   1(a) and 6-2(a) and Rules 6 and 26 of the Federal Rules of Civil Procedure, as follows:

17       1.      If any Served Defendants intend to respond to the complaint with motions rather

18   than answers, such Served Defendants shall meet and confer with Plaintiffs regarding the bases

19   for such anticipated motions no later than May 21, 2010, and, to the extent such motions concern

20   matters (such as lack of personal jurisdiction) for which limited discovery may be sought prior to

21   the hearing on the motions, to meet and confer under Rule 26(f) as to the scope and timing of

22   such limited discovery;

23       2.      Plaintiffs shall inform Served Defendants no later than May 28, 2010 whether

24   Plaintiffs intend to re-plead or otherwise preemptively respond to such anticipated motions;

25       3.      Served Defendants, and any other defendants served on or before May 4, 2010,

26   shall answer or otherwise respond to the complaint no later than June 4, 2010, and shall set any

27   motions filed in response to the complaint for hearing on July 30, 2010 or the next available

28   Court day on which the assigned judge is hearing civil motions;

STIPULATIONS TO EXTEND TIME, ESTABLISH BRIEFING SCHEDULE AND REGARDING ELECTRONIC MAIL
SERVICE

4.    Plaintiffs shall oppose any such motions filed in response to the complaint no later than July 2, 2010;

5.    Served Defendants shall reply to any such oppositions no later than July 16, 2010;

6.    Unless otherwise ordered by the Court, no Rule 26(f) conference shall be held prior to the initial hearing on any motions filed in response to the complaint, except for any conference focusing on the limited discovery issues set forth in paragraph 1 hereof;

7.    On or before August 15, 2010, or within seven days of the Court's ruling on any motions filed in response to the complaint, whichever is later, all defendants as to whom the complaint has not been dismissed with prejudice shall participate in a joint telephonic meet and confer session with Plaintiffs regarding the items set forth in Rule 26(f) of the Federal Rules of Civil Procedure;

8.    The parties need not separately serve any pleading or document that is filed through the Court's Electronic Case Filing (ECF) system, rather, service of such pleading or document will be deemed complete on the day of filing by way of the ECF system's automatic email notification.  The parties are excused from any duty under section IX(C)(2) of General Order 45 to serve paper copies of any filing on any other party;

9.    With respect to all pleadings, discovery requests and responses and correspondence not filed through the ECF system (including documents filed under seal in paper format), the following provisions shall apply:

a.    The parties shall serve, and accept service, of all pleadings, discovery requests and responses and correspondence via email.  Emails shall have a subject line that includes the phrase "Just Film v Merchant Services" and the subject of the email (example:  Just Film v Merchant Services – Plaintiff's Initial Disclosures);

b.    Items sent by email prior to 6:00 p.m. shall be treated as though personally served on that day; items sent by email after 6:00 p.m. or on a Saturday, Sunday or legal holiday shall be treated as though personally served as of the next day thereafter on which the Court is open (for example, items emailed on a Saturday will be seemed personally served as of the next

- 5 -

1   Monday, assuming that Monday is not a legal holiday).  The parties waive the provisions of Rule

2   6(d) of the Federal Rules of Civil Procedure;

3           c.     Signed versions of pleadings, discovery requests and responses and

4   correspondence shall be served in .pdf format.  The text of all discovery requests and responses

5   shall additionally be served in .doc format;

6           d.     The parties shall be served at the email addresses provided in the signature

7   blocks herein; and

8           e.     Any additional counsel who subsequently file an appearance in this matter

9   shall provide the undersigned counsel with such additional counsel's email address.  Following

10   such notice, additional counsel shall also be served by email pursuant to paragraph 9 hereof.

11   ///

| | | |
|---|---|---|
| 1 | May 10, 2010 | JONES DAY |
| 2 | | |
| 3 | | By: */s/ Cary D. Sullivan* |
| 4 | | Cary D. Sullivan |
| 5 | | Attorneys for defendants Merchant Services, Inc., Universal Card, Inc., National Payment Processing, Inc., Jason Moore and Eric Madura |
| 6 | | |
| 7 | May 10, 2010 | GUTRIDE SAFIER LLP<br>Adam J. Gutride (State Bar No. 181446)<br>adam@gutridesafier.com |
| 8 | | Seth Safier (State Bar No. 197427)<br>seth@gutridesafier.com |
| 9 | | 835 Douglass Street<br>San Francisco, California 94114 |
| 10 | | Telephone: (415) 336-6545<br>Facsimile: (415) 449-6469 |
| 11 | | |
| 12 | | |
| 13 | | By: */s/ Adam J. Gutride*<br>Adam J. Gutride |
| 14 | | Attorneys for plaintiffs Just Film, Inc., Rainbow Business Services d/b/a Precision Tune Auto Care, Volker von Glasenapp and Jerry Su |
| 15 | | |
| 16 | | |
| 17 | May 10, 2010 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 18 | | Reginald Steer (State Bar No. 056324)<br>rsteer@akingump.com |
| 19 | | Maria Ellinikos (State Bar No. 235528)<br>mellinikos@akingump.com |
| 20 | | 580 California Street, 15th Floor<br>San Francisco, California 94104-1036 |
| 21 | | Telephone: (415) 765-9500<br>Facsimile: (415) 765-9501 |
| 22 | | |
| 23 | | By: */s/ Maria Ellinikos* |
| 24 | | Maria Ellinikos |
| 25 | | Attorneys for defendants TransFirst Holdings, Inc., TransFirst, LLC and TransFirst Third Party Sales, LLC |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATIONS TO EXTEND TIME, ESTABLISH BRIEFING SCHEDULE AND REGARDING ELECTRONIC MAIL SERVICE

| | |
|---|---|
| 1 | May 10, 2010 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

SIMMONDS & NARITA
Tomio B. Narita (State Bar No. 156576)
tnarita@snllp.com
44 Montgomery Street, Suite 3010
San Francisco, California  94104
Telephone: (415) 283-1010
Facsimile:  (415) 283-1000

GETTMAN & MILLS LLP
Michael J. Mills (State Bar No. 202044)
mmills@gettmanmills.com
10250 Regency Circle, Suite 200
Omaha, NE  68114
Telephone:  (402) 320-6000
Facsimile:  (402) 391-6500

By: */s/ Tomio B. Narita*
    Tomio B. Narita

Attorneys for defendants First National Bank of Omaha and SPC Inc. d/b/a First National Merchant Solutions

May 10, 2010

MORRISON & FOERSTER LLP
James R. McGuire (State Bar No. 189275)
jmcguire@mofo.com
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile: (415)  268-7522

By: */s/ James R. McGuire*
    James R. McGuire

Attorneys for defendant Columbus Bank and Trust Company

- 8 -

1     May 10, 2010                           BAKER & HOSTETLER LLP

2                                             Hayes F. Michel (State Bar No. 141841)
hmichel@bakerlaw.com
12100 Wilshire Boulevard, 15th Floor

3                                             Los Angeles, CA  90025-7120
Telephone:  (310) 979-8460

4                                             Facsimile:  (310) 820-8800

5

6                                             By: */s/ Hayes F. Michel*
                                                     Hayes F. Michel

7

                                            Attorneys for defendant Fifth Third Bank

8

9     May 10, 2010                           STROOCK & STROOCK & LAVAN LLP
Scott M. Pearson (State Bar No. 173880)
lacalendar@stroock.com

10                                             spearson@stroock.com
Stephen J. Newman (State Bar No. 181570)

11                                             lacalendar@stroock.com
snewman@stroock.com

12                                             2029 Century Park East, 16th Floor
Los Angeles, California  90067

13                                             Telephone:  (310) 556-5800
Facsimile:  (310) 556-5959

14

15

16                                             By: */s/ Scott M. Pearson*
                                                  Scott M. Pearson

17

                                            Attorneys for defendant Merrick Bank

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | May 10, 2010 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |

May 10, 2010    MITCHELL SILBERBERG & KNUPP LLP
Kevin Gaut (State Bar No. 117352)
keg@msk.com
Adam Levin (State Bar No. 156773)
axl@msk.com
11377 W. Olympic Boulevard
Los Angeles, CA 90064
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

By: */s/ Kevin Gaut*
     Kevin Gaut

Attorneys for defendants MBF Leasing, LLC,
Northern Funding, LLC, Northern Leasing
Systems, Inc., Golden Eagle Leasing, LLC,
Lease Finance Group, LLC, RBL Capital
Group, LLC, Jay Cohen, Rich Hahn, Sara
Krieger, Lina Kravic and Sam Buono

May 10, 2010    SCHEIN & CAI LLP
James Cai (State Bar No. 200189)
jcai@sacattorneys.com
111 West St. John Street, Suite 1250
San Jose, California 95113
Telephone: (408) 436-0789
Facsimile: (408) 436-0758

By: */s/ James Cai*
     James Cai

Attorneys for defendants Atlas Payment
Processing and Fiona Walshe

May 10, 2010    CALLAHAN THOMPSON SHERMAN &
CAUDILL LLP
Lee A. Sherman (State Bar No. 172198)
lsherman@ctsclaw.com
Joan E. Trimble (State Bar No. 205038)
jtrimble@ctsclaw.com
2601 Main Street, Suite 800
Irvine, CA 92614
Telephone: (949) 261-2872
Facsimile: (949) 261-6060

By: */s/ Joan E. Trimble*
     Joan E. Trimble

Attorneys for defendants MBF Merchant
Capital, LLC and William Healy

- 10 -

| | |
|---|---|
| 1 | May 10, 2010 |
| 2 | |
| 3 | |
| 4 | |

May 10, 2010        Robert Elliott, Esq. (State Bar No. 114829)
relaw@pacbell.net
22 Ocean Avenue
San Francisco, California 94112
Telephone: (415) 586-3600
Facsimile: (415) 449-3572

By: */s/ Robert Elliott*
            Robert Elliott

Attorney for defendant United Bank Card, Inc.

May 10, 2010        Thomas O. Jacob (State Bar No. 125665)
tojacob@wellsfargo.com
Office of General Counsel
Wells Fargo & Co.
MAC A0194-266
45 Fremont Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 396-4426
Facsimile: (415) 975-7864

By: */s/ Thomas O. Jacob*
            Thomas O. Jacob

Attorney for defendant Congress Financial
Corporation

    Pursuant to Civil Local Rule 6-2(a), and **GOOD CAUSE APPEARING THEREFOR**, the stipulated briefing schedule set forth in paragraphs 3 through 5 hereof is hereby adopted.

    **IT IS SO ORDERED**.

DATED:  May 13, 2010

THE HONORABLE JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

    I, Cary D. Sullivan, am the ECF user whose ID and password are being used to file this document. In compliance with section X(B) of General Order 45, I hereby attest that Adam J. Gutride, Maria Ellinikos, Tomio B. Narita, James R. McGuire, Hayes F. Michel, Scott M. Pearson, Kevin Gaut, James Cai, Joan E. Trimble, Robert Elliott and Thomas O. Jacob concurred in this filing.

    */s/ Cary D. Sullivan*

IRI-6567v3