**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUST FILM, INC.; RAINBOW BUSINESS SERVICES d/b/a PRECISION TUNE AUTO CARE; VOLKER VON GLASENAPP; and JERRY SU, on behalf of themselves, the general public and those similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>MERCHANT SERVICES, INC., et al.,<br><br>    Defendants.<br>_____/<br>UNIVERSAL CARD, INC. and NATIONAL PAYMENT PROCESSING, INC.,<br><br>    Cross-claimants,<br><br>  v.<br><br>PROTÉGÉ INVESTMENTS, INC.; ROVER ENTERPRISES, INC.; MERCHANT SERVICES F.A., INC.; FIONA WALSHE; and ANTHONY KUTSCHER, JR.,<br><br>    Cross-Defendants.<br>_____/<br>ATLAS PAYMENT PROCESSING and FIONA WALSHE,<br><br>    Cross-claimants,<br><br>  v.<br><br>MERCHANT SERVICES, INC.; UNIVERSAL CARD, INC.; NATIONAL PAYMENT PROCESSING, INC.; and JASON MOORE,<br><br>    Cross-Defendants.<br>_____/ | No. C 10-1993 CW<br><br>ORDER DENYING STIPULATED REQUEST TO SEAL PREVIOUSLY FILED DOCUMENT AND REMOVING DOCUMENTS FROM PUBLIC RECORD (Docket No. 76) |

    Cross-Claimants Atlas Payment Processing and Fiona Walshe and Cross-Defendants Merchant Services, Inc.; National Payment Processing, Inc.; Universal Card, Inc.; and Jason Moore stipulate to seal the original cross-complaint of Atlas and Walshe, which was filed in the public record at Docket No. 56. Plaintiffs Just Film, Inc., et al., oppose the sealing of the document.

    The Court DENIES the stipulated request to seal Atlas and Walshe's original cross-complaint. This cross-complaint is deemed withdrawn and will not be considered by the Court. The Clerk shall remove the cross-complaint (Docket No. 56) from the public record. In addition, the Court strikes Plaintiffs' opposition as moot (Docket No. 77) and orders that it also be removed from the public record.

    IT IS SO ORDERED.

Dated: June 23, 2010

CLAUDIA WILKEN
United States District Judge

2