1  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   REGINALD D. STEER (SBN 056324)
2  rsteer@akingump.com
   MARIA ELLINIKOS (SBN 235528)
3  mellinikos@akingump.com
   580 California Street, 15th Floor
4  San Francisco, California 94104-1036
   Telephone:    415-765-9500
5  Facsimile:    415-765-9501

6  **WICK, PHILLIPS, GOULD & MARTIN LLP**
   K. TODD PHILLIPS (admitted *pro hac vice*)
7  todd.phillips@wickphillips.com
   SEEMA TENDOLKAR (admitted *pro hac vice*)
8  seema.tendolkar@wickphillips.com
   2100 Ross Avenue, Suite 950
9  Dallas, Texas 75201
   Telephone:  214-692-6200
10 Facsimile:  214-692-6255

11 *Attorneys for Defendants TRANSFIRST HOLDINGS, INC., TRANSFIRST,
   LLC and TRANSFIRST THIRD PARTY SALES, LLC*
12

13 (Additional counsel listed on signature page)

   UNITED STATES DISTRICT COURT
14
   NORTHERN DISTRICT OF CALIFORNIA
15
   (SAN FRANCISCO DIVISION)
16

| | |
|---|---|
| JUST FILM, INC., RAINBOW BUSINESS SERVICES, D/B/A PRECISION TUNE AUTO CARE; BURLINGAME MOTORS, INC., DIETZ TOWING, INC., THE ROSE DRESS, INC., VOLKER VON GLASENAPP; JERRY SU; VERENA BAUMGARTNER; TERRY JORDAN; AND LEWIS BAE on behalf of themselves, the general public and those similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>MERCHANT SERVICES, INC.; UNIVERSAL CARD, INC.; NATIONAL PAYMENT PROCESS-ING; UNIVERSAL MERCHANT SERVICES COR-PORATION; ATLAS PAYMENT PROCESS-ING; UNITED BANK CARD OF AMERICA, INC.; SPC, INC. d/b/a FIRST NATIONAL MERCHANTS SO-LUTIONS; MBF LEASING LLC; MBF MER-CHANT CAPITAL, LLC; NORTHERN FUNDING, LLC; NORTHERN LEASING SYSTEMS, INC.; CONGRESS FINANCIAL CORPORATION; GOL-DEN EAGLE LEASING LLC; LEASE SOURCE, | Case No. 4:10-cv-01993-CW<br><br>**STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1(a) TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>**and**<br><br>**STIPULATED REQUEST PURSUANT TO CIVIL LOCAL RULE 6-2(a) TO WITHDRAW MOTIONS TO DISMISS SET FOR HEARING ON AUGUST 5, 2010 AND ORDER THEREON (AS MODIFIED)**<br><br>[Declaration of Maria Ellinikos filed concurrently herewith] |

**STIPULATIONS TO EXTEND TIME AND WITHDRAW PENDING MOTIONS TO DISMISS - Case No. 4:10-cv-01993-CW**

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | INC.; LEASE FINANCE GROUP, LLC; TRANS-FIRST HOLDINGS, INC.; TRANSFIRST FINAN-CIAL INSTITUTIONS SERVICES; TRANSFIRST INDEPENDENT SALES SERVICES; FIRST NATIONAL BANK OF OMAHA; COLUMBUS BANK AND TRUST CO.; MERRICK BANK; THIRD FIFTH BANK; RBL CAPITAL GROUP, LLC; WILLIAM HEALY; ROBERT LATOUSEK; JAY COHEN; RICH HAHN; SARA KRIEGER; JASON MOORE; LINA KRAVIC; BRIAN FITZGERALD; SAM BUONO; PETER DE-PALMA; FIONA WALSHE; AND ERIC MADURA AND DOES 1 THROUGH 75<br><br>                            Defendants. |

**WHEREAS,** on March 26, 2010, plaintiffs Just Film, Inc., Rainbow Business Services d/b/a Precision Tune Auto Care, Volker von Glasenapp and Jerry Su (collectively, "Plaintiffs") filed a class action complaint against approximately 35 defendants in the Superior Court of the County of San Francisco, Case No.CGC-10-498225 (the "Original Complaint");

**WHEREAS,** on May 7, 2010, defendants TransFirst Holdings, Inc., TransFirst, LLC, TransFirst Third Party Sales, LLC, Merchant Services, Inc., Universal Card, Inc., National Payment Processing, Inc., Columbus Bank and Trust, Merrick Bank, Fifth Third Bank, Atlas Payment Processing, MBF Leasing, LLC, MBF Merchant Capital, LLC, Northern Funding, LLC, Northern Leasing Systems, Inc., Golden Eagle Leasing, LLC, Lease Source, Inc., Lease Finance Group, LLC, RBL Capital Group, LLC, William Healy, Jay Cohen, Rich Hahn, Sara Krieger, Jason Moore, Lina Kravic, Sam Buono, Brian Fitzgerald, Fiona Walshe and Eric Madura (collectively, the "Served Defendants") removed the action to this Court, pursuant to Title 28, Sections 1441 and 1453 of the United States Code;

**WHEREAS,** by stipulation by and among counsel for Plaintiffs and counsel for the Served Defendants, the parties coordinated and extended the deadline for the Served Defendants to answer or otherwise respond to the complaint until June 4, 2010; and an order was entered on May 17, 2010 by the Honorable James Larson, United States Magistrate Judge;

**WHEREAS,** on or about June 4, 2010, the Served Defendants responded to the Original Complaint by answer or motion, including, *inter alia*, motions to dismiss under Fed. R. Civ. P. 12(b), to change venue, and to stay the action pending arbitration;

**WHEREAS**, the hearings on the motions to dismiss filed by the Served Defendants on or about June 4, 2010 are set for August 5, 2010;

**WHEREAS,** on June 25, 2010, Plaintiffs filed a First Amended Class Action Complaint in this action (the "First Amended Complaint")[1];

**WHEREAS**, due to the filing of the First Amended Complaint, the motions to dismiss filed by the Served Defendants on or about June 4, 2010 became moot;

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 15(a)(3), the Served Defendants have until July 12, 2010 to respond to the First Amended Complaint;

**WHEREAS,** the parties believe a coordinated and extended deadline for the Served Defendants to answer or otherwise respond to the First Amended Complaint will conserve resources and promote judicial economy;

**WHEREAS**, on June 8, 2010, a Case Management Scheduling Order was issued by the Honorable Claudia Wilken, pursuant to which a Case Management Statement must be submitted to the Court on or before August 3, 2010, and a Case Management Conference has been set for August 10, 2010;

**WHEREAS**, the Plaintiffs request that the Case Management Statement scheduled for August 3, 2010, and the corresponding Case Management Conference scheduled for August 10, 2010 remain on the calendar and the Served Defendants will move for it to be adjourned until any motions filed by Served Defendants in response to the First Amended Complaint have been decided;

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and between the undersigned parties, through their respective counsel of record, pursuant to Civil Local Rules 6-1(a) and 6-2(a) and Rule 6 of the Federal Rules of Civil Procedure, as follows:

---

[1] The First Amended Complaint included the following additional plaintiffs: Burlingame Motors, Inc., Dietz Towing, Inc., The Rose Dress, Inc., Verena Baumgartner, Terry Jordan and Lewis Bae.

1. The Served Defendants shall answer or otherwise respond to the First Amended Complaint no later than July 26, 2010, and shall set any motions filed in response to the First Amended Complaint for hearing on September 2, 2010 or the next available Court day on which the assigned judge is hearing civil motions;

2. Plaintiffs shall oppose any such motions filed in response to the First Amended Complaint in accordance with the local rules;

3. Served Defendants shall reply to any such oppositions in accordance with the local rules;

4. Served Defendants hereby declare their motions to dismiss filed on or about June 4, 2010 to be moot and withdraw their request for hearing on said motions;

5. Plaintiffs and Served Defendants have met and conferred about the Case Management Statement scheduled for August 3, 2010, and the corresponding Case Management Conference scheduled for August 10, 2010. Plaintiffs request that the events remain on the calendar as currently scheduled and the Served Defendants intend to move for these events to be adjourned until any motions filed by Served Defendants in response to the First Amended Complaint have been decided.

/ / /

| | | |
|---|---|---|
| 1 | DATED:  July 7, 2010 | Respectfully submitted, |
| 2 | | |
| 3 | | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| 4 | | |
| 5 | | By: */s/ Maria Ellinikos* <br>       Maria Ellinikos |
| 6 | | |
| 7 | | *Attorneys for Defendants Transfirst Holdings, Inc., Transfirst, LLC and Transfirst Third Party Sales, LLC* |
| 8 | | |
| 9 | | **MORRISON & FOERSTER LLP** |
| 10 | | Stephen M. Colangelo (admitted *pro hac vice*) <br> scolangelo@mofo.com <br> 2000 Pennsylvania Avenue, NW <br> Suite 6000 <br> Washington, DC 20006-1888 <br> Telephone:  202-887-1528 <br> Facsimile:    202-887-0763 |

By:  */s/* Stephen M. Colangelo
         Stephen M. Colangelo

*Attorneys for Defendant Columbus Bank and Trust Company*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**GUTRIDE SAFIER LLP**
Adam J. Gutride (State Bar No. 181446)
adam@gutridesafier.com
Seth Safier (State Bar No. 197427)
seth@gutridesafier.com
835 Douglass Street
San Francisco, California  94114
Telephone:  (415) 336-6545
Facsimile:  (415) 449-6469

By:  */s/ Adam J. Gutride*
         Adam J. Gutride

*Attorneys for Plaintiffs Just Film, Inc., Rainbow Business Services d/b/a Precision Tune Auto Care, Volker von Glasenapp and Jerry Su, Burlingame Motors, Inc., Dietz Towing, Inc., The Rose Dress, Inc., Verena Baumgartner, Terry Jordan and Lewis Bae*

**JONES DAY**
Thomas R. Malcolm (State Bar No. 39248)
trmalcolm@jonesday.com
Cary D. Sullivan (State Bar No. 228527)
carysullivan@jonesday.com
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone:  (949) 851-3939
Facsimile:  (949) 553-7539

By:  */s/ Cary D. Sullivan*
         Cary D. Sullivan

*Attorneys for Defendants Merchant Services, Inc., Universal Card, Inc., National Payment Processing, Inc., Jason Moore and Eric Madura*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**VORYS, SATER, SEYMOUR & PEASE LLP**
Robert N. Webner (admitted *pro hac vice*)
rnwebner@vorys.com
52 East Gay Street
Columbus, OH 43215
Telephone:  (614) 464-8243
Facsimile: (614) 719-5083

By:  */s/Robert N. Webner*
        Robert N. Webner

  *Attorneys for Defendant Fifth Third Bank*


**STROOCK & STROOCK & LAVAN LLP**
Scott M. Pearson (State Bar No. 173880)
lacalendar@stroock.com
spearson@stroock.com
Stephen J. Newman (State Bar No. 181570)
lacalendar@stroock.com
snewman@stroock.com
2029 Century Park East, 16th Floor
Los Angeles, California  90067
Telephone:  (310) 556-5800
Facsimile:  (310) 556-5959

By:  */s/ Scott M. Pearson*
        Scott M. Pearson

  *Attorneys for Defendant Merrick Bank*

7
**STIPULATIONS TO EXTEND TIME AND WITHDRAW PENDING MOTIONS TO DISMISS - Case No. 4:10-cv-01993-CW**

|   |   |
|---|---|
| 1 | **MOSES SINGER LLP** |
| 2 | Abraham Y. Skoff (admitted pro hac vice) |
|   | askoff@mosessinger.com |
| 3 | Jennifer Nigro (admitted pro hac vice) |
|   | jnigro@mosessinger.com |
| 4 | 405 Lexington Avenue |
|   | New York, NY 10174 |
| 5 | Telephone: 212-554-7800 |
|   | Facsimile: 212-554-7700 |

By: */s/ Jennifer Nigro*
      Jennifer Nigro

*Attorneys for Defendants MBF Leasing, LLC, Northern Funding, LLC, Northern Leasing Systems, Inc., Golden Eagle Leasing, LLC, Lease Finance Group, LLC, RBL Capital Group, LLC, Jay Cohen, Rich Hahn, Sara Krieger, Lina Kravic and Sam Buono*


**SCHEIN & CAI LLP**
James Cai (State Bar No. 200189)
jcai@sacattorneys.com
111 West St. John Street, Suite 1250
San Jose, California  95113
Telephone:  (408) 436-0789
Facsimile:  (408) 436-0758

By: */s/ James Cai*
      James Cai

*Attorneys for Defendants Atlas Payment Processing and Fiona Walshe*

8
**STIPULATIONS TO EXTEND TIME AND WITHDRAW PENDING MOTIONS TO DISMISS - Case No. 4:10-cv-01993-CW**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**HARRISON & HELD, LLP**
John M. Heaphy (admitted pro hac vice)
jheaphy@harrisonheld.com
333 West Wacker, Suite 1700
Chicago, Illinois 60606-1250
Tel: (312) 753-6160
Facsimile: (312) 753-6159

By: */s/ John M. Heaphy*
        John M. Heaphy

*Attorneys for Defendants MBF Merchant Capital, LLC and William Healy*

///

**ORDER**

Pursuant to Civil Local Rule 6-2(a), and **GOOD CAUSE APPEARING THEREFOR**, it is therefore ORDERED that:

1. The Served Defendants shall answer or otherwise respond to the First Amended Complaint no later than July 26, 2010, and shall set any motions filed in response to the First Amended Complaint for hearing on September 9, 2010;

2. Plaintiffs shall oppose any such motions filed in response to the First Amended Complaint in accordance with the local rules;

3. Served Defendants shall reply to any such oppositions in accordance with the local rules;

4. All pending motions filed by the Served Defendants on or about June 4, 2010 in response to the Original Complaint are deemed moot, and the hearings on said motions set for August 5, 2010 are vacated. The Case Management Conference is continued to September 9, 2010.

**IT IS SO ORDERED**.

DATED: 7/12/2010

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

I, Maria Ellinikos, am the ECF user whose ID and password are being used to file this document. In compliance with section X(B) of General Order 45, I hereby attest that Adam J. Gutride, Cary Sullivan, Stephen Coleangelo, Robert N. Webner, Scott M. Pearson, Jennifer Nigro, James Cai, and John M. Heaphy concurred in this filing.

*/s/ Maria Ellinikos*