**AKIN GUMP STRAUSS HAUER & FELD LLP**
REGINALD D. STEER (SBN 056324)
rsteer@akingump.com
MARIA ELLINIKOS (SBN 235528)
mellinikos@akingump.com
580 California Street, 15th Floor
San Francisco, California 94104-1036
Telephone:    415-765-9500
Facsimile:    415-765-9501

**WICK, PHILLIPS, GOULD & MARTIN LLP**
K. TODD PHILLIPS (admitted *pro hac vice*)
todd.phillips@wickphillips.com
SEEMA TENDOLKAR (admitted *pro hac vice*)
seema.tendolkar@wickphillips.com
2100 Ross Avenue, Suite 950
Dallas, Texas 75201
Telephone:  214-692-6200
Facsimile:   214-692-6255

*Attorneys for Defendants TRANSFIRST HOLDINGS, INC., TRANSFIRST, LLC and TRANSFIRST THIRD PARTY SALES, LLC*

(Additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| JUST FILM, INC., RAINBOW BUSINESS SERVICES, D/B/A PRECISION TUNE AUTO CARE; BURLINGAME MOTORS, INC., DIETZ TOWING, INC., THE ROSE DRESS, INC., VOLKER VON GLASENAPP; JERRY SU; VERENA BAUMGARTNER; TERRY JORDAN; AND LEWIS BAE on behalf of themselves, the general public and those similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>MERCHANT SERVICES, INC.; UNIVERSAL CARD, INC.; NATIONAL PAYMENT PROCESSING; UNIVERSAL MERCHANT SERVICES CORPORATION; ATLAS PAYMENT PROCESSING; UNITED BANK CARD OF AMERICA, INC.; SPC, INC. d/b/a FIRST NATIONAL MERCHANTS SOLUTIONS; MBF LEASING LLC; MBF MERCHANT CAPITAL, LLC; NORTHERN FUNDING, LLC; NORTHERN LEASING SYSTEMS, INC.; CONGRESS FINANCIAL CORPORATION; GOLDEN EAGLE LEASING LLC; LEASE SOURCE, | Case No. 4:10-cv-01993-CW<br><br>**STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1(a) TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT** |

1

**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT**
**Case No. 4:10-cv-01993-CW**

INC.; LEASE FINANCE GROUP, LLC; TRANS-FIRST HOLDINGS, INC.; TRANSFIRST FINANCIAL INSTITUTIONS SERVICES; TRANSFIRST INDEPENDENT SALES SERVICES; FIRST NATIONAL BANK OF OMAHA; COLUMBUS BANK AND TRUST CO.; MERRICK BANK; THIRD FIFTH BANK; RBL CAPITAL GROUP, LLC; WILLIAM HEALY; ROBERT LATOUSEK; JAY COHEN; RICH HAHN; SARA KRIEGER; JASON MOORE; LINA KRAVIC; BRIAN FITZGERALD; SAM BUONO; PETER DE-PALMA; FIONA WALSHE; AND ERIC MADURA AND DOES 1 THROUGH 75

Defendants.

**WHEREAS,** on June 25, 2010, Plaintiffs filed a First Amended Class Action Complaint in this action (the "First Amended Complaint");

**WHEREAS,** Plaintiffs and defendants TransFirst Holdings, Inc., TransFirst, LLC, TransFirst Third Party Sales, LLC, Merchant Services, Inc., Universal Card, Inc., National Payment Processing, Inc., Columbus Bank and Trust, Merrick Bank, Fifth Third Bank, Atlas Payment Processing, MBF Leasing, LLC, MBF Merchant Capital, LLC, Northern Funding, LLC, Northern Leasing Systems, Inc., Golden Eagle Leasing, LLC, Lease Source, Inc., Lease Finance Group, LLC, RBL Capital Group, LLC, William Healy, Jay Cohen, Rich Hahn, Sara Krieger, Jason Moore, Lina Kravic, Sam Buono, Brian Fitzgerald, Fiona Walshe and Eric Madura (collectively, the "Served Defendants") coordinated and extended the deadline for the Served Defendants to answer or otherwise respond to the First Amended Complaint until July 26, 2010;

**WHEREAS,** by stipulation among the Plaintiffs and the Served Defendants and Order from this Court, the Served Defendants are required to answer or otherwise respond to the First Amended Complaint by July 26, 2010, and the hearing on any motions filed in response to the First Amended Complaint will be held on September 9, 2010;

**WHEREAS,** Plaintiffs have agreed to further extend the deadline for TransFirst Holdings, Inc., TransFirst, LLC, TransFirst Third Party Sales, LLC, and Columbus Bank and Trust to answer or otherwise respond to the First Amended Complaint until August 9, 2010, due to an illness of these defendants' counsel;

2

1  **WHEREAS,** this further extension will not impact any deadline currently set by this Court;

2  **NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and between the undersigned

3  parties, through their respective counsel of record, pursuant to Civil Local Rule 6-1(a), as follows:

4      1.    Defendants TransFirst Holdings, Inc., TransFirst, LLC, TransFirst Third Party Sales,

5  LLC, and Columbus Bank and Trust shall answer or otherwise respond to the First Amended

6  Complaint no later than August 9, 2010;

7      2.    Plaintiffs shall oppose any such motions filed in response to the First Amended

8  Complaint in accordance with the local rules;

9      3.    Defendants TransFirst Holdings, Inc., TransFirst, LLC, TransFirst Third Party Sales,

10 LLC, and Columbus Bank and Trust shall reply to any such oppositions in accordance with the local

11 rules;

12 / / /

**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT**
**Case No. 4:10-cv-01993-CW**

DATED: July 26, 2010

Respectfully submitted,

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: */s/ Maria Ellinikos*
     Maria Ellinikos

*Attorneys for Defendants Transfirst Holdings, Inc., Transfirst, LLC and Transfirst Third Party Sales, LLC*

**MORRISON & FOERSTER LLP**
James R. McGuire (SBN 189275)
jmcguire@mofo.com
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415-268-7000
Facsimile:  415-268-7522

Stephen M. Colangelo (admitted *pro hac vice*)
scolangelo@mofo.com
2000 Pennsylvania Avenue, NW, Suite 6000
Washington, DC 20006-1888
Telephone: 202-887-1528
Facsimile:  202-887-0763

By _____/s/_____
        James R. McGuire

*Attorneys for Defendant COLUMBUS BANK AND TRUST COMPANY*



IT IS SO ORDERED
Judge Claudia Wilken

4
**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT**
Case No. 4:10-cv-01993-CW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**GUTRIDE SAFIER LLP**
Adam J. Gutride (State Bar No. 181446)
adam@gutridesafier.com
Seth Safier (State Bar No. 197427)
seth@gutridesafier.com
835 Douglass Street
San Francisco, California  94114
Telephone:  (415) 336-6545
Facsimile:  (415) 449-6469

By: */s/ Adam J. Gutride*
     Adam J. Gutride

*Attorneys for Plaintiffs Just Film, Inc., Rainbow Business Services d/b/a Precision Tune Auto Care, Volker von Glasenapp and Jerry Su, Burlingame Motors, Inc., Dietz Towing, Inc., The Rose Dress, Inc., Verena Baumgartner, Terry Jordan and Lewis Bae*

5

**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT**
Case No. 4:10-cv-01993-CW

1  I, Maria Ellinikos, am the ECF user whose ID and password are being used to file this document. In
2  compliance with section X(B) of General Order 45, I hereby attest that Adam J. Gutride and James R.
3  McGuire concurred in this filing.

4
5                                                                            */s/ Maria Ellinikos*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

6

**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT**
**Case No. 4:10-cv-01993-CW**