**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
KRISTEN SIMPLICIO (State Bar No. 263291)
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 336-6545
Facsimile:  (415) 449-6469

**McNUTT LAW GROUP**
MICHAEL SWEET (State Bar No. 184345)
188 Embarcadero, Suite 800
San Francisco, California 94105
Telephone: (415) 995-8475
Facsimile:  (415) 995-8487

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JUST FILM, INC., RAINBOW BUSINESS SERVICES, D/B/A PRECISION TUNE AUTO CARE; BURLINGAME MOTORS, INC., DIETZ TOWING, INC., THE ROSE DRESS, INC., VOLKER VON GLASENAPP; JERRY SU; VERENA BAUMGARTNER; TERRY JORDAN; AND LEWIS BAE on behalf of themselves, the general public and those similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>MERCHANT SERVICES, INC.; NATIONAL PAYMENT PROCESSING; UNIVERSAL MERCHANT SERVICES LLC; JASON MOORE; JWM HOLDINGS, LLC; LA QUINTA HOLDINGS LLC; NATHAN JURCZYK, ROBERT PARISI, ERIC MADURA, FIONA WALSHE, ALICYN ROY; MBF LEASING LLC; NORTHERN FUNDING LLC; NORTHERN LEASING SYSTEMS, INC.; GOLDEN EAGLE LEASING LLC; LEASE SOURCE, LLC; LEASE FINANCE GROUP, LLC; JAY COHEN; LEONARD MEZEI; RICH HAHN; SARA KRIEGER; LINA KRAVIC; BRIAN FITZGERALD; SAM BUONO; MBF | Case No. 4:10-cv-01993-CW<br><br>**STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1(A) TO RESCHEDULE THE HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>and<br><br>**STIPULATED REQUEST PURSUANT TO CIVIL LOCAL RULE 6-2(A) TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON**<br><br>and<br><br>[Declaration of Kristen Simplicio filed concurrently herewith] |

**STIPULATIONS TO RESCHEDULE HEARING AND SET CASE MANAGEMENT SCHEDULE**

MERCHANT CAPITAL, LLC; RBL CAPITAL GROUP, LLC; WILLIAM HEALY; JOSEPH I. SUSSMAN; JOSEPH I. SUSSMAN, P.C. TRANSFIRST HOLDINGS, INC.; TRANSFIRST, LLC, TRANSFIRST THIRD PARTY SALES, LLC, COLUMBUS BANK AND TRUST CO.; FIFTH THIRD BANK; AND MERRICK BANK;

Defendants.

**WHEREAS,** on June 25, 2010, Plaintiffs filed a First Amended Class Action Complaint in this action (the "First Amended Complaint");

**WHEREAS,** defendants Merchant Services, Inc.; National Payment Processing; Universal Merchant Services LLC; Jason Moore; JWM Holdings, LLC; La Quinta Holdings LLC; Nathan Jurczyk, Robert Parisi, Eric Madura, Fiona Walshe, Alycin Roy; MBF Leasing LLC; Northern Funding LLC; Northern Leasing Systems, Inc.; Golden Eagle Leasing LLC; Lease Finance Group LLC; Jay Cohen; Leonard Mezei; Rich Hahn; Sara Krieger; Lina Kravic; Brian Fitzgerald; Sam Buono; MBF Merchant Capital, LLC; RBL Capital Group, LLC; William Healy; Fifth Third Bank; and Merrick Bank served responses to the First Amended Complaint on July 26, 2010;

**WHEREAS,** defendants TransFirst Holdings, Inc., TransFirst, LLC, TransFirst Third Party Sales, LLC, and Columbus Bank and Trust responded to the First Amended Complaint on August 9, 2010, due to an illness of these defendants' counsel;

**WHEREAS,** defendants Joseph I. Sussman and Joseph I. Sussman, P.C. were served on July 12, 2010 and responded on August 9, 2010 per agreement of the parties;

**WHEREAS,** this Court set the hearing date for the dispositive motions and Case Management Conference for September 9, 2010 in an order dated July 12, 2010 [docket #99];

**WHEREAS,** September 9, 2010 is Rosh Hashanah;

**WHEREAS**, the parties have agreed, subject to approval of the Court, to move the hearing and Case Management Conference to September 16, 2010;

**WHEREAS,** the extensions set forth herein will not impact any other deadline currently set by this Court;

- 2 -

**STIPULATIONS TO RESCHEDULE HEARING AND SET CASE MANAGEMENT SCHEDULE**

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and between the undersigned parties, through their respective counsel of record, pursuant to Civil Local Rules 6-1(a) and 6-2(a) and Rule 6 of the Federal Rules of Civil Procedure, as follows:

1. The Court will hear the motions to dismiss and hold a Case Management Conference on September 16, 2010;
2. Plaintiffs shall oppose any such motions filed in response to the First Amended Complaint in accordance with the local rules; and
3. Defendants shall reply to any such oppositions in accordance with the local rules.

| | |
|---|---|
| DATED: August 18, 2010 | Respectfully submitted, |
| | **GUTRIDE SAFIER LLP**<br>Adam J. Gutride (State Bar No. 181446)<br>adam@gutridesafier.com<br>Seth Safier (State Bar No. 197427)<br>seth@gutridesafier.com<br>Kristen Simplicio (State Bar No. 263291)<br>kristen@gutridesafier.com<br>835 Douglass Street<br>San Francisco, California 94114<br>Telephone: (415) 336-6545<br>Facsimile: (415) 449-6469 |
| | By: */s/ Kristen Simplicio*<br>     Kristen Simplicio |
| | *Attorneys for Plaintiffs Just Film, Inc., Rainbow Business Services d/b/a Precision Tune Auto Care, Volker von Glasenapp and Jerry Su, Burlingame Motors, Inc., Dietz Towing, Inc., The Rose Dress, Inc., Verena Baumgartner, Terry Jordan and Lewis Bae* |
| | **WICK PHILLIPS GOULD & MARTIN LLP**<br>Seema Tendolkar<br>2100 Ross Avenue, Suite 950,<br>Dallas, TX 75201<br>Main: (214) 692-6200<br>Direct: (214) 740-4057<br>Fax: (214) 692-6255 |
| | By: */s/ Seema Tendolkar* |
| | *Attorneys for Defendants Transfirst Holdings, Inc., Transfirst, LLC and Transfirst Third Party Sales, LLC* |

**STIPULATIONS TO RESCHEDULE HEARING AND SET CASE MANAGEMENT SCHEDULE**

**JONES DAY**
Thomas R. Malcolm (State Bar No. 39248)
trmalcolm@jonesday.com
Cary D. Sullivan (State Bar No. 228527)
carysullivan@jonesday.com
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone:  (949) 851-3939
Facsimile:  (949) 553-7539

By:  */s/ Cary D. Sullivan*
     Cary D. Sullivan

*Attorneys for Defendants Merchant Services, Inc., Universal Card, Inc., National Payment Processing, Inc., Universal Merchant Services LLC, JMW Holdings LLC, La Quinta Holdings, LLC, Jason Moore, Eric Madura, Nathan Jurczyk, Robert Parisi, and Alicyn Roy*

**VORYS, SATER, SEYMOUR & PEASE LLP**
Robert N. Webner (admitted *pro hac vice*)
rnwebner@vorys.com
52 East Gay Street
Columbus, OH 43215
Telephone:  (614) 464-8243
Facsimile: (614) 719-5083

By:  */s/Robert N. Webner*
     Robert N. Webner

*Attorneys for Defendant Fifth Third Bank*

- 2 -

**STIPULATIONS TO RESCHEDULE HEARING AND SET CASE MANAGEMENT SCHEDULE**

| | |
|---|---|
| 1 | |
| 2 | **STROOCK & STROOCK & LAVAN LLP** |
|   | Scott M. Pearson (State Bar No. 173880) |
| 3 | lacalendar@stroock.com |
|   | spearson@stroock.com |
| 4 | Stephen J. Newman (State Bar No. 181570) |
|   | lacalendar@stroock.com |
| 5 | snewman@stroock.com |
|   | 2029 Century Park East, 16th Floor |
| 6 | Los Angeles, California  90067 |
|   | Telephone:  (310) 556-5800 |
| 7 | Facsimile:  (310) 556-5959 |
| 8 | |
|   | By:  */s/ Scott M. Pearson* |
| 9 |        Scott M. Pearson |
| 10 | |
|    | *Attorneys for Defendant Merrick Bank* |
| 11 | |
|    | **MOSES SINGER LLP** |
| 12 | Abraham Y. Skoff (admitted pro hac vice) |
|    | askoff@mosessinger.com |
| 13 | Jennifer Nigro (admitted pro hac vice) |
|    | jnigro@mosessinger.com |
| 14 | 405 Lexington Avenue |
| 15 | New York, NY 10174 |
|    | Telephone: 212-554-7800 |
| 16 | Facsimile: 212-554-7700 |
| 17 | |
|    | By:  */s/ Jennifer Nigro* |
| 18 |        Jennifer Nigro |
| 19 | |
|    | *Attorneys for Defendants MBF Leasing,* |
| 20 | *LLC, Northern Funding, LLC, Northern* |
|    | *Leasing Systems, Inc., Golden Eagle* |
| 21 | *Leasing, LLC, Lease Finance Group, LLC,* |
|    | *RBL Capital Group, LLC, Jay Cohen, Rich* |
| 22 | *Hahn, Sara Krieger, Lina Kravic, Brian* |
|    | *Fitzgerald, Leonard, Mezei, and Sam Buono* |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- 3 -

**STIPULATIONS TO RESCHEDULE HEARING AND SET CASE MANAGEMENT SCHEDULE**

|   |   |
|---|---|
| 1 | **SCHEIN & CAI LLP** |
| 2 | James Cai (State Bar No. 200189) |
|   | jcai@sacattorneys.com |
| 3 | 111 West St. John Street, Suite 1250 |
|   | San Jose, California  95113 |
| 4 | Telephone:  (408) 436-0789 |
|   | Facsimile:  (408) 436-0758 |
| 5 |   |
| 6 | By:  */s/ James Cai* |
|   |      James Cai |
| 7 |   |
|   | *Attorneys for Fiona Walshe* |
| 8 |   |
| 9 | **CALLAHAN THOMPSON SHERMAN** |
|   | **& CAUDILL, LLP** |
| 10 | Joan E. Trimble (State Bar No. 205038) |
|   | jtrimble@ctsclaw.com |
| 11 | 2601 Main Street, Suite 800 |
|   | Irvine, CA 92614 |
| 12 | Tel: (949) 261-2872 |
|   | Facsimile: (949) 261-6060 |
| 13 |   |
| 14 | By:  */s/ Joan E. Trimble* |
|   |      Joan E. Trimble |
| 15 |   |
| 16 | *Attorney for Defendants MBF Merchant Capital, LLC and William Healy* |
| 17 | /// |

- 4 -

**STIPULATIONS TO RESCHEDULE HEARING AND SET CASE MANAGEMENT SCHEDULE**

**PROPOSED ORDER**

Pursuant to Civil Local Rule 6-2(a), and **GOOD CAUSE APPEARING THEREFOR**, it is therefore ORDERED that:

1. The Court will hear the motions to dismiss and hold a Case Management Conference on September 16, 2010;
2. Plaintiffs shall oppose any such motions filed in response to the First Amended Complaint in accordance with the local rules; and
3. Served Defendants shall reply to any such oppositions in accordance with the local rules.

**IT IS SO ORDERED**.

DATED: 8/23/2010

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

I, Kristen Simplicio, am the ECF user whose ID and password are being used to file this document. In compliance with section X(B) of General Order 45, I hereby attest that Robert Webner, Cary Sullivan, Seema Tendolkar, Scott Pearson, Jen Nigro, Seth Weiner, and Joan Trimble concurred in this filing.

*/s/ Kristen Simplicio*