**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
KRISTEN SIMPLICIO (State Bar No. 263291)
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 336-6545
Facsimile:  (415) 449-6469

**McNUTT LAW GROUP**
MICHAEL SWEET (State Bar No. 184345)
SHANE J. MOSES (State Bar No. 250533)
188 Embarcadero, Suite 800
San Francisco, California 94105
Telephone: (415) 995-8475
Facsimile:  (415) 995-8487

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JUST FILM, INC., RAINBOW BUSINESS SERVICES, D/B/A PRECISION TUNE AUTO CARE; BURLINGAME MOTORS, INC., DIETZ TOWING, INC., THE ROSE DRESS, INC., VOLKER VON GLASENAPP; JERRY SU; VERENA BAUMGARTNER; TERRY JORDAN; AND LEWIS BAE on behalf of themselves, the general public and those similarly situated | Case No. 4:10-cv-01993-CW **STIPULATION TO CONSOLIDATE PLAINTIFFS' OPPOSITIONS TO DEFENDANTS MOTIONS TO DISMISS** **AND** **STIPULATION TO SUSPEND RULE 7-4(b)** |
| Plaintiffs, | |
| v. | **[Declaration of Kristen Simplicio filed concurrently herewith]** |
| MERCHANT SERVICES, INC.; NATIONAL PAYMENT PROCESSING; UNIVERSAL MERCHANT SERVICES LLC; JASON MOORE; JWM HOLDINGS, LLC; LA QUINTA HOLDINGS LLC; NATHAN JURCZYK, ROBERT PARISI, ERIC MADURA, FIONA WALSHE, ALICYN ROY; MBF LEASING LLC; NORTHERN FUNDING LLC; NORTHERN LEASING SYSTEMS, INC.; GOLDEN EAGLE LEASING LLC; LEASE SOURCE, LLC; LEASE FINANCE GROUP, LLC; JAY COHEN; LEONARD MEZEI; RICH HAHN; SARA KRIEGER; LINA KRAVIC; BRIAN FITZGERALD; SAM BUONO; MBF | |

1   MERCHANT CAPITAL, LLC; RBL CAPITAL
    GROUP, LLC; WILLIAM HEALY; JOSEPH I.
2   SUSSMAN; JOSEPH I. SUSSMAN, P.C.
    TRANSFIRST HOLDINGS, INC.; TRANSFIRST,
3   LLC, TRANSFIRST THIRD PARTY SALES, LLC,
    COLUMBUS BANK AND TRUST CO.; FIFTH
4   THIRD BANK; AND MERRICK BANK;

                        Defendants.

5

6

7        **WHEREAS,** on June 25, 2010, Plaintiffs filed a First Amended Class Action Complaint

8   in this action (the "First Amended Complaint");

9        **WHEREAS,** defendants Merchant Services, Inc.; National Payment Processing;

10  Universal Merchant Services LLC; Jason Moore; JWM Holdings, LLC; La Quinta Holdings

11  LLC; Nathan Jurczyk, Robert Parisi, Eric Madura, and Alycin Roy filed a 17-page Motion to

12  Dismiss on July 26, 2010;

13       **WHEREAS,** defendants MBF Leasing LLC; Northern Funding LLC; Northern Leasing

14  Systems, Inc.; Golden Eagle Leasing LLC; Lease Finance Group LLC; Jay Cohen; Leonard

15  Mezei; Rich Hahn; Sara Krieger; Lina Kravic; Sam Buono; RBL Capital Group, LLC filed a 26-

16  page Motion to Dismiss on July 26, 2010 that was joined by Lease Source-LSI LLC on August

17  16, 2010;

18       **WHEREAS**, defendant Brian Fitzgerald filed a 13-page Motion to Dismiss on July 26,

19  2010;

20       **WHEREAS,** defendants MBF Merchant Capital, LLC and William Healy filed a 14-page

21  Motion to Dismiss on July 26, 2010;

22       **WHEREAS,** defendant Fifth Third Bank filed a 9-page Motion to Dismiss on July 26,

23  2010;

24       **WHEREAS,** defendant Merrick Bank joined in all Defendants motions to dismiss on July

25  26, 2010;

26       **WHEREAS,** defendant Fiona Walshe joined in all Defendants motions to dismiss on July

27  26, 2010;

28       **WHEREAS,** defendants TransFirst Holdings, Inc., TransFirst, LLC, TransFirst Third

**STIPULATION TO CONSOLIDATE PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS**

1    Party Sales, LLC, and Columbus Bank and Trust filed a 23-page Motion to Dismiss on August 9,

2    2010;

3         **WHEREAS,** defendants Joseph I. Sussman, P.C. and Joseph I. Sussman filed a 13-page

4    Motion to Dismiss on August 9, 2010;

5         **WHEREAS**, the parties have agreed, subject to approval of the Court, to allow Plaintiffs

6    to submit one consolidated opposition to the motions to dismiss;

7         **WHEREAS,** Plaintiffs require a total of fifty (50) pages to respond to the seven separate

8    motions to dismiss filed by Defendants;

9         **NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and between the

10   undersigned parties, through their respective counsel of record, that Plaintiffs will file one

11   consolidated opposition to the seven motions to dismiss not to exceed fifty (50) pages.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO CONSOLIDATE PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS**

1   DATED:  August 24, 2010                    Respectfully submitted,

2
                                               **GUTRIDE SAFIER LLP**
3                                              Adam J. Gutride (State Bar No. 181446)
                                               adam@gutridesafier.com
4                                              Seth Safier (State Bar No. 197427)
                                               seth@gutridesafier.com
5                                              Kristen Simplicio (State Bar No. 263291)
                                               kristen@gutridesafier.com
6                                              835 Douglass Street
                                               San Francisco, California  94114
7                                              Telephone:  (415) 336-6545
                                               Facsimile:  (415) 449-6469
8

9                                              By:  */s/ Kristen Simplicio*
10                                                   Kristen Simplicio

11                                             *Attorneys for Plaintiffs Just Film, Inc.,*
                                               *Rainbow Business Services d/b/a Precision*
12                                             *Tune Auto Care, Volker von Glasenapp and*
                                               *Jerry Su, Burlingame Motors, Inc., Dietz*
13                                             *Towing, Inc., The Rose Dress, Inc., Verena*
                                               *Baumgartner, Terry Jordan and Lewis Bae*
14

15                                             **WICK PHILLIPS GOULD &**
                                               **MARTIN LLP**
16                                             Seema Tendolkar
                                               2100 Ross Avenue, Suite 950,
17                                             Dallas, TX 75201
                                               Main: (214) 692-6200
18                                             Direct: (214) 740-4057
                                               Fax: (214) 692-6255
19

20                                             By:  */s/ Seema Tendolkar*

21                                             *Attorneys for Defendants Transfirst*
                                               *Holdings, Inc., Transfirst, LLC and*
22                                             *Transfirst Third Party Sales, LLC*

23

24

25

26

27

28

**STIPULATION TO CONSOLIDATE PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MORRISON & FOERSTER LLP**
Stephen M. Colangelo
scolangelo@mofo.com
2000 Pennsylvania Ave.,N.W.
Washington, D.C. 20006
Telephone: 202 887-1528
Fascimile: 202 887-0763

By: */s/ Stephen M. Colangelo*
      Stephen M. Colangelo

*Attorneys for Columbus Bank and Trust Co.*


**JONES DAY**
Thomas R. Malcolm (State Bar No. 39248)
trmalcolm@jonesday.com
Cary D. Sullivan (State Bar No. 228527)
carysullivan@jonesday.com
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone:  (949) 851-3939
Facsimile:  (949) 553-7539

By: */s/ Cary D. Sullivan*
      Cary D. Sullivan

*Attorneys for Defendants Merchant Services,*
*Inc., Universal Card, Inc., National Payment*
*Processing, Inc., Universal Merchant Services*
*LLC, JMW Holdings LLC, La Quinta Holdings,*
*LLC, Jason Moore, Eric Madura, Nathan*
*Jurczyk, Robert Parisi, and Alicyn Roy*

**STIPULATION TO CONSOLIDATE PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS**

1

2          **VORYS, SATER, SEYMOUR &
           PEASE LLP**
3          Robert N. Webner (admitted *pro hac
           vice*)
4          rnwebner@vorys.com
           52 East Gay Street
5          Columbus, OH 43215
           Telephone:  (614) 464-8243
6          Facsimile: (614) 719-5083
7
           By:  /s/Robert N. Webner
8                  Robert N. Webner
9
           *Attorneys for Defendant Fifth Third Bank*
10
           **STROOCK & STROOCK & LAVAN
11         LLP**
           Scott M. Pearson (State Bar No. 173880)
12         lacalendar@stroock.com
           spearson@stroock.com
13         Stephen J. Newman (State Bar No. 181570)
           lacalendar@stroock.com
14         snewman@stroock.com
           2029 Century Park East, 16th Floor
15         Los Angeles, California  90067
           Telephone:  (310) 556-5800
16         Facsimile:  (310) 556-5959
17
           By: /s/ Stephen J. Newman
18                  Stephen J. Newman
19
           *Attorneys for Defendant Merrick Bank*
20

21

22

23

24

25

26

27

28

**STIPULATION TO CONSOLIDATE PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS**

1

**MOSES SINGER LLP**
Abraham Y. Skoff (admitted pro hac vice)
askoff@mosessinger.com
Jennifer Nigro (admitted pro hac vice)
jnigro@mosessinger.com
405 Lexington Avenue
New York, NY 10174
Telephone: 212-554-7800
Facsimile: 212-554-7700

2

3

4

5

6

7     By: */s/ Jennifer Nigro*
          Jennifer Nigro

8

9     *Attorneys for Defendants MBF Leasing,*
      *LLC, Northern Funding, LLC, Northern*
      *Leasing Systems, Inc., Golden Eagle*
      *Leasing, LLC, Lease Finance Group, LLC,*
      *RBL Capital Group, LLC, Jay Cohen, Rich*
      *Hahn, Sara Krieger, Lina Kravic, Brian*
      *Fitzgerald, Leonard, Mezei, and Sam Buono*

10

11

12

13    **SCHEIN & CAI LLP**
      James Cai (State Bar No. 200189)
      jcai@sacattorneys.com
      Seth Wiener (State Bar No. 203747)
      swiener@sacattorneys.com
      111 West St. John Street, Suite 1250
      San Jose, California  95113
      Telephone:  (408) 436-0789
      Facsimile:  (408) 436-0758

14

15

16

17

18

19    By: */s/ Seth Wiener*
          Seth Wiener

20

21    *Attorneys for Fiona Walshe*

22

23

24

25

26

27

28

- 4 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HARRISON & HELD, LLP**
John M. Heaphy
jheaphy@harrisonheld.com
333 West Wacker, Suite 1700
Chicago, Illinois 60606-1250
Tel: (312) 753-6160
Facsimile: (312) 753-6159

By: */s/ John M. Heaphy*
     John M. Heaphy

*Attorneys for Defendants MBF Merchant
Capital, LLC and William Healy*

///

STIPULATION TO CONSOLIDATE PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS

1

**~~PROPOSED~~ ORDER**

2      Pursuant to **GOOD CAUSE APPEARING THEREFOR**, it is therefore ORDERED that

3 Plaintiffs shall file one consolidated opposition to the seven motions to dismiss not to exceed fifty

4 (50) pages.   **Defendants shall file a consolidated reply, not to exceed 20 pages.**

5      **IT IS SO ORDERED**.

6

DATED:  __ 8/26/2010 _____     _____

7                                THE HONORABLE CLAUDIA WILKEN

8                                UNITED STATES DISTRICT JUDGE

9

10 I, Kristen Simplicio, am the ECF user whose ID and password are being used to file this

11 document.  In compliance with section X(B) of General Order 45, I hereby attest that  Seema

12 Tendolkar, Stephen Colangelo, Cary Sullivan, Robert Webner, Jen Nigro, Seth Weiner, John

13 Heaphy, and Stephen Newman concurred in this filing.

14

15      */s/ Kristen Simplicio*

16

17

18

19

20

21

22

23

24

25

26

27

28