**AKIN GUMP STRAUSS HAUER & FELD LLP**
Reginald D. Steer (SBN 056324)
rsteer@akingump.com
Maria Ellinikos (SBN 235528)
mellinikos@akingump.com
580 California Street, 15th Floor
San Francisco, California 94104-1036
Telephone:    415-765-9500
Facsimile:    415-765-9501

**WICK, PHILLIPS, GOULD & MARTIN LLP**
K. Todd Phillips (admitted *pro hac vice*)
todd.phillips@wickphillips.com
Seema Tendolkar (admitted *pro hac vice*)
seema.tendolkar@wickphillips.com
2100 Ross Avenue, Suite 950
Dallas, Texas 75201
Telephone:  214-692-6200
Facsimile:   214-692-6255

*ATTORNEYS FOR DEFENDANTS TRANSFIRST HOLDINGS, INC., TRANSFIRST, LLC AND TRANSFIRST THIRD PARTY SALES, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUST FILM, INC., *et al.*, <br> Plaintiffs, <br> vs. <br> MERCHANT SERVICES, INC., *et al.*, <br> Defendants. | CASE NO.  CV–10-01993-CW <br><br> **STIPULATED REQUEST FOR SUBSTITUTION OF COUNSEL AND ORDER THEREON** |

Pursuant to Local Rule 7-12, Defendants TRANSFIRST HOLDINGS, INC., TRANSFIRST, LLC and TRANSFIRST THIRD PARTY SALES, LLC (collectively, the "TransFirst Defendants") hereby file this Stipulated Request for Substitution of Counsel, and request that this Court substitute Michael T. Carlson (SBN 184674) with the law firm of Geary, Shea, O'Donnell, Grattan & Mitchell P.C. as its attorney of record in this action in place of Reginald D. Steer (SBN 056324) and Maria Ellinikos (SBN 235528) with the law firm of Akin Gump Strauss Hauer & Feld, LLP, 580 California Street, 15th Floor, San Francisco, California 94104-1036, (415) 765-9500 (phone) and (415) 765-9501

(fax).  Michael T. Carlson is an active member in good standing of the United States District Court of the Northern District of California.

     The TransFirst Defendants request that this Stipulated Request be entered into order, and all pleadings, orders and notices henceforth be served upon Michael T. Carlson at Geary, Shea, O'Donnell, Grattan & Mitchell, P.C., 37 Old Courthouse Square, Fourth Floor, Santa Rosa, CA 95404 (707) 545-1660 (phone); (707) 545-1876 (fax); and mcarlson@gsoglaw.com (email).  The TransFirst Defendants will continue to be represented by K. Todd Phillips (admitted pro hac vice) and Seema Tendolkar (admitted pro hac vice) with the law firm of Wick, Phillips, Gould & Martin LLP, 2100 Ross Avenue, Suite 950, Dallas, Texas 75201, (214) 692-6200 (phone) and (214) 692-6255 (fax).

DATED:  January 18, 2011                           Respectfully submitted,

                                                   **AKIN GUMP STRAUSS HAUER & FELD LLP**

                                                   By      /s/Maria Ellinikos
                                                              Maria Ellinikos

                                                   **WICK, PHILLIPS, GOULD & MARTIN LLP**

                                                   By      /s/Seema Tendolkar
                                                              Seema Tendolkar

                                                 *Attorneys for Defendants TRANSFIRST HOLDINGS, INC., TRANSFIRST, LLC and TRANSFIRST THIRD PARTY SALES, LLC*

\\\

# ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED that Michael T. Carlson (SBN 184674) with the law firm of Geary, Shea, O'Donnell, Grattan & Mitchell P.C. is hereby counsel of record in this action for defendants TRANSFIRST HOLDINGS, INC., TRANSFIRST, LLC and TRANSFIRST THIRD PARTY SALES, LLC, and Reginald D. Steer (SBN 056324) and Maria Ellinikos (SBN 235528) with the law firm of Akin Gump Strauss Hauer & Feld, LLP are hereby removed as counsel of record, **as soon as new counsel enter an appearance.**

Dated:  1/19/2011

_____
Honorable Claudia Wilken
United States District Judge

\\\

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing instrument was served on all counsel of record via ECF electronic delivery on this <u>18th</u> day of January, 2011.

| | |
|---|---|
| Adam J. Gutride<br>adam@gutridesafier.com<br>Seth Safier<br>seth@gutridesafier.com<br>Kristen Simplicio<br>kristen@gutridesafier.com<br>GUTRIDE SAFIER LLP<br>835 Douglass Street<br>San Francisco, California  94114<br>Telephone:  (415) 336-6545<br>Facsimile:  (415) 449-6469<br><br>*Attorneys for plaintiffs Just Film, Inc., Rainbow Business Services d/b/a Precision Tune Auto Care, Burlingame Motors, Inc., Dietz Towing, Inc., The Rose Dress, Inc., Volker von Glasenapp, Jerry Su, Verena Baumgartner, Terry Jordan and Lewis Bae* | Michael A. Sweet<br>MSweet@ml-sf.com<br>Shane J. Moses<br>smoses@ml-sf.com<br>McNUTT LAW GROUP<br>188 Embarcadero, Suite 800<br>San Francisco, California 94105<br>Telephone: (415) 995-8475<br>Facsimile: (415) 995-8487<br><br>*Attorneys for plaintiffs Just Film, Inc., Rainbow Business Services d/b/a Precision Tune Auto Care, Burlingame Motors, Inc., Dietz Towing, Inc., The Rose Dress, Inc., Volker von Glasenapp, Jerry Su, Verena Baumgartner, Terry Jordan and Lewis Bae* |
| John M. Heaphy<br>jheaphy@harrisonheld.com<br>HARRISON & HELD, LLP<br>333 West Wacker, Suite 1700<br>Chicago, Illinois 60606-1250<br>Telephone: (312) 753-6160<br>Facsimile: (312) 753-6159<br><br>*Attorneys for defendants MBF Merchant Capital, LLC and William Healy* | Lee A. Sherman<br>lsherman@ctsclaw.com<br>Joan E. Trimble<br>jtrimble@ctsclaw.com<br>CALLAHAN THOMPSON SHERMAN & CAUDILL LLP<br>2601 Main Street, Suite 800 Irvine, CA 92614<br>Telephone: (949) 261-2872<br>Facsimile: (949) 261-6060<br><br>*Attorneys for defendants MBF Merchant Capital, LLC and William Healy* |
| Robert N. Webner<br>rnwebner@vorys.com<br>VORYS, SATER, SEYMOUR & PEASE LLP<br>52 East Gay Street<br>Columbus, OH 43215<br>Telephone:  (614) 464-8243<br>Facsimile: (614) 719-5083<br><br>*Attorneys for defendant Fifth Third Bank* | Hayes F. Michel<br>hmichel@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>12100 Wilshire Boulevard, 15th Floor<br>Los Angeles, CA 90025-7120<br>Telephone: (310) 979-8460<br>Facsimile: (310) 820-8800<br><br>*Attorneys for defendant Fifth Third Bank* |

| | |
|---|---|
| Abraham Y. Skoff | Kevin Gaut |
| askoff@mosessinger.com | keg@msk.com |
| Jennifer Nigro | Adam Levin |
| jnigro@mosessinger.com | axl@msk.com |
| MOSES SINGER LLP | MITCHELL SILBERBERG & KNUPP LLP |
| 405 Lexington Avenue | 11377 W. Olympic Boulevard |
| New York, NY 10174 | Los Angeles, CA 90064 |
| Telephone: 212-554-7800 | Telephone: (310) 312-2000 |
| Facsimile: 212-554-7700 | Facsimile: (310) 312-3100 |

*Attorneys for defendants MBF Leasing, LLC, Northern Funding, LLC, Northern Leasing Systems, Inc., Golden Eagle Leasing, LLC, Lease Finance Group, LLC, RBL Capital Group, LLC, Jay Cohen, Rich Hahn, Sara Krieger, Lina Kravic and Sam Buono*

*Attorneys for defendants MBF Leasing, LLC, Northern Funding, LLC, Northern Leasing Systems, Inc., Golden Eagle Leasing, LLC, Lease Finance Group, LLC, RBL Capital Group, LLC, Jay Cohen, Rich Hahn, Sara Krieger, Lina Kravic and Sam Buono*

| | |
|---|---|
| Thomas R. Malcolm | James Cai |
| trmalcolm@jonesday.com | jcai@sacattorneys.com |
| Cary D. Sullivan | Seth Weiner |
| carysullivan@jonesday.com | swiener@sacattorneys.com |
| JONES DAY | SCHEIN & CAI LLP |
| 3161 Michelson Drive, Suite 800 Irvine, California 926 12-4408 Telephone: (949) 851-3939 | 111 West St. John Street, Suite 1250 San Jose, California  95113 Telephone:  (408) 436-0789 |
| Fax: (949) 553-7539 | Facsimile:  (408) 436-0758 |

Brian Hershman
bhershman@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071-2300
Telephone:  (213) 243-2445
Facsimile:  (213) 243-2539

*Attorneys for defendants Atlas Payment Processing and Fiona Walshe*

*Attorneys for defendants Merchant Services, Inc., Universal Card, Inc., National Payment Processing, Inc., Universal Merchant Services, LLC, Jason Moore, Robert Parisi, Nathan Jurzcyk, Alicyn Roy, and Eric Madura*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on January 18, 2011 at Dallas, Texas.

             /s/Seema Tendolkar
              Seema Tendolkar