KEVIN E. GAUT (SBN 117352), keg@msk.com
DANIEL M. HAYES (SBN 240250), dmh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone:    (310) 312-2000
Facsimile:     (310) 312-3100

ABRAHAM Y. SKOFF (*Pro Hac Vice*)
JENNIFER NIGRO (*Pro Hac Vice*)
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-1299
Telephone:    (212) 554-7800
Facsimile:     (212) 554-7700

Attorneys for Defendants MBF Leasing, LLC, Northern Funding, LLC, Northern Leasing Systems, Inc., Golden Eagle Leasing, LLC, Lease Finance Group, LLC, RBL Capital Group, LLC, LeaseSource-LSI, LLC., Jay Cohen, Leonard Mezei, Sara Krieger, Sam Buono, Brian Fitzgerald, Joseph Sussman and Joseph I. Sussman, PC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUST FILM, INC., et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>MERCHANT SERVICES, INC. et al.<br><br>           Defendants<br><br>AND RELATED CROSS-CLAIMS | Case No.  C 10-1993 CW<br><br>**ORDER GRANTING MOTION TO ENLARGE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT AND TO AMEND THE COURT'S MARCH 4, 2011 ORDER** |

Case No.  C 10-1993 CW

Mitchell Silberberg & Knupp LLP

3653916.1

**ORDER**

Upon consideration of defendants Northern Leasing Systems, Inc., Northern Funding LLC, MBF Leasing LLC, LeaseSource-LSI, LLC, Lease Finance Group, Golden Eagle Leasing, RBL Capital Group LLC, Joseph I. Sussman PC, Jay Cohen, Leonard Mezei, Sara Krieger, Sam Buono, Brian Fitzgerald and Joseph Sussman (collectively, "Movants") administrative motion to enlarge time to respond to Plaintiffs' Second Amended Complaint, dated March 18, 2011, and amend the Court's March 4, 2011 Order, and good cause appearing therefore, IT IS HEREBY ORDERED that the motion to enlarge time is GRANTED. The Court's March 4th Order is hereby amended and the briefing schedule regarding all motions in response to the SAC is as follows:

- All motions to dismiss the SAC due by Friday, April 15, 2011
- Consolidated opposition to all motions to dismiss due by Friday, May 6, 2011
- All replies due by Friday, May 13, 2011
- Hearing, if necessary, to be determined by the Court.

IT IS SO ORDERED.

DATED: **3/28/2011**

_____
United States District Judge Claudia Wilken
Northern District of California