IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUST FILM, INC., et al.,

       Plaintiffs,

  v.

MERCHANT SERVICES, INC., et al.,

       Defendants.
                                       /

AND ALL RELATED CROSS-CLAIMS
                                       /

No. C 10-1993 CW

ORDER EXTENDING EXPIRATION DATE OF TEMPORARY RESTRAINING ORDER ENTERED APRIL 8, 2011

    On April 8, 2011, the Court entered a temporary restraining order (TRO) against Defendant SKS Associates. Under Federal Rule of Civil Procedure 65(b)(2), that Order is set to expire April 22, 2011 unless, the Court, "for good cause, extends it for a like period or the adverse party consents to a longer extension." "The reasons for an extension must be entered in the record." Fed. R. Civ. P. 65(b)(2).

    SKS Associates has stipulated to extend the expiration date of the TRO to May 5, 2011. (Docket No. 240.) Accordingly, the April 8, 2011 TRO shall be in effect through May 5, 2011.

    IT IS SO ORDERED.

Dated: 4/20/2011

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge