1   JONES DAY
    Thomas R. Malcolm (State Bar No. 39248)
2   trmalcolm@jonesday.com
    Cary D. Sullivan (State Bar No. 228527)
3   carysullivan@jonesday.com
    3161 Michelson Drive, Suite 800
4   Irvine, California 92612
    Telephone:  (949) 851-3939
5   Facsimile:  (949) 553-7539

6   Brian Hershman (State Bar No. 168175)
    bhershman@jonesday.com
7   555 South Flower Street
    Fiftieth Floor
8   Los Angeles, California 90071-2300
    Telephone:  (213) 489-3939
9   Facsimile:  (213) 243-2539

10  Attorneys for defendants Merchant Services, Inc.,
    Universal Card, Inc., National Payment Processing, Inc.,
11  Jason Moore, Eric Madura, Nathan Jurczyk, Robert
    Parisi, Alicyn Roy and Universal Merchant Services,
12  LLC

13  (Additional counsel listed on signature page)

14

15                  **UNITED STATES DISTRICT COURT**

16                  **NORTHERN DISTRICT OF CALIFORNIA**

17                        **OAKLAND DIVISION**

18  JUST FILM, INC.; RAINBOW BUSINESS          Case No. CV 10-01993 CW
    SOLUTIONS, D/B/A PRECISION TUNE
19  AUTO CARE; BURLINGAME MOTORS,
    INC.; DIETZ TOWING, INC.; THE ROSE         **STIPULATION AND [~~PROPOSED~~]**
20  DRESS, INC.; VOLKER VON                    **ORDER, PURSUANT TO CIVIL**
    GLASENAPP; JERRY SU; VERENA                **LOCAL RULE 6-2(a), TO CONTINUE**
21  BAUMGARTNER; TERRY JORDAN;                 **CASE MANAGEMENT CONFERENCE**
    ERIN CAMPBELL; AND LEWIS BAE on            **FROM MAY 31, 2011 TO JUNE 2, 2011**
22  behalf of themselves, the general public and
    those similarly situated,
23
                    Plaintiffs,
24
         v.
25
    MERCHANT SERVICES, INC.;
26  NATIONAL PAYMENT PROCESSING;
    UNIVERSAL MERCHANT SERVICES
27  LLC; UNIVERSAL CARD, INC.; JASON
    MOORE; NATHAN JURCZYK; ROBERT
28

1     PARISI; ERIC MADURA; FIONA
WALSHE; ALICYN ROY; MBF LEASING
2     LLC; NORTHERN FUNDING LLC;
NORTHERN LEASING SYSTEMS, INC.;
3     GOLDEN EAGLE LEASING LLC; LEASE
SOURCE-LSI, LLC; LEASE FINANCE
4     GROUP, LLC; JAY COHEN; LEONARD
MEZEI; SARA KRIEGER; BRIAN
5     FITZGERALD; SAM BUONO; MBF
MERCHANT CAPITAL, LLC; RBL
6     CAPITAL GROUP, LLC; WILLIAM
HEALY; JOSEPH I. SUSSMAN; JOSEPH I.
7     SUSSMAN, P.C.; AND SKS ASSOCIATES,
LLC,
8

          Defendants.
9

10     AND RELATED ACTIONS.

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1    **WHEREAS,** on March 4, 2011, the Court continued the case management conference in

2    this matter from March 31, 2011 to May 31, 2011 at 2:00 p.m. (Order (Dkt. No. 200, entered Mar.

3    4, 2011), at 5);

4    **WHEREAS**, on April 28, 2011, defendant SKS Associates, LLC moved to compel

5    arbitration (Dkt. No. 253, filed Apr. 28, 2011), the hearing on which is set for June 2, 2011 at

6    2:00 p.m.;

7    **WHEREAS**, on May 3, 2011, the Court continued to June 2, 2011 at 2:00 p.m. the

8    hearings on plaintiffs' motion for preliminary injunction and defendants Universal Card, Inc.,

9    National Payment Processing, Inc. and Jason Moore's motion to compel arbitration (Order (Dkt.

10   No. 258, filed May 3, 2011), at 2);

11   **WHEREAS**, to save travel expenses and reduce environmental harm, the parties believe

12   it is appropriate to consolidate the above events by continuing the case management conference to

13   June 2, 2011, so the parties appearing for the motion hearings on June 2, 2011 do not have to

14   appear separately for the case management conference; and

15   **WHEREAS**, the proposed two-day continuance would have no effect on any other dates

16   presently scheduled in this case.

17   **NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and between the

18   undersigned parties, through their respective counsel of record, pursuant to Civil Local Rule 6-

19   2(a), that the case management conference in this matter, currently set for May 31, 2011 at 2:00

20   p.m., should be continued to June 2, 2011 at 2:00 p.m.

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1     May 17, 2011                    JONES DAY

2

3                                  By: */s/ Cary D. Sullivan*

4                                      Cary D. Sullivan

5                             Attorneys for defendants Merchant Services, Inc., Universal Card, Inc., National Payment Processing, Inc., Jason Moore, Eric Madura,

6                             Nathan Jurczyk, Robert Parisi, Alicyn Roy and Universal Merchant Services, LLC

7

8

9     May 17, 2011                    GUTRIDE SAFIER LLP
Adam J. Gutride (State Bar No. 181446)
adam@gutridesafier.com

10                             Seth Safier (State Bar No. 197427)
seth@gutridesafier.com

11                             835 Douglass Street
San Francisco, California  94114

12                             Telephone:  (415) 336-6545
Facsimile:  (415) 449-6469

13

14

15                             By: */s/ Adam J. Gutride*
                                     Adam J. Gutride

16                             Attorneys for plaintiffs Just Film, Inc., Rainbow Business Services d/b/a Precision

17                             Tune Auto Care, Burlingame Motors, Inc., Dietz Towing, Inc., The Rose Dress, Inc.,

18                             Volker von Glasenapp, Jerry Su, Verena Baumgartner, Terry Jordan, Erin Campbell and

19                             Lewis Bae

20

21

22

23

24

25

26

27

28

- 4 -

| | | |
|---|---|---|
| 1 | May 17, 2011 | MITCHELL SILBERBERG & KNUPP LLP |
| 2 | | Kevin E. Gaut (State Bar No. 117352)<br>keg@msk.com |
| 3 | | Daniel M. Hayes (State Bar No. 240250)<br>dmh@msk.com<br>11377 W. Olympic Boulevard |
| 4 | | Los Angeles, CA  90064<br>Telephone:  (310) 312-2000 |
| 5 | | Facsimile:  (310) 312-3100 |
| 6 | | MOSES & SINGER LLP |
| 7 | | Abraham Y Skoff (*Pro Hac Vice*)<br>Scott E. Silberfein (*Pro Hac Vice*)<br>Jennifer Nigro (*Pro Hac Vice*) |
| 8 | | The Chrysler Building<br>405 Lexington Avenue |
| 9 | | New York, NY  10174<br>Telephone:  (212) 554-7800 |
| 10 | | Facsimile:   (212) 554-7700 |

By: */s/ Jennifer Nigro*
     Jennifer Nigro

Attorneys for defendants Sam Buono, Jay Cohen, Brian Fitzgerald, Golden Eagle Leasing, LLC, Joseph I. Sussman, P.C., Sara Krieger, Lease Finance Group, LLC, Lease Source-LSI, LLC, MBF Leasing, LLC, Leonard Mezei, Northern Funding, LLC, Northern Leasing Systems, Inc., RBL Capital Group, LLC, Joseph I. Sussman and SKS Associates, LLC

May 17, 2011

BROWN, WEGNER & BERLINER LLP
Matthew K. Wegner (State Bar No. 223062)
mwegner@bwb-lawyers.com
2603 Main Street, Suite 1050
Irvine, CA  92614
Telephone:  (949) 705-0080
Facsimile:   (949) 794-4099

By: */s/ Matthew K. Wegner*
     Matthew K. Wegner

Attorneys for defendant Fiona Walshe

- 5 -

1   May 17, 2011                          CALLAHAN THOMPSON SHERMAN &
                                          CAUDILL LLP
2                                         Lee A. Sherman (State Bar No. 172198)
                                          lsherman@ctsclaw.com
3                                         Joan E. Trimble (State Bar No. 205038)
                                          jtrimble@ctsclaw.com
4                                         2601 Main Street, Suite 800
                                          Irvine, CA  92614
5                                         Telephone:  (949) 261-2872
                                          Facsimile:  (949) 261-6060
6
                                          HARRISON & HELD LLP
7                                         John M. Heaphy (*Pro Hac Vice*)
                                          Jeffrey J. Halldin (*Pro Hac Vice*)
8                                         333 W. Wacker Drive, Suite 1700
                                          Chicago, IL  60606
9                                         Telephone:  (312) 332-1111

10
                                          By: */s/ John M. Heaphy*
11                                             John M. Heaphy

12                                        Attorneys for defendants MBF Merchant
                                          Capital, LLC and William Healy
13

14

15
        Pursuant to Civil Local Rule 6-2(a), and **GOOD CAUSE APPEARING THEREFOR**,
16
the case management conference in this matter is hereby continued to June 2, 2011 at 2:00 p.m.
17
        **IT IS SO ORDERED**.
18

19   DATED:   **5/19/2011**                _____
20                                         THE HONORABLE CLAUDIA WILKEN
                                           UNITED STATES DISTRICT JUDGE

21      I, Cary D. Sullivan, am the ECF user whose ID and password are being used to file this
22
document.  In compliance with section X(B) of General Order 45, I hereby attest that Adam
23
Gutride, Jennifer Nigro, Matthew Wegner and John Heaphy concurred in this filing.
24
        */s/ Cary D. Sullivan*
25   IRI-20501v1

26

27

28

                                          - 6 -