**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUST FILM, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MERCHANT SERVICES, INC., et al.,<br><br>　　　　Defendants.　　　　　　　　／<br><br>AND ALL RELATED CROSS-CLAIMS<br>　　　　　　　　　　　　　　　　／ | No. C 10-1993 CW<br><br>PRELIMINARY INJUNCTION AGAINST DEFENDANT SKS ASSOCIATES |

　　　IT IS HEREBY ORDERED that Defendant SKS ASSOCIATES, and its officers, agents, servants, employees, attorneys, those persons in active concert or participation with it, and any successors-in-interest are HEREBY RESTRAINED AND PROHIBITED from collecting or attempting to collect taxes and/or fees related thereto based upon expired, cancelled, or otherwise terminated equipment lease agreements through the use of automated bank withdrawals; and

　　　IT IS FURTHER ORDERED that Defendant SKS ASSOCIATES, and its officers, agents, servants, employees, attorneys, those persons in active concert or participation with it, and any successors-in-interest are HEREBY RESTRAINED AND PROHIBITED from making any reports to any credit reporting agencies regarding any collection of any taxes and/or fees related thereto based upon expired, cancelled, or otherwise terminated equipment lease agreements.

1  Unless dissolved at an earlier time, this injunction shall
2 remain in effect until final judgment is entered in this case.
3  IT IS SO ORDERED.

Dated: 6/13/2011



CLAUDIA WILKEN
United States District Judge