| | |
|---|---|
| 1 | **GUTRIDE SAFIER LLP**<br>ADAM J. GUTRIDE (State Bar No. 181446) |
| 2 | SETH A. SAFIER (State Bar No. 197427)<br>KRISTEN SIMPLICIO (State Bar No. 263291) |
| 3 | 835 Douglass Street<br>San Francisco, California 94114 |
| 4 | Telephone: (415) 336-6545<br>Facsimile:  (415) 449-6469 |
| 5 | |
| 6 | **MEYERS NAVE**<br>MICHAEL SWEET (State Bar No. 184345) |
| 7 | 575 Market Street<br>Suite 2600 |
| 8 | San Francisco, CA 94105<br>Telephone: (415) 421-3711<br>Facsimile:  (415) 421-3767 |
| 9 | |
| 10 | Attorneys for Plaintiffs |
| 11 | (Additional counsel listed on signature page) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JUST FILM, INC.; ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>MERCHANT SERVICES, INC.; ET AL.,<br><br>Defendants. | Case No. CV 10-01993 CW<br><br>**STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2(b) TO CONTINUE CLASS CERTIFICATION HEARING AND EXTEND ASSOCIATED BRIEFING SCHEDULE AND [~~PROPOSED~~] ORDER THEREON** |

**WHEREAS,** on June 2, 2011 this Court held a case management conference and set the class certification hearing date for January 31, 2012;

**WHEREAS**, this Court issued an order granting in part and denying in part the motions to dismiss on August 29, 2011;

**WHEREAS,** the parties held their Rule 26(f) conference on September 14, 2011;

**WHEREAS,** Defendants answered the Second Amended Complaint on September 30, 2011;

**WHEREAS,** the parties have only recently had the opportunity to begin full discovery;

**WHEREAS,** in light of the large number of parties and the potential complexity of the issues presented, the parties require additional time to complete discovery and prepare their class certification briefs;

**WHEREAS,** in their Rule 26 report to the Court, the parties jointly proposed a revised schedule for the class certification hearing and briefing, but the Court has taken no action on the report; and

**WHEREAS,** pursuant to Local Civil Rule 6-1(b), a Court order is necessary to extend the class certification briefing schedule and continue the hearing;

**NOW, THEREFORE, IT IS STIPULATED**, by and between the undersigned parties, through their respective counsel of record, pursuant to Rule 6 and Local Civil Rules 6-1(b) and 2(a), that the Court set the following deadlines regarding class certification:

| | |
|---|---|
| Plaintiffs' motion for class certification due | April 27, 2012 |
| Defendants' opposition to certification due | June 8, 2012 |
| Plaintiffs' certification reply due | June 29, 2012 |
| Hearing on class certification | July 12, 2012 |

Date: November 3, 2011

Respectfully submitted,

**GUTRIDE SAFIER LLP**

/s/ Kristen G. Simplicio
_____
Adam J. Gutride, Esq.
Seth A. Safier, Esq.
Kristen G. Simplicio, Esq.
835 Douglass Street
San Francisco, California 94114

- 2 -

STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2(B) TO EXTEND ASSOCIATED BRIEFING

**MEYERS NAVE**
Michael Sweet, Esq.
575 Market Street
Suite 2600
San Francisco, CA 94105

Attorneys for Plaintiffs


MOSES & SINGER LLP

/s/ Jennifer Nigro
_____
Abraham Y Skoff (*Pro Hac Vice*)
Scott E. Silberfein (*Pro Hac Vice*)
Jennifer Nigro (*Pro Hac Vice*)
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
Telephone:  (212) 554-7800
Facsimile:   (212) 554-7700

MITCHELL SILBERBERG & KNUPP LLP
Kevin E. Gaut (State Bar No. 117352)
keg@msk.com
Daniel M. Hayes (State Bar No. 240250)
dmh@msk.com
11377 W. Olympic Boulevard
Los Angeles, CA  90064
Telephone:  (310) 312-2000
Facsimile:   (310) 312-3100

Attorneys for Defendants Sam Buono, Jay Cohen, Brian Fitzgerald, Golden Eagle Leasing, LLC, Joseph I. Sussman, P.C., Sara Krieger, Lease Finance Group, LLC, Lease Source-LSI, LLC, MBF Leasing, LLC, Leonard Mezei, Northern Funding, LLC, Northern Leasing Systems, Inc., RBL Capital Group, LLC, Joseph I. Sussman and SKS Associates, LLC


JONES DAY

/s/ Cary D. Sullivan
_____
Thomas R. Malcolm (State Bar No. 39248)

STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2(B) TO EXTEND ASSOCIATED BRIEFING

| | |
|---|---|
| 1 | trmalcolm@jonesday.com |
| | Cary D. Sullivan (State Bar No. 228527) |
| 2 | carysullivan@jonesday.com |
| | 3161 Michelson Drive, Suite 800 |
| 3 | Irvine, California 92612 |
| | Telephone:  (949) 553-7593 |
| 4 | Facsimile:  (949) 553-7539 |
| 5 | Brian Hershman (State Bar No. 168175) |
| | bhershman@jonesday.com |
| 6 | 555 South Flower Street |
| | Fiftieth Floor |
| 7 | Los Angeles, California 90071-2300 |
| | Telephone:  (213) 243-2445 |
| 8 | Facsimile:  (213) 243-2539 |
| 9 | Attorneys for Defendants Merchant Services, Inc., Universal Card, Inc., National Payment Processing, Inc., Jason Moore, Eric Madura, Nathan Jurczyk, Robert Parisi, Alicyn Roy and Universal Merchant Services, LLC |

BROWN, WEGNER & BERLINER LLP

/s/ Matthew K. Wegner
_____
Matthew K. Wegner (State Bar No. 223062)
mwegner@bwb-lawyers.com
2603 Main Street, Suite 1050
Irvine, CA  92614
Telephone:  (949) 705-0080
Facsimile:  (949) 794-4099

Attorneys for Defendant Fiona Walshe

I, Kristen G. Simplicio, am the ECF user whose ID and password are being used to file this document. In compliance with section X(B) of General Order 45, I hereby attest that Cary Sullivan, Jennifer Nigro, and Matthew Wegner concurred in this filing.

*/s/ Kristen G. Simplicio*

Pursuant to Local Civil Rule 6-2(a), and **GOOD CAUSE APPEARING THEREFOR**, **IT IS SO ORDERED**.

DATED: 11/7/2011

*[signature]*
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2(B) TO EXTEND ASSOCIATED BRIEFING