**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUST FILM, INC., et al.,                                    No. C 10-01993 CW

       Plaintiffs,                                   ORDER OF
                                                            REFERENCE TO
  v.                                                     MAGISTRATE JUDGE

MERCHANT SERVICES, INC, et al.,

       Defendants.
_____/

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the

motion to compel production of documents from Fiona Walshe and **all

further discovery motions** filed in the above-captioned case are

referred to a Magistrate Judge.   The hearing noticed for

Thursday, January 5, 2012, is vacated.   Counsel will be advised

of the date, time and place of appearance by notice from the

assigned Magistrate Judge.


Dated: 11/23/2011                          _____
                                           CLAUDIA WILKEN
                                           United States District Judge


cc:  MagRef; Assigned M/J w/mo.