JOHN V. ERICKSON (SBN 52356), jerickson@collette.com
ROD O. DIVELBISS (SBN 102345), rdivelbiss@collette.com
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone: (415) 788-4646
Facsimile: (415) 788-6929

SCOTT E. SILBERFEIN (Pro Hac Vice)
JENNIFER NIGRO (Pro Hac Vice)
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-1299
Telephone: (212)554-7800
Facsimile: (212) 554-7700

Attorneys for Defendants MBF Leasing LLC, Northern Funding LLC, Northern Leasing Systems, Inc., SKS Associates LLC, Jay Cohen, Sara Krieger, Leonard Mezei and Sam Buono

UNITED STATES DISTRICT COURT FOR

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JUST FILM, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MERCHANT SERVICES, INC. et al., <br><br> Defendants. | Case No. C-10-1993 CW <br><br> [~~PROPOSED~~] ORDER RE: SUBSTITUTION OF ATTORNEY |
| AND RELATED CROSS-ACTIONS. | |

COLLETTE ERICKSON
FARMER & O'NEILL LLP
ATTORNEYS AT LAW
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646

[~~PROPOSED~~] ORDER RE:  SUBSTITUTION OF ATTORNEY

NORLC 9.1

# ORDER

IT IS HEREBY ORDERED that John V. Erickson and Rod O. Divelbiss of Collette Erickson Farmer & O'Neill LLP, 235 Pine Street, Suite 1300, San Francisco, CA 94104 are counsel of record for Defendants MBF Leasing LLC, Northern Funding, LLC, Northern Leasing Systems, Inc., SKS Associates LLC, Jay Cohen, Sara Krieger, Leonard Mezei and Sam Buono, and that Kevin E. Gaut and Daniel M. Hayes of Mitchell Silberberg & Knupp LLP are relieved and removed as counsel of record in this proceeding.

IT IS SO ORDERED.

DATED: 1/4/2012

The Honorable Claudia Wilken
United States District Court Judge

COLLETTE ERICKSON
FARMER & O'NEILL LLP
ATTORNEYS AT LAW
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646

1
[PROPOSED] ORDER RE: SUBSTITUTION OF ATTORNEY
NORLC 9.1