1  JOHN V. ERICKSON (SBN 52356), jerickson@collette.com
   ROD O. DIVELBISS (SBN 102345), rdivelbiss@collette.com
2  COLLETTE ERICKSON FARMER & O'NEILL LLP
   235 Pine Street, Suite 1300
3  San Francisco, CA 94104
   Telephone: (415) 788-4646
4  Facsimile: (415) 788-6929

5  SCOTT E. SILBERFEIN (Pro Hac Vice)
   JENNIFER NIGRO (Pro Hac Vice)
6  MOSES & SINGER LLP
   The Chrysler Building
7  405 Lexington Avenue
   New York, New York 10174-1299
8  Telephone: (212)554-7800
   Facsimile: (212) 554-7700
9
   Attorneys for Defendants MBF Leasing LLC, Northern Funding LLC,
10 Northern Leasing Systems, Inc., SKS Associates LLC, Jay Cohen,
   Sara Krieger, Leonard Mezei and Sam Buono
11

UNITED STATES DISTRICT COURT FOR

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| JUST FILM, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>MERCHANT SERVICES, INC. et al.,<br><br>　　　　Defendants. | Case No. C-10-1993 CW<br><br>**DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON PLAINTIFFS' MOTION TO COMPEL DOCUMENTS AND [PROPOSED] ORDER DENYING REQUEST**<br><br>Date:　　April 3, 2012<br>Time:　　10:00 a.m.<br>Judge:　　Magistrate Judge Elizabeth Laporte |
|---|---|
| AND RELATED CROSS-ACTIONS. | |

COLLETTE ERICKSON
FARMER & O'NEILL LLP
ATTORNEYS AT LAW
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646

DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON PLAINTIFFS'
MOTION TO COMPEL DOCUMENTS

NORLC 9.1

THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

Local counsel John V. Erickson and Rod Divelbiss of Collette Erickson Farmer & O'Neill LLP have a calendar conflict on April 3, 2012. Accordingly, Counsel for Defendants MBF Leasing LLC, Northern Funding, LLC, Northern Leasing Systems, Inc., SKS Associates LLC, Jay Cohen, Sara Krieger, Leonard Mezei and Sam Buono, hereby request to appear telephonically at the hearing on Plaintiffs' Motion to Compel Documents from Northern Leasing Defendants on April 3, 2012 at 10:00 a.m. in Department 3 of the above-entitled Court.

If the Court approves this request, Counsel will be awaiting the Court's call on April 3, 2012 beginning at 9:30 a.m. at the following telephone numbers: **John Erickson (415) 788-4646; Jennifer Nigro and Scott Silberfein (212) 554-7800.**

If the Court does not approve this request, John V. Erickson will personally appear at the Hearing.

DATED: March 30, 2012                COLELTTE ERICKSON FARMER
                                     & O'NEILL LLP

                                     /s/John V. Erickson
                                     John V. Erickson

DATED: March 30, 2012                COLLETTE ERICKSON FARMER
                                     & O'NEILL LLP

                                     /s/Rod O. Divelbiss
                                     Rod O. Divelbiss

[PROPOSED] ORDER

Pursuant to the terms hereof, and GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED that Defendants may appear telephonically on April 3, 2012 at 10:00 a.m.

DATED:                                           _____
                                                 ELIZABETH D. LAPORTE
                                                 MAGISTRATE JUDGE

**DENIED**
Judge Elizabeth D. Laporte

COLLETTE ERICKSON
FARMER & O'NEILL LLP
ATTORNEYS AT LAW
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646

1
DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON PLAINTIFFS' MOTION TO COMPEL DOCUMENTS

NORLC 9.1