**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUST FILM, INC., et al.,

      Plaintiff,

      v.

MERCHANT SERVICES, INC., et al.,

      Defendant.

_____/

No.   C 10-01993 CW (EDL)

ORDER

      The parties' request of April 13, 2012 (Docket No. 358), that they be given until April 17, 2012, to submit their joint statement on outstanding discovery issues is GRANTED.

DATED: April 17, 2012

*Elizabeth D. Laporte*

ELIZABETH D. LAPORTE

United States Magistrate Judge