UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 23 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUST FILM, INC.; et al.,<br><br>      Plaintiffs - Appellees,<br><br> v.<br><br>MERCHANT SERVICES, INC.; et al.,<br><br>      Defendants,<br><br> and<br><br>SKS ASSOCIATES LLC,<br><br>      Defendant - Appellant. | No. 11-16677<br><br>D.C. No. 4:10-cv-01993-CW<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |

The judgment of this Court, entered March 22, 2012, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                FOR THE COURT:
                                                Molly C. Dwyer
                                                Clerk of Court

                                                Lee-Ann Collins
                                                Deputy Clerk