UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUST FILM, INC., et al.,

    Plaintiff,　　　　　　　　　　　　No.   C 10-01993 CW (EDL)

    v.　　　　　　　　　　　　　　　　ORDER

MERCHANT SERVICES, INC., et al.,

    Defendant.
_____/

    The Court has reviewed the Joint Statement (Docket No. 359) and Defendants' objection thereto by letter dated April 17, 2012. The Court agrees that a deadline in the near future for production is appropriate, and would have been aided by Defendants including their position in the Joint Statement or in their letter. Defendants have already had additional time to prepare their production since the hearing and the agreement on what needs to be produced. The parties should immediately agree on a date, such as May 1, 2012, for production, and if the date is not sufficiently in advance of the Plaintiffs' depositions, to postpone those depositions to a mutually agreed-upon time that does not disturb the schedule set by Judge Wilken, or the parties may seek a continuance from her if necessary and appropriate.

DATED: April 24, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge