| | |
|---|---|
| 1 | **GUTRIDE SAFIER LLP** |
| | ADAM J. GUTRIDE (State Bar No. 181446) |
| 2 | SETH A. SAFIER (State Bar No. 197427) |
| | KRISTEN SIMPLICIO (State Bar No. 263291) |
| 3 | 835 Douglass Street |
| | San Francisco, California 94114 |
| 4 | Telephone: (415) 271-6469 |
| | Facsimile:  (415) 449-6469 |
| 5 | |
| | **MEYERS NAVE** |
| 6 | 575 Market Street |
| | Suite 2600 |
| 7 | San Francisco, CA 94105 |
| | Telephone: (415) 421-3711 |
| 8 | Facsimile:  (415) 421-3767 |
| 9 | Attorneys for Plaintiffs |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JUST FILM, INC.; ET AL. | Case No. CV 10-01993 CW |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF WITHDRAWAL OF MICHAEL SWEET AND MEYERS NAVE AS COUNSEL OF RECORD AND ORDER APPROVING WITHDRAWAL** |
| v. | |
| MERCHANT SERVICES, INC.; ET AL., | |
| Defendants. | |

Michael Sweet, Esq. and the law firm of Meyers Nave hereby apply to withdraw as counsel of record for Plaintiffs in this action. Plaintiffs shall continue to be represented by the law firm of Gutride Safier LLP.

Pursuant to Local Rule 11-5, notice of this withdrawal has been provided to all Plaintiffs. This notice also is being provided by ECF to counsel for all Defendants.

Plaintiffs respectfully request that the Court approve the withdrawal pursuant to Local Rule 11-5.

Date: September 4, 2012

Respectfully submitted,

**GUTRIDE SAFIER LLP**

/s/ Adam Gutride
_____
Adam J. Gutride, Esq.
Seth A. Safier, Esq.
Kristen G. Simplicio, Esq.
835 Douglass Street
San Francisco, California 94114

Attorneys for Plaintiffs

**MEYERS NAVE**

/s/ David W. Skinner
_____
David W. Skinner, Esq.,
Managing Partner
State Bar No. 146285
575 Market Street
Suite 2600
San Francisco, CA 94105
dskinner@meyersnave.com

/s/ Michael Sweet
_____
Michael Sweet, Esq.
State Bar No. 184345

NOTICE OF WITHDRAWAL OF COUNSEL; [Proposed] ORDER

1 | Pursuant to General Order 45(X), I hereby certify that I obtained the consent of
2 | all the above signatories before filing this document.
3 | Date: September 4, 2012           /s Adam Gutride
4 |                                    _____
   |                                    Adam J. Gutride, Esq.

7 | Pursuant to Local Rule 11-5, and **GOOD CAUSE APPEARING THEREFOR**,
8 | the Court approves the withdrawal, as counsel of record for Plaintiffs, of Michael Sweet,
9 | Esq. and the Meyers Nave law firm.
10 | **IT IS SO ORDERED**.

12 | DATED:  9/4/2012           *[signature: Claudia Wilken]*
13 |                             THE HONORABLE CLAUDIA J. WILKEN
                                 UNITED STATES DISTRICT JUDGE

NOTICE OF WITHDRAWAL OF COUNSEL; [Proposed] ORDER