IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUST FILM, INC.; RAINBOW BUSINESS SOLUTIONS, doing business as PRECISION TUNE AUTO CARE; BURLINGAME MOTORS, INC.; DIETZ TOWING, INC.; THE ROSE DRESS, INC.; VOLKER VON GLASENAPP; JERRY SU; VERENA BAUMGARTNER; TERRY JORDAN; LEWIS BAE; and ERIN CAMPBELL, on behalf of themselves, the general public and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCHANT SERVICES, INC.; NATIONAL PAYMENT PROCESSING; UNIVERSAL MERCHANT SERVICES, LLC; UNIVERSAL CARD, INC.; JASON MOORE; NATHAN JURCZYK; ROBERT PARISI; ERIC MADURA; FIONA WALSHE; ALICYN ROY; MBF LEASING, LLC; NORTHERN FUNDING, LLC; NORTHERN LEASING SYSTEMS, INC.; GOLDEN EAGLE LEASING, LLC; LEASE SOURCE-LSI, LLC; LEASE FINANCE GROUP, LLC; JAY COHEN; LEONARD MEZEI; SARA KRIEGER; BRIAN FITZGERALD; SAM BUONO; MBF MERCHANT CAPITAL, LLC; RBL CAPITAL GROUP, LLC; WILLIAM HEALY; JOSEPH I. SUSSMAN; JOSEPH I. SUSSMAN, P.C.; and SKS ASSOCIATES, LLC,<br><br>Defendants. | No. C 10-1993 CW<br><br>ORDER DENYING MOTION FOR LEAVE TO FILE UNDER SEAL (DOCKET NO. 385) |

Plaintiffs move for leave to seal certain portions of their motion for class certification, the supporting declaration of Kristen Simplicio, and portions of their motion for leave to amend, including Exhibit A thereto. Plaintiffs represent that Defendants have designated certain information therein as

confidential or highly confidential under the protective order entered in this case. Simplicio Decl. ¶ 2.

Local Rule 79-5(d) provides that, when a party files an administrative motion seeking to submit material under seal that another party to the action has designated as confidential, the designating party must file a declaration establishing that the information is sealable within seven days after the motion was filed. Civil L.R. 79-5(d). "If the designating party does not file its responsive declaration . . . , the document or proposed filing will be made part of the public record." Id.

Defendants have not filed a declaration establishing that these documents are sealable. Accordingly, Plaintiffs' motion to seal is DENIED (Docket No. 385). Plaintiffs shall file these documents in the public record within four days of the date of this Order, pursuant to Civil Local Rule 79-5(e) and General Order 62.

IT IS SO ORDERED.

Dated: 10/29/2012

CLAUDIA WILKEN
United States District Judge