1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| JUST FILM, INC.; ET AL., | CASE NO. CV 10-01993 CW |
| Plaintiffs, | |
| v. | ORDER GRANTING IN PART DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO EXTEND TIME  (Docket No. 430) |
| MERCHANT SERVICES, INC.; ET AL., | |
| Defendants. | |

Case No.  C 10-1993 CW

1    The Court, having considered Defendants' administrative motion to extend time and
2  Plaintiffs' opposition thereto, GRANTS the motion in part and orders as follows:
3    1.   Defendants shall file their opposition to Plaintiffs' motion for class certification, in
4  one or two joint briefs, totaling no more than fifty pages, by Thursday, January 31, 2013; and
5    2.   Defendants shall respond to Plaintiffs' Third Amended Complaint by Thursday,
6  January 10, 2013.  The Court reminds Defendants that, if they file a motion to dismiss the Third
7  Amended Complaint, the Court will not entertain arguments that could have been raised in their
8  opposition to Plaintiffs' motion to amend.  See Docket No. 397, 2.
9    All other case management dates and dates related to the briefing and hearing of Plaintiffs'
10 motion for class certification are MAINTAINED.  See Docket Nos. 367, 425.
11   IT IS SO ORDERED.
12   Dated:  12/14/2012

Honorable Claudia Wilken

United States District Judge

Case No.  C 10-1993 CW