1   ROD O. DIVELBISS (SBN 102345)
    RDIVELBISS@COLLETTE.COM
2   COLLETTE ERICKSON FARMER & O'NEILL LLP
    235 PINE STREET, SUITE 1300
3   SAN FRANCISCO, CA 94104
    TELEPHONE: (415) 788-4646
4   FACSIMILE: (415) 788-6929

5

6   SCOTT E. SILBERFEIN (*Pro Hac Vice*)
    JENNIFER NIGRO (*Pro Hac Vice*)
    MOSES & SINGER LLP
7   The Chrysler Building
    405 Lexington Avenue
8   New York, New York 10174-1299
    Telephone:    (212) 554-7800
9   Facsimile:    (212) 554-7700

10  Attorneys for Defendants Northern Leasing Systems, Inc., MBF
    Leasing, LLC, Northern Funding, LLC, SKS Associates, LLC, Jay
11  Cohen, Sara Krieger, Leonard Mezei and Sam Buono

12

13                     UNITED STATES DISTRICT COURT
14                    NORTHERN DISTRICT OF CALIFORNIA
                             OAKLAND DIVISION
15

16

17  JUST FILM, INC.; ET AL.,              CASE NO. CV 10-01993 CW

18          Plaintiffs,

19      v.                                JOINT STIPULATION PURSUANT TO
                                          LOCAL CIVIL RULE 6-2(b) TO
20  MERCHANT SERVICES, INC.; ET AL.,      EXTEND TIME TO RESPOND TO
                                          PLAINTIFFS' MOTION TO COMPEL AND
21                                        PLAINTIFFS' MOTION TO SANCTION
            Defendants.                   AND ORDER
22

23

24

25

26

27
                                            Case No.  C 10-1993 CW
28
    ────────────────────────────────────────────────────────────
    JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2 TO EXTEND TIME TO RESPOND TO
    PLAINTIFFS' MOTION TO COMPEL AND PLAINTIFFS' MOTION TO SANCTION

1    WHEREAS, on December 11, 2012, Plaintiffs filed a motion to compel Leasing

2  Defendants (Northern Leasing Systems, Inc., MBF Leasing, LLC, Northern Funding, LLC, SKS

3  Associates, LLC, Jay Cohen, Sara Krieger, Leonard Mezei and Sam Buono) to produce documents

4  from other lawsuits, and a motion to sanction Leasing Defendants for failure to comply with

5  discovery (dkt. #s 428 and 429, respectively) ("Plaintiffs' Motions");

6    WHEREAS, under the Local Rules, Leasing Defendants' response(s) to Plaintiffs Motions

7  would be due the week of the Christmas holiday when the parties and counsel will be unavailable;

8    WHEREAS, Plaintiffs' replies are due to be filed and served on January 2, 2013;

9    WHEREAS, the hearing on Plaintiffs' Motions is set for January 15, 2013;

10    WHEREAS, no prior extensions with respect to Plaintiffs' Motions have been requested;

11    NOW, THEREFORE, IT IS STIPULATED, by and between the undersigned parties

12  through their respective counsel of record, pursuant to Local Civil Rules 6-1(b) and 2(a), that the

13  Court extend Leasing Defendants' time to respond to Plaintiffs' Motions from December 26, 2012

14  to January 3, 2013.  Defendants shall have an extension to January 3, 2013 to file and serve their

15  responses to Plaintiffs' Motions; Plaintiff shall have an extension to January 8, 2013 to file their

16  replies; and the hearing on Plaintiffs' Motions shall be ~~January 15, 2012 at 9:00 a.m.~~ before Hon.
                                                          January 29, 2013, at 4:00 p.m.

17  Magistrate Judge Elizabeth Laporte.

18    DATED: December 19, 2012

19                                          Respectfully submitted,

20
                                           MOSES & SINGER LLP
21
                                           By      /s/ Jennifer Nigro
22                                                 Jennifer Nigro

23                                         Attorneys for Defendants Northern Leasing
                                           Systems, Inc., MBF Leasing, LLC, Northern
24                                         Funding, LLC, SKS Associates, LLC,
                                           Jay Cohen, Sara Krieger, Leonard Mezei and
25                                         Sam Buono

26                                         Scott E. Silberfein (pro hac vice)
                                           Jennifer Nigro (pro hac vice)
27                                         Moses & Singer LLP

28                                              Case No.  C 10-1993 CW

Rod O. Divelbiss
Collette Erickson Farmer & O'Neill LLP


GUTRIDE SAFIER LLP

By:    */s/ Kristen Simplicio*
         Kristen Simplicio, Esq.

Attorneys for Plaintiffs

   Pursuant to Local Civil Rule 6-2(a), and GOOD CAUSE APPEARING THEREFOR,

**IT IS SO ORDERED**.

DATED:  December 27, 2012

_____
THE HONORABLE _____ LAPORTE
UNITED _____ JUDGE

IT IS SO ORDERED
AS MODIFIED
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2      Case No.  10-0-1993 CW

JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2 TO EXTEND TIME TO RESPOND TO
PLAINTIFFS' MOTION TO COMPEL AND PLAINTIFFS' MOTION TO SANCTION