ROD O. DIVELBISS (SBN 102345)
RDIVELBISS@COLLETTE.COM
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 PINE STREET, SUITE 1300
SAN FRANCISCO, CA 94104
TELEPHONE: (415) 788-4646
FACSIMILE: (415) 788-6929

SCOTT E. SILBERFEIN *(Pro Hac Vice)*
JENNIFER NIGRO (*Pro Hac Vice*)
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-1299
Telephone:     (212) 554-7800
Facsimile:     (212) 554-7700

Attorneys for Defendants Northern Leasing Systems, Inc., MBF Leasing, LLC, Northern Funding, LLC, SKS Associates, LLC, Jay Cohen, Sara Krieger, Leonard Mezei and Sam Buono

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| JUST FILM, INC.; ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> MERCHANT SERVICES, INC.; ET AL., <br><br> Defendants. | CASE NO. CV 10-01993 CW <br><br> JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2(b) TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL AND PLAINTIFFS' MOTION TO SANCTION |

Case No.  C 10-1993 CW

JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2 TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL AND PLAINTIFFS' MOTION TO SANCTION

1  WHEREAS, on December 11, 2012, Plaintiffs filed a motion to compel Leasing Defendants (Northern Leasing Systems, Inc., MBF Leasing, LLC, Northern Funding, LLC, SKS Associates, LLC, Jay Cohen, Sara Krieger, Leonard Mezei and Sam Buono) to produce documents from other lawsuits, and a motion to sanction Leasing Defendants for failure to comply with discovery (dkt. #s 428 and 429, respectively) ("Plaintiffs' Motions");

WHEREAS, under the Local Rules, Leasing Defendants' response(s) to Plaintiffs Motions would have been due during the week of the Christmas holiday when the parties and counsel were unavailable;

WHEREAS, counsel for Plaintiffs and Leasing Defendants agreed, via joint stipulation pursuant to Local Civil Rule 6-2(b), to extend Leasing Defendants time to respond to Plaintiffs' Motions from December 26, 2012 to January 3, 2013, and to extend Plaintiffs' time to reply to January 8, 2013, with a hearing on Plaintiffs' Motions set for January 15, 2013;

WHEREAS, on or about December 20, 2012, the parties' joint stipulation and proposed order was filed with the Court (dkt. # 436);

WHEREAS, an MS Word version of the parties' joint stipulation and proposed order was submitted to the email address of Magistrate Elizabeth D. Laporte, pursuant to Local Rule 5-1;

WHEREAS, by ECF notice dated December 27, 2012, the Court so-ordered the parties' joint stipulation but modified the proposed order submitted therewith to reflect a new hearing date of January 29, 2013 at 4:00 p.m.(dkt. # 437);

WHEREAS, counsel for Plaintiffs and Leasing Defendants agreed, via joint stipulation pursuant to Local Civil Rule 6-2(b), to further extend Leasing Defendants time to respond to Plaintiffs' Motions from January 3, 2013 to January 8, 2013, and to extend Plaintiffs' time to reply to January 15, 2013, with a hearing on Plaintiffs' Motions set for January 29, 2013;

WHEREAS, on or about January 2, 2013, the parties' joint stipulation and proposed order was filed with the Court (dkt. # 438);

WHEREAS, an MS Word version of the parties' joint stipulation and proposed order was submitted to the email address of Magistrate Elizabeth D. Laporte, pursuant to Local Rule 5-1;

Case No.  C 10-1993 CW

JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2 TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL AND PLAINTIFFS' MOTION TO SANCTION

1   WHEREAS, by ECF notice dated January 3, 2013 the Court so-ordered the parties' joint
2   stipulation extending Leasing Defendants' time to respond to Plaintiffs' Motions from January 3,
3   2013 to January 8, 2013, and extending Plaintiffs' time to reply to January 15, 2012, with a
4   hearing on Plaintiffs' Motions set for January 29, 2013 (dkt. #439);

5   WHEREAS, the parties, through counsel, continue to meet and confer in good faith to
6   resolve the issues set forth in Plaintiffs' Motions, and have agreed to further extend Leasing
7   Defendants' time to respond to Plaintiffs' Motions from the current deadline of January 8, 2013 to
8   January 11, 2013, with Plaintiffs' reply due January 15, 2013, with a hearing on Plaintiffs'
9   Motions set for January 29, 2013;

10  WHEREAS, the foregoing extension will not change the January 29, 2013 hearing date
11  ordered by the Court (dkt. #437);

12  WHEREAS, two prior extensions with respect to Plaintiffs' Motions have been requested
13  as set forth above;

14  NOW, THEREFORE, IT IS STIPULATED, by and between the undersigned parties
15  through their respective counsel of record, pursuant to Local Civil Rules 6-1(b) and 2(a), that the
16  Court extend Leasing Defendants' time to respond to Plaintiffs' Motions from January 8, 2013 to
17  January 11, 2013; Leasing Defendants shall have an extension to January 11, 2013 to file and
18  serve their responses to Plaintiffs' Motions; Plaintiffs shall file and serve their reply by January
19  15, 2013; and the hearing on Plaintiffs' Motions shall be January 29, 2013 at ~~4:00~~ 1:30 p.m. before
20  Hon. Magistrate Judge Elizabeth Laporte.

21  DATED: January 4, 2013

22                                          Respectfully submitted,

23
24                                          MOSES & SINGER LLP

25                                          By   */s/ Jennifer Nigro*
                                                 Jennifer Nigro

26                                          Attorneys for Defendants Northern Leasing
27                                          Systems, Inc., MBF Leasing, LLC, Northern

                                    2                          Case No.  10-0-1993 CW

28  JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2 TO EXTEND TIME TO RESPOND TO
    PLAINTIFFS' MOTION TO COMPEL AND PLAINTIFFS' MOTION TO SANCTION

|   |   |
|---|---|
| 1 | Funding, LLC, SKS Associates, LLC, Jay Cohen, Sara Krieger, Leonard Mezei and Sam Buono |
| 2 | |
| 3 | Scott E. Silberfein (pro hac vice) |
| 4 | Jennifer Nigro (pro hac vice) Moses & Singer LLP |
| 5 | Rod O. Divelbiss |
| 6 | Collette Erickson Farmer & O'Neill LLP |

GUTRIDE SAFIER LLP

By:   */s/ Kristen Simplicio*
       Kristen Simplicio, Esq.

Attorneys for Plaintiffs

---

3     Case No. 10-0-1993 CW

JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2 TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL AND PLAINTIFFS' MOTION TO SANCTION

1 | Pursuant to Local Civil Rule 6-2(a), and GOOD CAUSE APPEARING THEREFOR,

2 | **IT IS SO ORDERED**.

3 | DATED: January 7, 2013

*[Signature: Elizabeth D. Laporte]*

THE HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

4    Case No. 10-0-1993 CW

JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2 TO EXTEND TIME TO RESPOND TO
PLAINTIFFS' MOTION TO COMPEL AND PLAINTIFFS' MOTION TO SANCTION