ROD O. DIVELBISS (SBN 102345)
RDIVELBISS@COLLETTE.COM
JRA LAW PARTNERS, LLP
(FORMERLY COLLETTE ERICKSON
FARMER & O'NEILL LLP)
235 PINE STREET, SUITE 1300
SAN FRANCISCO, CA 94104
TELEPHONE: (415) 788-4646
FACSIMILE: (415) 788-6929

SCOTT E. SILBERFEIN *(Pro Hac Vice)*
JENNIFER NIGRO (*Pro Hac Vice*)
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-1299
Telephone:   (212) 554-7800
Facsimile:    (212) 554-7700

Attorneys for Defendants Northern Leasing Systems, Inc., MBF Leasing, LLC, Northern Funding, LLC, SKS Associates, LLC, Jay Cohen, Sara Krieger, Leonard Mezei and Sam Buono

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| JUST FILM, INC.; ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> MERCHANT SERVICES, INC.; ET AL., <br><br> Defendants. | CASE NO. CV 10-01993 CW <br><br> JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2(b) TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL AND PLAINTIFFS' MOTION TO SANCTION |

Case No.  C 10-1993 CW

JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2 TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL AND PLAINTIFFS' MOTION TO SANCTION

1     WHEREAS, on December 11, 2012, Plaintiffs filed a motion to compel Leasing

2 Defendants (Northern Leasing Systems, Inc., MBF Leasing, LLC, Northern Funding, LLC, SKS

3 Associates, LLC, Jay Cohen, Sara Krieger, Leonard Mezei and Sam Buono) to produce documents

4 from other lawsuits, and a motion to sanction Leasing Defendants for failure to comply with

5 discovery (dkt. #s 428 and 429, respectively) ("Plaintiffs' Motions");

6     WHEREAS, under the Local Rules, Leasing Defendants' response(s) to Plaintiffs Motions

7 would have been due during the week of the Christmas holiday when the parties and counsel were

8 unavailable;

9     WHEREAS, counsel for Plaintiffs and Leasing Defendants agreed, via joint stipulation

10 pursuant to Local Civil Rule 6-2(b), to extend Leasing Defendants time to respond to Plaintiffs'

11 Motions from December 26, 2012 to January 3, 2013, and to extend Plaintiffs' time to reply to

12 January 8, 2013, with a hearing on Plaintiffs' Motions set for January 15, 2013;

13     WHEREAS, on or about December 20, 2012, the parties' joint stipulation and proposed

14 order was filed with the Court (dkt. # 436);

15     WHEREAS, an MS Word version of the parties' joint stipulation and proposed order was

16 submitted to the email address of Magistrate Elizabeth D. Laporte, pursuant to Local Rule 5-1;

17     WHEREAS, by ECF notice dated December 27, 2012, the Court so-ordered the parties'

18 joint stipulation but modified the proposed order submitted therewith to reflect a new hearing date

19 of January 29, 2013 at 4:00 p.m.(dkt. # 437);

20     WHEREAS, counsel for Plaintiffs and Leasing Defendants agreed, via joint stipulation

21 pursuant to Local Civil Rule 6-2(b), to further extend Leasing Defendants time to respond to

22 Plaintiffs' Motions from January 3, 2013 to January 8, 2013, and to extend Plaintiffs' time to reply

23 to January 15, 2013, with a hearing on Plaintiffs' Motions set for January 29, 2013;

24     WHEREAS, on or about January 2, 2013, the parties' joint stipulation and proposed order

25 was filed with the Court (dkt. # 438);

26     WHEREAS, an MS Word version of the parties' joint stipulation and proposed order was

27 submitted to the email address of Magistrate Elizabeth D. Laporte, pursuant to Local Rule 5-1;

28

Case No. C 10-1993 CW

JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2 TO EXTEND TIME TO RESPOND TO
PLAINTIFFS' MOTION TO COMPEL AND PLAINTIFFS' MOTION TO SANCTION

WHEREAS, by ECF notice dated January 3, 2013 the Court so-ordered the parties' joint stipulation extending Leasing Defendants' time to respond to Plaintiffs' Motions from January 3, 2013 to January 8, 2013, and extending Plaintiffs' time to reply to January 15, 2012, with a hearing on Plaintiffs' Motions set for January 29, 2013 (dkt. #439);

WHEREAS, counsel for Plaintiffs and Leasing Defendants agreed, via joint stipulation pursuant to Local Civil Rule 6-2(b), to further extend Leasing Defendants time to respond to Plaintiffs' Motions from January 8, 2013 to January 11, 2013, with Plaintiffs' reply due January 15, 2013, and hearing on Plaintiffs' Motions set for January 29, 2013;

WHEREAS, on or about January 4, 2013, the parties' joint stipulation and proposed order was filed with the Court (dkt. # 440);

WHEREAS, an MS Word version of the parties' joint stipulation and proposed order was submitted to the email address of Magistrate Elizabeth D. Laporte, pursuant to Local Rule 5-1;

WHEREAS, by ECF notice dated January 7, 2013 the Court so-ordered the parties' joint stipulation extending Leasing Defendants' time to respond to Plaintiffs' Motions from January 8, 2013 to January 11, 2013, with Plaintiffs' reply due January 15, 2012, and a hearing on Plaintiffs' Motions set for January 29, 2013 (dkt. #442);

WHEREAS, the parties, through counsel, continue to meet and confer in good faith to resolve the issues set forth in Plaintiffs' Motions, and have agreed to further extend Leasing Defendants' time to respond to Plaintiffs' Motions from the current deadline of January 11, 2013 to January 15, 2013, and to extend Plaintiffs' time to reply to January 18, 2013, with a hearing on Plaintiffs' Motions set for January 29, 2013;

WHEREAS, Plaintiffs' reply in support of their Motion for Class Certification is currently due on February 14, 2013;

WHEREAS, the foregoing extension will not change the January 29, 2013 hearing date ordered by the Court (dkt. #437);

WHEREAS, three prior extensions with respect to Plaintiffs' Motions have been jointly

2                              Case No.  10-0-1993 CW

JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2 TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL AND PLAINTIFFS' MOTION TO SANCTION

1  requested as set forth above;

2  NOW, THEREFORE, IT IS STIPULATED, by and between the undersigned parties

3  through their respective counsel of record, pursuant to Local Civil Rules 6-1(b) and 2(a), that the

4  Court extend Leasing Defendants' time to respond to Plaintiffs' Motions from January 11, 2013 to

5  January ~~15~~ 14, 2013; ~~Leasing Defendants shall have an extension to January 15, 2013 to file and~~

6  ~~serve their responses to Plaintiffs' Motions~~ and; Plaintiffs shall file and serve their reply by January

7  ~~18~~ 16, 2013; and the hearing on Plaintiffs' Motions shall be January 29, 2013 at 1:30 p.m. before

8  Hon. Magistrate Judge Elizabeth Laporte.

9  DATED: January 10, 2013

10  Respectfully submitted,

11

12  MOSES & SINGER LLP

   By   */s/ Jennifer Nigro*
13       Jennifer Nigro

14  Attorneys for Defendants Northern Leasing
    Systems, Inc., MBF Leasing, LLC, Northern
15  Funding, LLC, SKS Associates, LLC,
    Jay Cohen, Sara Krieger, Leonard Mezei and
16  Sam Buono

17  Scott E. Silberfein (pro hac vice)
    Jennifer Nigro (pro hac vice)
18  Moses & Singer LLP

19  Rod O. Divelbiss
    Collette Erickson Farmer & O'Neill LLP
20

21
    GUTRIDE SAFIER LLP
22
    By:   */s/ Kristen Simplicio*
23        Kristen Simplicio, Esq.

24  Attorneys for Plaintiffs

25

26

27
                                            3                    Case No.  10-0-1993 CW
28
    JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2 TO EXTEND TIME TO RESPOND TO
        PLAINTIFFS' MOTION TO COMPEL AND PLAINTIFFS' MOTION TO SANCTION

1 | Pursuant to Local Civil Rule 6-2(a), and GOOD CAUSE APPEARING THEREFOR,

2 | **IT IS SO ORDERED**. The Stipulation is GRANTED IN PART and DENIED IN PART as modified above.

3 | DATED:  1/10/2013

_____
THE HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

4                    Case No. 10-0-1993 CW

JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2 TO EXTEND TIME TO RESPOND TO
PLAINTIFFS' MOTION TO COMPEL AND PLAINTIFFS' MOTION TO SANCTION