IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAINBOW BUSINESS SOLUTIONS, doing business as PRECISION TUNE AUTO CARE; DIETZ TOWING, INC.; THE ROSE DRESS, INC.; VOLKER VON GLASENAPP; JERRY SU; VERENA BAUMGARTNER; TERRY JORDAN; ERIN CAMPBELL; and LEWIS BAE,<br><br>    Plaintiffs,<br><br>  v.<br><br>MERCHANT SERVICES, INC.; NATIONAL PAYMENT PROCESSING; UNIVERSAL MERCHANT SERVICES LLC; UNIVERSAL CARD, INC.; JASON MOORE; NATHAN JURCZYK; ROBERT PARISI; ERIC MADURA; FIONA WALSHE; ALICYN ROY; MBF LEASING LLC; NORTHERN FUNDING, LLC; NORTHERN LEASING SYSTEMS, INC.; JAY COHEN; LEONARD MEZEI; SARA KRIEGER; SAM BUONO; and SKS ASSOCIATES, LLC,<br><br>    Defendants.<br>_____/ | No. C 10-1993 CW<br><br>ORDER STRIKING SEPARATE EVIDENTIARY OBJECTIONS AND GRANTING DEFENDANTS LEAVE TO FILE AMENDED OPPOSITIONS TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

On January 31, 2013, Defendants Northern Leasing Systems, Inc., MBF Leasing, LLC, Northern Funding, LLC, SKS Associates, LLC, Jay Cohen, Sara Krieger, Leonard Mezei and Sam Buono (collectively, the Leasing Defendants) and Merchant Services, Inc., Universal Card, Inc., Universal Merchant Services, LLC, National Payment Processing, Inc., Jason Moore, Robert Parisi, Nathan Jurczyk, Eric Madura and Alicyn Roy (collectively, the Merchant Services Defendants) filed two twenty-five page opposition briefs to Plaintiffs' motion for class certification. Docket Nos. 459, 469.  Defendants concurrently filed a separate document setting forth objections to the evidence offered by

Plaintiffs in support of their motion for class certification. See Docket No. 468.

Civil Local Rule 7-3(a) provides that, when a party files an opposition to a motion, "[a]ny evidentiary and procedural objections to the motion must be contained within the brief or memorandum." In addition, the Court previously instructed Defendants that they shall "file their opposition to Plaintiffs' motion for class certification, in one or two joint briefs, totaling no more than fifty pages." Docket No. 434. In violation of Rule 7-3, Defendants have filed their evidentiary objections separately from their briefs. Further, between the three documents, Defendants have filed more than fifty pages of text.

Accordingly, the Court STRIKES Defendants' separate evidentiary objections (Docket No. 468). Defendants are granted leave to amend and refile their opposition briefs incorporating any evidentiary objections, within two Court days of the date of this Order. Defendants' amended opposition briefs shall together not exceed fifty pages.[1]

IT IS SO ORDERED.

Dated: 2/4/2013

CLAUDIA WILKEN
United States District Judge

---

[1] Defendant Fiona Walshe filed a notice of joinder in both opposition briefs. Docket No. 471. Walshe is not required to file a new notice of joinder for any amended opposition briefs.

2