**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| JUST FILM, INC.; ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> MERCHANT SERVICES, INC.; ET AL., <br><br> Defendants. | CASE NO. CV 10-01993 CW <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** <br> (CIVIL LOCAL RULE 11-3) |

I, Robert David Lillienstein, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Northern Leasing Systems, Inc., MBF Leasing LLC, Northern Funding, LLC, SKS Associates, LLC, Jay Cohen, Leonard Mezei, Sara Krieger and Sam Buono, in the above entitled action. My local counsel in this case is Rod O. Divelbiss, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| | |
|---|---|
| My Address of Record: <br> Robert D. Lillienstein <br> Moses & Singer, LLP <br> 405 Lexington Avenue <br> New York, New York 101743 <br><br> My Telephone # of Record: <br> 212-554-7807 <br><br> My Email Address of Record: <br> rlillienstein@mosessinger.com | Local Co-Counsel's Address of Record: <br> ROD O. DIVELBISS (SBN 102345) JRA LAW PARTNERS, LLP (formerly Collette Erickson Farmer & O'Neill LLP) <br> 235 PINE STREET, SUITE 1300 <br> SAN FRANCISCO, CA 94104 <br><br> Local Co-Counsel's Address of Record: <br> TELEPHONE: (415) 788-4646 <br><br> Local Co-Counsel's Email Address of Record: <br> rdivelbiss@jralp.com |

   I am an active member in good standing of the highest court of the State of New York, as indicated above; my bar number is: 1939073.
   A true and correct copy of a certificate of good standing from said bar is attached to this application.
   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternate Dispute Resolution Local Rule.
   ***I declare under penalty of perjury that the foregoing is true and correct.***
Dated: February 11, 2013

_____/S/_____
ROBERT D. LILLIENSTEIN

Case No.  C 10-1993 CW

PRO HAC VICE APPLICATION AND ORDER

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Robert David Lillienstein is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application constitute notice to the party.

Dated: February 12, 2013

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

Case No. C 10-1993 CW

PRO HAC VICE APPLICATION AND ORDER



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Robert D. Lillienstein** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 11th day of July 1984, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on February 05, 2013.

*Aprilanne Agostino*
Clerk of the Court