GUTRIDE SAFIER LLP
ADAM J. GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
KRISTEN SIMPLICIO (State Bar No. 263291)
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 336-6545
Facsimile: (415) 449-6469

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JUST FILM, INC.; et al. | CASE NO. 10-CV-01993-CW |
| Plaintiffs, | |
| v. | DECLARATION OF KRISTEN G. SIMPLICIO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |
| MERCHANT SERVICES, INC.; et al., | CTRM:   Courtroom 2, 4th Floor |
| Defendants. | **REDACTED** |

1        I, KRISTEN SIMPLICIO, declare as follows:

2        1.      I am an attorney at the firm of Gutride Safier LLP, counsel of record for Plaintiffs

3    in this action.  I make this declaration of my own personal knowledge, and if called to testify, I

4    could and would competently testify hereto under oath.

5        2.      I regularly correspond with Plaintiffs Volker Von Glasenapp, Jerry Su, Verena

6    Baumgartner, Terry Jordan, Lewis Bae, and Erin Campbell.  Each has invested significant

7    amounts of time in this lawsuit, staying up to date on the status of the litigation and investigation.

8    In addition, they have responded to sets of interrogatories and document requests propounded by

9    both the Merchant Services Defendants and Leasing Defendants, undertaking in depth reviews of

10   personal and business records in search of responsive information.

11       3.      Attached hereto as Exhibit A is a true and correct copy of excerpts from the

12   Deposition of Sam Buono.

13       4.      Attached hereto as Exhibit B is a true and correct copy of excerpts from the

14   Deposition of Lina Kravic.

15       5.      Attached hereto as Exhibit C is a true and correct copy of excerpts from the

16   Deposition of Dinesh Kulangroth.

17       6.      Attached hereto as Exhibit D is a true and correct copy of excerpts from the

18   Deposition of Nathan Jurczyk.

19       7.      Attached hereto as Exhibit E is a true and correct copy of a document produced by

20   Defendants.

21       8.      Attached hereto as Exhibit F is a true and correct copy of excerpts from the

22   Deposition of Sara Krieger.

23       9.      Attached hereto as Exhibit G is a true and correct copy of a document produced by

24   Defendants.  This document was previously marked as Exhibit 290.

25       10.     Attached hereto as Exhibit H is a true and correct copy of a document produced by

26   Defendants in this case.  This document was previously marked as Exhibit 291.

27       11.     Attached hereto as Exhibit I is a true and correct copy of a document produced by

28   Defendants in this case.  This document was previously marked as Exhibit 96.

SIMPLICIO DECLARATION IN SUPPORT OF PLAINTIFFS' REPLY

12.     Attached hereto as Exhibit J is a true and correct copy of a document produced by Defendants in this case.  This document was previously marked as Exhibit 69.

13.     Attached hereto as Exhibit K is a true and correct copy of a document produced by Defendants in this case.  This document was previously marked as Exhibit 204.

14.     Attached hereto as Exhibit L is a true and correct copy of a document produced by Defendants. This document was previously marked as Exhibit 137.

15.     Exhibit M is intentionally left blank.

16.     Exhibit N is redacted per this Court's May 10, 2013 Order. [Dkt. # 505]

17.     Attached hereto as Exhibit O is a true and correct copy of a document produced by Defendants in this case.  This document was previously marked as Exhibit 276.

18.     Attached hereto as Exhibit P is a true and correct copy of a document produced by Defendants in this case.

19.     Exhibit Q is redacted per this Court's May 10, 2013 Order. [Dkt. # 505]

20.     Attached hereto as Exhibit R is a true and correct copy of a document produced by Defendants in this case.  This document was previously marked as Exhibit 233.

21.     Attached hereto as Exhibit S is a true and correct copy of a document produced by Defendants in this case.  This document was previously marked as Exhibit 234.

22.     Exhibit T is intentionally left blank.     .

23.     Attached hereto as Exhibit U is a true and correct copy of excerpts from the Deposition of Fiona Walshe.

24.     Attached hereto as Exhibit V is a true and correct copy of documents produced by Defendants in this case.  This document was previously marked as Exhibit  242.

25.     Attached hereto as Exhibit W is a true and correct copy of a document produced by Plaintiffs in this case. This document was previously marked as Exhibit 279.

26.     Attached hereto as Exhibit X is a true and correct copy of a document produced by Defendants in this case.  This document was previously marked as Exhibit 251.

27.     Attached hereto as Exhibit Y is a true and correct copy of a document produced by Defendants in this  case.  This document was previously marked as Exhibit 317.

1    28.    Attached hereto as Exhibit Z is a true and correct copy of documents produced by

2  MasterCard and Visa.

3    29.    Attached hereto as Exhibit AA is a true and correct copy of a document produced

4  by Defendants in this case.

5    30.    Attached hereto as Exhibit BB is a true and correct copy of a document produced

6  by Defendants in this case.

7    31.    Attached hereto as Exhibit CC is an excerpt of a document produced by

8  MasterCard.

9    32.    Attached hereto as Exhibit DD is an excerpt of a document produced by

10  MasterCard.

11    33.    Attached hereto as Exhibit EE is a true and correct copy of excerpts from the

12  Deposition of Robert Parisi.

13    34.    Exhibit FF is redacted per this Court's May 10, 2013 Order. [Dkt. # 505]

14    35.    Exhibit GG is redacted per this Court's May 10, 2013 Order. [Dkt. # 505]

15    36.    Attached hereto as Exhibit HH is a true and correct copy of a document produced

16  by Defendants in this case.  This document was previously marked as Exhibit 329.

17    37.    Attached hereto as Exhibit II is a true and correct copy of a document produced by

18  Plaintiffs in this case, bearing the Bates number Dietz00001.  This document was previously

19  marked as Exhibit  328.

20    38.    Attached hereto as Exhibit JJ is a true and correct copy of a document produced by

21  Defendants in this case.  This document was previously marked as Exhibit 364.

22    39.    Attached hereto as Exhibit KK is a true and correct copy of excerpts from the

23  Deposition of Alicyn Roy.

24    40.    Exhibit LL intentionally left blank.

25    41.    Exhibit MM is redacted per this Court's May 10, 2013 Order. [Dkt. # 505]

26    42.    Attached hereto as Exhibit NN is a true and correct copy of a document produced

27  by Defendants in this case.  This document was previously marked as Exhibit 258.

28    43.    Attached hereto as Exhibit OO is a true and correct copy of a document produced

SIMPLICIO DECLARATION IN SUPPORT OF PLAINTIFFS' REPLY

by Defendants in this case.  This document was previously marked as Exhibit 361.

44.     Attached hereto as Exhibit PP is a true and correct copy of a document produced by Defendants in this case..  This document was previously marked as Exhibit 325.

45.     Attached hereto as Exhibit QQ is a true and correct copy of a document produced by Defendants in this case.  This document was previously marked as Exhibit  226.

46.     Attached hereto as Exhibit RR is a true and correct copy of a document produced by Defendants in this case.  This document was previously marked as Exhibit  331.

47.     Attached hereto as Exhibit SS is a true and correct copy of a document produced by Defendants in this case, bearing the Bates number MSI108415.

48.     Attached hereto as Exhibit TT is a true and correct copy of a document produced by Defendants in this case.  This document was previously marked as Exhibit 228.

49.     Attached hereto as Exhibit UU is a true and correct copy of a document produced by Defendants in this case.  This document was previously marked as Exhibit  240.

50.     Exhibit VV is redacted per this Court's May 10, 2013 Order. [Dkt. # 505]

51.     Exhibit WW is redacted per this Court's May 10, 2013 Order. [Dkt. # 505]

52.     Attached hereto as Exhibit XX is a true and correct copy of a document produced by Defendants in this case.  This document was previously marked as Exhibit 356.

53.     Attached hereto as Exhibit YY is a true and correct copy of a document produced by Defendants in this case.  This document was previously marked as Exhibit 80.

54.     Attached hereto as Exhibit ZZ is a true and correct copy of a document produced by Defendants in this case.  This document was previously marked as Exhibit  3.

55.     Attached hereto as Exhibit AAA is a true and correct copy of a document produced by Plaintiffs in this case.

56.     Attached hereto as Exhibit BBB is a true and correct copy of a document produced by Defendants in this case.  This document was previously marked as Exhibit  110.

57.     Attached hereto as Exhibit CCC is a true and correct copy of a documents produced by Defendants.

58.     Attached hereto as Exhibit DDD is a true and correct copy of excerpts from the

1 | Deposition of Volker Von Glasenapp.

2 |      59.    Exhibit EEE is redacted per this Court's May 10, 2013 Order. [Dkt. # 505]

3 |      60.    Exhibit FFF is redacted per this Court's May 10, 2013 Order. [Dkt. # 505]

4 |      61.    Exhibit GGG is redacted per this Court's May 10, 2013 Order. [Dkt. # 505]

5 |      62.    Attached hereto as Exhibit HHH is a true and correct copy of a document produced

6 | by Defendants in this case.  This document was previously marked as Exhibit 232.

7 |      63.    Attached hereto as Exhibit III is a true and correct copy of a document produced by

8 | Defendants in this case.  This document was previously marked as Exhibit 342.

9 |      64.    Exhibit JJJ is redacted per this Court's May 10, 2013 Order. [Dkt. # 505]

10 |      65.    Attached hereto as Exhibit KKK is a true and correct copy of a document produced

11 | by Defendants in this case.  This document was previously marked as Exhibit 353.

12 |      66.    Attached hereto as Exhibit LLL is a true and correct copy of a document produced

13 | by Transfirst LLC in this case.  This document was previously marked as Exhibit 354.

14 |      67.    Attached hereto as Exhibit MMM is a true and correct copy of a document

15 | produced by Defendants in this case.  This document was previously marked as Exhibit 350.

16 |      68.    Attached hereto as Exhibit NNN is a true and correct copy of excerpts from the

17 | deposition of Jason Moore.

18 |      69.    Attached hereto as Exhibit PPP is a true and correct copy of excerpts from the

19 | deposition of Dinesh Kulangroth.

20 |      70.    Attached hereto as Exhibit QQQ is a true and correct copy of excerpts from the

21 | deposition of Steven Berndardone.

22 |      71.    Attached hereto as Exhibit RRR is a true and correct copy of the New York

23 | Attorney General's complaint, as produced by Defendants in this case.

24 |      72.    Attached hereto as Exhibit SSS is a true and correct copy of excerpts from the

25 | deposition of Jay Cohen.

26 |      73.    Attached hereto as Exhibit TTT is a true and correct copy of a document produced

27 | by NACHA.  This document was previously marked as Exhibit 302.

28 |      74.    Attached hereto as Exhibit UUU is a true and correct copy of a document produced

1  by ProfitStars/John Henry Corporation.  This document was previously marked as Exhibit 300.

2  　　　　75.　　Attached hereto as Exhibit VVV is a true and correct copy of a customer complaint

3  I pulled from the website www.ripoffreport. on August 23, 2012.

4  　　　　76.　　Attached hereto as Exhibit WWW is a true and correct copy of a document

5  produced by Metro Phoenix Bank.  This document was previously marked as Exhibit 301.

6  　　　　77.　　Attached hereto as Exhibit XXX is a true and correct copy of a document produced

7  by Metro Phoenix Bank.

8  　　　　78.　　Attached hereto as Exhibit YYY is a true and correct copy of excerpts from the

9  deposition of Jonathan Mirsky.

10 　　　　79.　　Attached hereto as Exhibit ZZZ is a true and correct copy a document produced by

11 Defendants.  This document was previously marked as Exhibit 311.

12 　　　　80.　　Attached hereto as Exhibit AAAA is a true and correct copy a document produced

13 by Defendants.  This document was previously marked as Exhibit 312.

14 　　　　81.　　Attached hereto as Exhibit BBBB is a true and correct copy a document produced

15 by Defendants.  This document was previously marked as Exhibit 313.

16 　　　　82.　　Attached hereto as Exhibit CCCC is a true and correct copy is a true and correct

17 copy of excerpts from the deposition of Cortes Derussy.

18 　　　　83.　　Attached hereto as Exhibit DDDD is a true and correct copy of a document

19 produced by Defendants in this case.  This document was previously marked as Exhibit  281.

20 　　　　84.　　Attached hereto as Exhibit EEEE is a true and correct copy of a document produced

21 by Plaintiffs in this case.  This document was previously marked as Exhibit  227.

22 　　　　85.　　Attached hereto as Exhibit FFFF is a true and correct copy of a document produced

23 by Defendants in this case.  This document was previously marked as Exhibit 92.

24 　　　　86.　　Attached hereto as Exhibit GGGG is a true and correct copy is a true and correct

25 copy of excerpts from the deposition of Jerry Su.

26 　　　　87.　　Attached hereto as Exhibit HHHH is a true and correct copy is a true and correct

27 copy of excerpts from the deposition of Rainbow Business Solutions.

28 　　　　88.　　Attached hereto as Exhibit IIII is a true and correct copy of Jerry Su's Responses to

Defendant Merchant Services, Inc.'s First Set of Interrogatories.

89.     Attached hereto as Exhibit JJJJ is a true and correct copy of Jerry Su's Responses to Defendant Leasing Defendants' First Set of Interrogatories.

90.     Attached hereto as Exhibit KKKK is a true and correct copy is a true and correct copy of excerpts from the deposition of Verena Baumgartner.

91.     Attached hereto as Exhibit LLLL is a true and correct copy is a true and correct copy of excerpts from the deposition of Terry Jordan.

92.     Attached hereto as Exhibit MMMM is a true and correct copy of Terry Jordan's Responses to Defendant Merchant Services, Inc.'s First Set of Interrogatories.

93.     Attached hereto as Exhibit NNNN is a true and correct copy of a document produced by Defendants in this case.  This document was previously marked as exhibit 47.

94.     Attached hereto as Exhibit OOOO is a true and correct copy of a document produced by Defendants in this case.  This document was previously marked as exhibit 12.

95.     Attached hereto as Exhibit PPPP is a true and correct copy of documents produced by Plaintiffs in this case.

96.     Attached hereto as Exhibit QQQQ is a true and correct copy of documents produced by Plaintiffs in this case.

97.     Attached hereto as Exhibit RRRR is a true and correct copy of documents produced by Plaintiffs in this case.

98.     Attached hereto as Exhibit SSSS is a true and correct copy of documents produced by Transfirst LLC in this case.

99.     Attached hereto as Exhibit TTTT is a true and correct copy of a document produced by Plaintiffs in this case.

100.     Attached hereto as Exhibit UUUU is a true and correct copy of a document produced by Plaintiffs in this case.

101.     Attached hereto as Exhibit VVVV is a true and correct copy of a document produced by Plaintiffs in this case.

102.     Attached hereto as Exhibit WWWW is a true and correct copy of an except of a

SIMPLICIO DECLARATION IN SUPPORT OF PLAINTIFFS' REPLY

1 || document produced by Plaintiffs in this case.

2 ||    103.   Attached hereto as Exhibit XXXX is a true and correct copy of Lewis Bae's

3 || Responses to Defendant Leasing Defendants' First Set of Interrogatories.

4 ||    104.   Attached hereto as Exhibit YYYY is a true and correct copy of a document

5 || produced by Plaintiffs in this case.

6 ||    105.   Attached hereto as Exhibit ZZZZ is a true and correct copy of documents produced

7 || by Plaintiffs in this case.   This document was previously marked as Exhibit 282.

8 ||    106.   Attached hereto as Exhibit AAAAA is a true and correct copy of documents

9 || produced by Plaintiffs in this case.   This document was previously marked as Exhibit 298.

10 ||    107.   Attached hereto as Exhibit BBBBB is a true and correct copy of documents

11 || produced by Defendants in this case.   This document was previously marked as Exhibit 299.

12 ||    108.   Attached hereto as Exhibit CCCCC is a true and correct excerpt from a document

13 || produced by Experian in this case.   This document was previously marked as Exhibit 365.

14 ||    109.   Attached hereto as Exhibit DDDDD is a true and correct copy of Erin Campbell's

15 || Responses to Defendant Leasing Defendants' First Set of Interrogatories.

16 ||    110.   Attached hereto as Exhibit EEEEE is a true and correct copy of documents

17 || produced by Plaintiffs in this case.   This document was previously marked as Exhibit 219.

18 ||    111.   Attached hereto as Exhibit FFFFF is a true and correct copy of Plaintiff Campbell's

19 || Deposition in Support of Plaintiffs' Motion for Preliminary Injunction.

20 ||    112.   . Attached hereto as Exhibit GGGGG is a true and correct copy of excerpts of a

21 || document produced by Defendants in this case.  It was previously marked as Exhibit 285.

22 ||

23 ||    I declare under penalty of perjury under the law of the United States that the foregoing is

24 || true and correct.

25 ||                                                   /s/ Kristen Simplicio

26 || May 22, 2013                          _____

27 ||                                                   Kristen Simplicio, Esq

28 ||