

Case 4:10-cv-01993-CW   Document 508-7   Filed 05/23/13   Page 1 of 1

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　LD000143