# Merchant Services

16W281 West 83rd Street, Burr Ridge, IL 60527 • 888-275-3251

Lease Number: 1550903

Salesman Code: MUNIV

## EQUIPMENT FINANCE LEASE

### ABOUT YOUR BUSINESS

Lessee (Corporate Business Name): JUST FILM T INC  
D/B/A: SAME  
Billing Address: 651 BRYANT ST  
City: SAN FRANCISCO  State: CA  Zip Code: 94107  Telephone: (415) 864-0665  
Type of Business: PHOTOGRAPHY SERVICES  
E-Mail Addr.: —  
Bus. Start Date: 20 YEARS  
Business Address (if different from above): SAME  
Name of Principal: VOLKER VONGLASENAPP  
Title: PRESIDENT  
Home Address: REDACTED

### EQUIPMENT SUPPLIER

Supplier's Name: UHS  
Address: 9012 Research Dr #200  City: Irvine  State: CA  Zip Code: 92618  Telephone: (949) 861-4000

### EQUIPMENT INFORMATION

Description (Manufacturer, Model, Serial Number):  
LIPMAN - NURIT 2085   208SW03ECH NXN9131Y  
VERIFONE - PINPAD 1000   025905952...  

Quantity: 1, 1

Equipment Location:

### SCHEDULE OF PAYMENTS

Basic Monthly Lease Payment: $149.99  
Minimum Lease Term: 48 Months  
Plus Applicable Taxes

### PAYABLE AT SIGNING OF THE LEASE

☐ First & Last Monthly Payment: $  
☑ Last Monthly Payment: $149.99  
Plus Applicable Taxes

### ABOUT YOUR BANK

Bank Name: TRANS PACIFIC NATIONAL  Routing: REDACTED

[fine print paragraph of lease terms]

### LEASE ACCEPTANCE

Lessee's Signature/Title: [signature] PRES.  
Print Name: VOLKER VONGLASENAPP  
Date: 6-5-07

### PERSONAL GUARANTY

[fine print paragraph]

Personal Guarantor's Signature: [signature]  An Individual  Date: 6-5-07  
Print Name: VOLKER VONGLASENAPP  
Home Address: REDACTED  Home Telephone: REDACTED  City: REDACTED  
Social Security #:  
Credit Reference For Guarantor: ☐ VISA ☐ MasterCard  Account Number:  Expiration Date:

### ACCEPTANCE BY MBF LEASING, LLC

Signature/Title: [signature]  Print Name:  Date:

Page 1 of 4  
MerchantServicesMBFckd 5/05

CONFIDENTIAL

EXHIBIT 96  
Deponent: Von Glasenapp  
Date: 1-16-12  
Rebecca Romano, CSR #12546

JUSTFILM000006