

# MBF LEASING, LLC.

## PROGRAM AGREEMENT

THIS PROGRAM AGREEMENT ("Agreement") is made as of the _____ day of _____ 20__ (the "Effective Date") by and between MBF Leasing, LLC. ("MBF"), a New York corporation, having its principal place of business at 16W283 West 83rd Street Suite D, Burr Ridge, Illinois 60527, and

| | | |
|---|---|---|
| **Vendor Business Name:** | | , the "Vendor" |
| **Address:** | | |
| **City, State, Zip:** | | |
| **Phone and Fax #'s:** | | |
| **Contact Name:** | | |
| **State of Incorporation:** | | |
| **ISO Code (MBF ONLY):** | | |

WHEREAS, Vendor is in the business of selling credit card processing terminals, and printer equipment ("Equipment") and related equipment to eligible customers for business use; and

WHEREAS, Vendor is a valid, existing legal entity and has full power and authority to perform its obligation under this Agreement and shall act as and represent itself as an independent sales organization;

WHEREAS, many of Vendor's customers desire to lease such Equipment; and

WHEREAS, MBF is in the business of leasing such Equipment and other items of personal and business property to third parties; and

WHEREAS, MBF and Vendor desire to engage in a program (the "Program") in which Vendor will refer customers who desire to lease such Equipment to MBF and MBF will, subject to the terms and conditions of this Agreement, purchase the Equipment from Vendor and simultaneously lease Equipment to customers of Vendor ("Merchant(s)") on terms and conditions provided by, and acceptable to MBF.

NOW, THEREFORE, in consideration of the foregoing and for other good and valuable consideration and of the representations, warranties, covenants and agreements hereafter contained, the parties hereto agree as follows:

**Section 1:  Leases and Lease Origination**

(a)  Vendor will refer Merchants who desire to lease Equipment to MBF and shall provide to such Merchants MBF's Lease agreement (the "Lease") and the contents of the terms and conditions of the Lease agreement. As used in this Agreement, the terms Lessor, Lessee, Guarantor, Vendor, Delivery, Acceptance, and Bill of Sale shall have the same meanings as used in the Lease. Each Equipment Lease and related documents (the "Lease Documents") executed and delivered to the Lessor under this Agreement shall be duly authorized, executed and delivered by the parties thereto; constitute the valid and binding obligation of such parties, and be fully enforceable in accordance with the terms and conditions set forth therein, except as the enforcement of such documents may be affected by bankruptcy or similar laws affecting creditor rights generally.

(b)  For all transactions with an Equipment cost equal to, or less than $5,000 for any individual transaction, Vendor shall review and submit to MBF, subject to and in accordance with the Credit and Funding Requirements attached hereto as "Exhibit A", in addition to MBF's credit criteria, the Merchant who has been approved by Vendor and its Processor(s) for its products and services (as confirmed in the Merchant Application), and MBF shall lease the Equipment to such Merchant provided such Merchant is not in default of any other leases or similar obligations it may have, see the Credit Quality and Guidelines Section and the Section titled Lessees/Merchants Excluded from the Program and Other Program Guidelines for additional exclusions.  Vendor agrees it will promptly advise MBF of any change in its criteria for evaluating a Merchant for processing and that the overall merchant Credit Quality will not deteriorate from the current profile or required credit quality mix as set forth in this Agreement.  All credit and lease application approvals issued by MBF are valid for a period of thirty (30) days from date issued.  All transactions will include Equipment only.  Transactions that include software, e-commerce processing and other value added services will be considered outside the parameters of this Agreement and shall require that the parties enter into additional agreements.

Confidential

Initial
Revised 01/08

CONFIDENTIAL

LD00545119

(c) In all transactions with an Equipment cost of $5,000 or more, and for any Lessee whose aggregate amount of multiple lease transactions is greater than $5,000, regardless of originating Vendor, the decision to approve and lease Equipment to such Merchant shall be made by MBF at its sole discretion.

(d) Vendor shall provide MBF with fully and correctly completed Lease Documents and will be required to assist MBF in obtaining updated information, including but not limited to, bank ABA or account number changes, and telephone number or address changes.  In addition, in connection with any transactions having an aggregate Equipment cost of $5,000, or more, Vendor will provide MBF with all reasonably required additional credit and documentation information.  Vendor warrants that to the best of its knowledge, all of the credit and other information obtained from the Lessee, Guarantor(s) and any third parties and stated in the Lease Documents shall be true, genuine, complete and accurate in all respects.

(e) Vendor warrants that all of the signatures on the Lease Documents shall be true, complete, accurate and genuine in all respects.  In addition, Vendor has no reason to believe that Lessee's business is failing or is at risk of closing in the foreseeable future or that Lessee intends to relocate or change the material nature of its business in the foreseeable future.

(f) The Lease Documents shall constitute the complete and integrated understanding and agreement of the parties. Vendor and its representatives shall not make any representations or warranties, verbally or otherwise, to any Lessees or third party in contravention of the terms of the Lease Documents or take any actions directly or indirectly which modifies the terms and conditions of the Lease Documents.  Neither Vendor, nor any other party, has made any legally binding promise, agreement, or representation regarding the Equipment and the Lease that is not specifically set forth in the Lease.  Each Lease and related document(s) executed and delivered to MBF under this Agreement shall be duly authorized, executed and delivered by the parties thereto; constitute the valid and binding obligation of such parties, and be fully enforceable in accordance with the terms and conditions set forth therein, except as the enforcement of such documents may be affected by bankruptcy or similar laws affecting creditor rights generally.

(g) Vendor will not use the name, trademarks, service marks or other identifying characteristics of MBF as part of its firm, trade or corporate name, nor will it represent that it has authority beyond the scope set forth in this Agreement.

(h) Transactions will be funded by either check sent out via priority overnight or direct ACH deposit to Vendor business checking account as indicated below and in the voided check copy attached (**ATTACH COPY OF VOIDED CHECK FROM BUSINESS CHECKING ACCOUNT FOR FUNDING DEPOSIT**).

Bank Account Name: _____

Bank Routing Number: _____

Bank Name: _____    Phone: _____

(i) Vendor warrants and agrees that it will objectively and without bias select and submit lease transactions and refer ISAs/ISOs, to MBF and represents that it will not use unfair selection practices that may negatively affect MBF.



Confidential

_____
Initial
Revised 01/08

CONFIDENTIAL

LD00545120



**Section 4:  Lessees/Merchants Excluded from the Program and other Program Guidelines**

(a)  MBF shall not be obligated under this Agreement to enter into a Lease with any Merchant falling into any of the following categories:

    (i) Consumers, non-business lessees.

    (ii) Applicants less than 18 years of age at the signing of the Lease.

    (iii) Merchants who have engaged in previous transactions involving MBF or any other leasing company in which such Merchants have had a derogatory history (severe delinquency, collections, charge-offs, liens, suits, judgments) as determined by MBF at its reasonable discretion.

    (iv) Merchants with open bankruptcy petitions (not dismissed or discharged) and/or who are in Debtor in Possession status.

    (v) Merchants with open and unpaid federal or state tax lien(s), and/or any unpaid judgment(s) or judgment liens.

    (vi) Merchants who while engaged in previous transactions involving MBF or any other leasing company, have engaged in any illegal use of the leased equipment.

    (vii) Merchants providing adult oriented material or services.

    (viii) E-commerce processing services, in home business, Internet based business, multi-level marketing programs, seminar based business, seminar based lease origination, business opportunities or software.

(b) The following are certain Program guidelines applicable to all Merchants and all transactions contemplated pursuant to this Agreement.

    (i) Minimum funding for any Lease should be no less than $500.00.

Confidential

Initial
Revised 01/08

CONFIDENTIAL

LD00545121

(ii) Without prior written approval from MBF expressly authorizing otherwise, Vendor shall only lease the Equipment listed on Exhibit B.

(iii) Maximum equipment lease payments/funding amounts are applicable to all transactions contemplated hereunder ("Exhibit B").

(iv) Each Lease must be personally guaranteed by at least one principal owner of the Merchant/Lessee (the "Personal Guarantor").

## Section 5: Lease Fees

(a) In connection with each Lessee, MBF will provide a loss and destruction waiver fee for a monthly charge of $4.95 per month, per set of equipment included in the Lease. This fee may be changed from time to time and will be waived if the Lessee provides MBF, within thirty (30) days of the Lease commencement date, a valid certificate of insurance from a recognized and acceptable insurance company naming MBF as Loss Payee and Additional Insured.

(b) MBF will assess and bill to the Lessee, an annual property tax and compliance fee in effect, is currently $25.00 for each Merchant/Lessee transaction and may change due to changes in state compliance and filing fees.

## Section 6: Responsibilities of the Parties

(a) MBF will notify Vendor of its credit decision pertaining to an individual Lease within four (4) hours after MBF receives from Vendor a complete merchant or lease application form, provided, however, that Vendor delivers such merchant or lease application form to MBF on a business day that is not a holiday. Credit decisions pertaining to a Lease based upon a completed merchant processing or lease application form received by MBF after 3:00 p.m. EST shall be delivered to the Vendor no later than 10:30 a.m. on the following business day.

(b) MBF, or its assignees, shall be responsible for servicing the Leases and collection of rentals thereunder.

(c) MBF will furnish Vendor with all lease credit applications and Lease Documents.

(d) Each party acknowledges and agrees that each is an independent contractor in performing its obligations under this Agreement, and that, unless specifically authorized, neither party is authorized to make any commitment or representation on behalf of the other party. Vendor understands it is not an agent for the Lessor and this Agreement does not confer upon it any powers of an agent. Vendor acknowledges that MBF acts as a source of funds to the customers of Vendor and is not a manufacturer, service company or supplier of Equipment.

(e) Vendor shall perform all of its obligations under any maintenance or service agreement with respect to the Equipment. Vendor will maintain and service the Equipment covered by a Lease during the term of the Lease and perform, immediately, all of its obligations and commitments made to the Lessee.

(f) Vendor and/or Guarantor shall notify MBF of any name change, change to corporate status or structure, business address, home address, of principal or any other material change to Vendor status.

(g) Vendor and/or Guarantor shall notify MBF if (a) Vendor or Lessee suspends or terminates merchant processing under the merchant processing agreement among the parties or (b) Lessee has changed its commercial bank account utilized for ACH debit of Vendor's monthly merchant processing fees.

(h) Vendor is in compliance with and has not contravened or violated any law, statute, ordinance or government rule or regulation with respect to Vendor's procurement of the Lease or with respect to Vendor's inducement of Lessee to enter into the Lease or in any of its dealings with Lessee.

(i) No part of the funds required to commence the Lease has been or will be loaned, rebated, or advanced by Vendor to or on behalf of Lessee.

(j) In the event that Vendor or any of its principals file for bankruptcy, MBF must be notified within forty-eight (48) hours of such filing and MBF reserves the right to terminate this agreement upon such notification if necessary.

(k) Vendor shall not jeopardize or otherwise take any action to interrupt the Lease agreement between MBF and the Lessee at any time during the lease term or its renewal periods.

(l) Vendor shall not repossess or consent to the return of Equipment prior to the scheduled expiration of the Lease without the express prior written consent of MBF.

(m) Vendor shall not submit for funding a Lease for Equipment that has been modified in any way that would prevent the Equipment's use with any other credit card processor that Lessee may elect to do business with in the future.

Confidential

Initial
Revised 01/08

CONFIDENTIAL

LD00545122

(n) Without MBF's express prior written consent, Vendor shall not accept collections under any Lease. Under no circumstances will Vendor cash or deposit checks made payable to MBF. Vendor agrees to hold in trust for MBF and to immediately deliver to MBF any Lease payments (whether made before or after the commencement of the Lease) in the same form as received, except Vendor shall provide any endorsements necessary to make such payments payable to MBF.

(o) Vendor will use its best efforts to support and assist MBF to collect and/or resolve any Lessee payment default issues.

(p) Vendor will abide by the policies and procedures of MBF and its designated representatives established from time to time and will not submit to MBF any Lease contracts that have been rejected by other leasing companies without notification to MBF, nor shall Vendor submit any pending MBF transaction to another leasing company until MBF has communicated to Vendor that such transaction has been rejected. Vendor agrees during the term of this Agreement not to contract to perform services similar to those contemplated under this Agreement with another person, firm or corporation in MBF's business.

**Section 7: <u>Term of the Agreement</u>**

(a) The parties agree that the term of this Agreement shall be two (2) years, commencing on the Effective Date (the "Minimum Term"). To induce MBF to enter into this Agreement, Vendor agrees that (1) it may not terminate this Agreement during the Minimum Term; and (2) MBF shall have the right to terminate this Agreement at any time (including during the Minimum Term) upon thirty (30) days prior written notice to Vendor. Upon the expiration of the Minimum Term, this Agreement shall be extended for successive thirty (30) day periods and either party may terminate this Agreement upon thirty (30) days prior written notice to the other party.

(b) The rights and obligations of the parties hereunder with respect to Leases originated prior to termination of this Agreement shall survive said termination.

(c) MBF may assign this Agreement, provided that the assignee fully assumes all the rights and obligations of the assigning party.

**Section 8: <u>Integration</u>**

This Agreement contains the parties' entire understanding concerning its subject matter and supersedes and merges all previous verbal and written agreements.



Confidential

Initial
Revised 01/08

CONFIDENTIAL

LD00545123

**Section 10:  Miscellaneous**

(a)  Each party acknowledges and agrees that this Agreement (and the terms thereunder) and any information or data it has or will acquire from the other party, not otherwise properly in the public domain, was received in confidence.  Each party hereto agrees not to divulge, communicate or disclose to any third party, except as may be required by law or for the performance of this Agreement (including conducting due diligence or notifying a party's lender), this Agreement (or the terms thereof) or any confidential information of the other party.  Except to the extent expressly stated here, this provision is not intended to supersede any confidentiality or non-disclosure agreement, which may exist between the parties.

(b)  The undersigned warrant that they have read the above Agreement which is hereby ratified and confirmed, and agree that only the full payment of the repurchase price of any such Lease in breach of this Agreement can discharge the undersigned's liability hereunder, on a per Lease basis.

(c)  This Agreement shall be governed by and is executed under the laws of the State of New York.  Each party hereto consents to submitting all suits, legal actions or other court proceedings to the jurisdiction of the courts of the State of New York situated in the City of New York, Borough of Manhattan.  Any change of venue shall be made only by the written consent of each party hereto.  Vendor and MBF each waive any right to have a jury participate in resolving any dispute arising out of, connected with, related to or incidental to the relationship established between them in connection with this Agreement.

(d)  Vendor shall indemnify and hold MBF harmless from any claims, damages or losses, including but not limited to reasonable attorneys' fees and legal expenses arising from a material breach of Vendor's representations, warranties or covenants. MBF shall indemnify and hold Vendor harmless from any claims, damages or losses, including but not limited to reasonable attorneys' fees and legal expenses arising from a material breach of MBF's representations, warranties or covenants. In no event shall one party be liable to the other for any special, incidental, consequential, indirect or punitive damages.

(e)  All notices provided in this Agreement shall be in writing and deemed given when mailed or faxed to Vendor or MBF at their respective addresses set forth above, if sent by registered or certified mail, return receipt requested, or when actually received if given in any other manner.

(f)  No waiver of any provision of this Agreement nor consent to any departure by either party from the terms and conditions of this Agreement shall be effective unless the same shall be given in writing and signed by the other party and then such waiver or consent shall only be effective in accordance with the terms and limitations set forth in that writing.  No delay by either party in enforcing its rights under this Agreement shall constitute a waiver of those rights.

(g)  It is the parties' intention that this Agreement be interpreted in such a way that it is valid and effective under applicable law.  If any provision of this Agreement is at any time adjudged invalid or unenforceable to any extent by any court of competent jurisdiction, such provision shall be deemed modified to the extent necessary to render it valid and enforceable and such invalidity or unenforceability shall not affect any other provision of this Agreement.

Confidential

Initial
Revised 01/08

CONFIDENTIAL

LD00545124

The undersigned, jointly and severally, hereby unconditionally guaranty, without deduction or diminution by reason of Counterclaim, offset or defense, and in accordance with all terms and conditions of this Agreement, including any and all modifications, additions, supplements and amendments thereof that all information provided and contained in this Agreement is true and correct and that signor has full and complete authority to enter into this Agreement on behalf of Vendor.

This Agreement, when executed by both MBF and Vendor, shall constitute the entire Agreement between the parties, and shall supersede and cancel all prior offers and negotiations, whether in writing or otherwise.  No amendment or modification of this Agreement shall be effective unless in writing and duly executed by all parties hereto.

In witness whereof, each of the parties has caused this Agreement to be executed as of the date below.

**Business Name:** _____

By: _____

Title: _____

Date: _____

Guarantor's Signature: _____

Social Security Number: _____

**MBF Leasing, LLC.**

By: _____

Title: _____

Date: _____

Credit Card Information:
Card Type: _____
Account #: _____
Exp. Date: _____
Date: _____

Confidential

Initial
Revised 01/08

CONFIDENTIAL

LD00545125

**"Exhibit A"**
**MBF Leasing, LLC.**
**Credit and Funding Requirements**

*To assist in processing lease transactions with MBF Leasing, LLC. ("MBF") please review the following requirements:*

1. *Complete MBF lease credit application including equipment description, lease term and monthly payment or an acceptable form of the Merchant Service Application, which provides authorization for MBF's credit investigation.*

2. *Guarantor information and signatures, including Social Security numbers are required on all applications. If there are two guarantors on the Merchant Application, MBF will require two signatures on the lease agreement and guaranty section. It may be necessary to obtain a copy of the Merchant's social security card if the number cannot be verified.*

3. *A Personal Guaranty is required on all lease documents; a signature of the principal owner of the business must appear in the Personal Guaranty box.*

4. *An authorized ISO/agent must sign Bill of Sale on the Lease Agreement.*

5. *If the lease agreement is received without an executed Bill of Sale an invoice billing MBF will be required.*

6. *A Voided check copy from the Lessee's __business__ checking account is required at all times.*

7. *A signature is required in all appropriate boxes. "White Out" is not acceptable on the lease agreement. Cross-outs or changes to the Lease Agreement are not acceptable.*

8. *Serial Numbers for all leased equipment and MID numbers must be received prior to funding.*

9. *Verification of Lessee Signature (copy of advance payment check or signature on the Merchant Service Application may be acceptable).*

10. *Equipment location must be provided if other than billing address.*

11. *If any lease transaction is over the approved program amount additional information, financial statements, or documentation fees may be required.*

12. *Advance Payments if not received by Lessee Check will be deducted from funding.*

13. *Verbal Verification of the lease terms will be conducted by MBF directly with the merchant.*

Confidential

Initial
Revised 01/08

CONFIDENTIAL

LD00545126

 MBF LEASING, LLC.

**All maximum payments are based on a 48-month lease.**

| Equipment Type | Payment Cap | Equipment Type | Payment Cap | Equipment Type | Payment Cap |
|---|---|---|---|---|---|
| Citizen Printer 562 | $30.00 | Lipman Nurit 2059 | $70.00 | Verifone Check Reader 600 (CR600) | $30.00 |
| Citizen Printer 562 | $30.00 | Lipman Nurit 2059I | $110.00 | Verifone CR 1000 | $50.00 |
| Comstar Blackberry | $70.00 | Lipman Nurit 2060 | $60.00 | Verifone Jigsaw Pinpad | $20.00 |
| Dassault Artema Mobile | $90.00 | Lipman Nurit 2060U | $60.00 | Verifone Omni 3200 | $65.00 |
| Dassault Talento 2U | $70.00 | Lipman Nurit 2070 | $60.00 | Verifone Omni 3210 | $65.00 |
| Dassault Talento 4U | $75.00 | Lipman Nurit 2080 | $50.00 | Verifone Omni 32SE | $60.00 |
| Dassault Talento One | $70.00 | Lipman Nurit 2080 Plus | $55.00 | Verifone Omni 3720 | $70.00 |
| Dassault Talento One Plus | $70.00 | Lipman Nurit 2085 | $60.00 | Verifone Omni 3740 | $75.00 |
| Dassault Talento One S | $80.00 | Lipman Nurit 2085 Plus | $70.00 | Verifone Omni 3750 | $80.00 |
| Dassault Talento one S Plus | $90.00 | Lipman Nurit 2085U | $70.00 | Verifone Omni 395 | $60.00 |
| Dassault Talento Pinpad | $20.00 | Lipman Nurit 2090 | $90.00 | Verifone Omni 396 | $30.00 |
| Dassault Talento Script Machine | $135.00 | Lipman Nurit 3000 | $70.00 | Verifone Omni 470 | $60.00 |
| Dejayvoo Advantage (A,B,C,D credit 36 mth) | $45.00 | Lipman Nurit 3010 | $100.00 | Verifone Pinpad 1000 | $20.00 |
| Hypercom ICE 5000 | $75.00 | Lipman Nurit 3010 Additional Battery | $5.00 | Verifone Pinpad 1000SE | $20.00 |
| Hypercom ICE 5500 | $80.00 | Lipman Nurit 3010 Belt Holster | $5.00 | Verifone Pinpad 101 | $20.00 |
| Hypercom ICE 5700 | $85.00 | Lipman Nurit 3010 Cigarette Lighter Adapter | $3.00 | Verifone Pinpad 2000 | $20.00 |
| Hypercom ICE 5700 Plus | $85.00 | Lipman Nurit 3010 Docking Station | $12.00 | Verifone Pinpad 201 | $20.00 |
| Hypercom Ice 6000 | $80.00 | Lipman Nurit 3020 | $80.00 | Verifone Printer 250 | $30.00 |
| Hypercom Ice 6500 | $80.00 | Lipman Nurit 8000 | $100.00 | Verifone Printer 355 | $30.00 |
| Hypercom Pinpad S8 | $20.00 | Lipman Nurit 8100 | $100.00 | Verifone Printer 460 | $30.00 |
| Hypercom Printer P8 | $30.00 | Lipman Nurit 8300 | $100.00 | Verifone Printer 900 | $30.00 |
| Hypercom S9 Pinpad | $20.00 | Lipman Nurit 8300 Check Reader | $30.00 | Verifone Printpak 350 | $30.00 |
| Hypercom T4100 | $60.00 | Lipman Nurit 8320 | $100.00 | Verifone Tranz 330 | $40.00 |
| Hypercom T4210 | $60.00 | Lipman Nurit 8320U | $100.00 | Verifone Tranz 380 | $50.00 |
| Hypercom T4220 | $70.00 | Lipman Nurit Pinpad 202 | $20.00 | Verifone Tranz 380X2 | $50.00 |
| Hypercom T7 Plus | $70.00 | Lipman Nurit Pinpad 252 | $20.00 | Verifone Tranz 420 | $70.00 |
| Hypercom T77 | $70.00 | Lipman Nurit Printer 504 | $30.00 | Verifone Tranz 460 | $70.00 |
| Hypercom T77F | $70.00 | Lipman Nurit Printer 505 | $30.00 | Verifone VX 570 | $80.00 |
| Hypercom T77S | $60.00 | Lipman Nurit Value Pak 700 | $70.00 | Verifone VX 610 | $100.00 |
| Hypercom T77T | $70.00 | Lipman Nurit Value Pak 720 | $70.00 | VivoPay | $30.00 |
| Hypercom T7E | $60.00 | Magtek Check Reader | $30.00 | VivoPay 4000 | $30.00 |
| Hypercom T7P | $60.00 | Magtek Imager | $70.00 | VivoPay 4500 | $20.00 |
| Hypercom T7PRA | $70.00 | Magtek Micro Check Reader | $30.00 | | |
| Hypercom T7PRC | $70.00 | Magtek Micro Imagine RS232 | $70.00 | | |
| Hypercom T7PT | $70.00 | Magtek Sureswipe 3TK | $20.00 | | |
| Hypercom T8 | $60.00 | Merchant Pro 4000 | $55.00 | | |
| Ingenico 17780 | $100.00 | Merchant Pro 4500 | $55.00 | | |
| Ingenico 17800 | $100.00 | Mist Freedom II | $60.00 | | |
| Ingenico 2600 | $60.00 | MTT 1000 (36 mth or less) | $79.95 | | |
| Ingenico Aqua | $25.00 | Omero X Lite | $40.00 | | |
| Ingenico Elite 510 | $35.00 | Orio 4-Access | $99.00 | | |

Confidential

Initial
Revised 01/08

CONFIDENTIAL

LD00545127

| | | | | | |
|---|---|---|---|---|---|
| Ingenico Elite 712 | $60.00 | Orion | $99.00 | | |
| Ingenico Elite 770 | $55.00 | Peripheron Receipt Master 2000 | $35.00 | | |
| Ingenico Elite 780 | $60.00 | Peripheron receipt Master 2500 | $35.00 | | |
| Ingenico Elite 790 | $60.00 | Prime Trex | $55.00 | | |
| Ingenico En-Check 2500 | $20.00 | RDM 5000I | $70.00 | | |
| Ingenico Encrypt 100 | $20.00 | RDM 6000I | $70.00 | | |
| Intellect 9770 | $70.00 | RDM 6000I Check Manager | $70.00 | | |
| IVI 3000 | $70.00 | RDM 6014 | $70.00 | | |
| IVI Checkmate 4000 Elan | $70.00 | RDM 7000I | $70.00 | | |
| IVI Checkmate Check Reader | $30.00 | Receipt Master 2000 Printer | $30.00 | | |
| IVI Checkmate CM 2010 | $20.00 | Schlumberger Magic 6000 | $70.00 | | |
| IVI Checkmate CM 2100 | $20.00 | Schlumberger Magic 9000 | $80.00 | | |
| IVI Checkmate CMR 431 | $20.00 | Schlumberger Magic Pinpad | $20.00 | | |
| IVI Checkmate Scribe 612 | $30.00 | Semtek Card Reader | $30.00 | | |
| IVI CTX 3000 Check Manager | $40.00 | Teller Scan | $40.00 | | |

> Formula for calculating the maximum monthly payment for different lease terms:
> Take the 48 month maximum payment and divide by your 48 month rate factor to get the funding amount. Then multiply the funding amount by your lease rate factor for the term you need. The result is the maximum payment for the specified term.

Confidential

Initial
Revised 01/08

CONFIDENTIAL

LD00545128

# MBF LEASING, LLC.

## Vendor Profile

Vendor _____

Address _____

City _____ State _____ Zip Code _____

Phone Number _____ Fax Number _____ E-Mail Address _____

Years In Bankcard Business _____     MasterCard/Visa Registration

# _____

Type of Business: Corporation ☐ Tax ID# _____ Partnership ☐   Proprietor ☐   Other ☐ _____

*Principals*

1) Principal's Name _____     2) Principal's Name _____

Title _____ SS# _____     Title _____ SS# _____

Home Address _____     Home Address _____

City _____ State _____ Zip _____     City _____ State _____ Zip _____

Date of Birth _____     Date of Birth _____

- *Current / Previous Lease Company*

1) _____

2) _____

- *Bank Processors Used*

1) Bank _____     2) Bank _____

  Contact _____       Contact _____

  Phone Number_____       Phone Number_____

  How Long? _____       How Long? _____

- *Bank Reference*

Name of Bank _____     Account# _____

Contact Name _____     Routing# _____

Bank Phone# _____

How Long? _____

- *Credit References*

1) Name _____     2) Name _____

  Title _____ Phone # _____       Title _____ Phone # _____

  Address _____       Address _____

  City _____ State ____ Zip ____       City _____ State ____ Zip ____

  High Credit _____       High Credit _____

Referred By: _____

Applicant authorizes MBF Leasing, LLC, its' assigns or its' agents to obtain an investigative report from a credit bureau or a credit agency and to investigate the references given or obtained.

Principal's Signature_____     Principal's Signature_____

*************************************For MBF Office Use Only**********************************

Approval Status:     Date:     Approved By:     Vendor Code _____

Confidential

                                   Initial
                              Revised 01/08

CONFIDENTIAL

LD00545129