1  GUTRIDE SAFIER LLP
   ADAM J. GUTRIDE (State Bar No. 181466)
2  SETH A. SAFIER (State Bar No. 197427)
   L. JAY KUO (State Bar No. 173293)
3  KRISTEN G. SIMPLICIO (State Bar No. 263291)
   835 Douglass Street
4  San Francisco, California 94144
   Telephone:  (415) 336-6545
5  Facsimile:   (415) 449-6469

6  Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAINBOW BUSINESS SOLUTIONS, D/B/A PRECISION TUNE AUTO CARE, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>MERCHANT SERVICES, INC.; ET AL.,<br><br>Defendants. | Case No.: CV 10-01993 CW<br><br>**SUPPLEMENTAL DECLARATION OF KRISTEN G. SIMPLICIO IN SUPPORT OF PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION**<br><br>**REDACTED**<br><br>Place:     Courtroom 2, 4th Floor<br>Judge:    Hon. Claudia Wilken |

I, KRISTEN SIMPLICIO, declare as follows:

1. I am an attorney at the firm Gutride Safier LLP, counsel of record for Plaintiffs in this action. I make this declaration of my own personal knowledge, and if called to testify, I could and would competently testify hereto under oath.

2. Attached hereto as Exhibit HHHHH is a true and correct copy of excerpts from the Deposition of Nathan Jurczyk.

3. Attached hereto as Exhibit IIIII is a true and correct copy of excerpts from the Deposition of Volker Von Glasenapp.

4. Attached hereto as Exhibit JJJJJ is a true and correct copy of excerpts from the Deposition of Verena Baumgartner.

5. Attached hereto as Exhibit KKKKK is a true and correct copy of excerpts from the Deposition of Terry Jordan.

6. Attached hereto as Exhibit LLLLL is a true and correct copy of excerpts from the Deposition of Rainbow Business Solutions.

7. Attached hereto as Exhibit MMMMM is a true and correct copy of excerpts from the Deposition of Jerry Su.

8. Attached hereto as Exhibit NNNNN is a true and correct copy of excerpts from the Deposition of Lina Kravic.

9. Attached hereto as Exhibit OOOOO is a true and correct copy of an email dated January 17, 2013 from Jennifer Nigro, counsel for the Leasing Defendants, to me, including the attached subpoena for Ms. Robyn Sands.

10. Attached hereto as Exhibit PPPPP is a true and correct copy of an email dated January 18, 2013, which I sent to Ms. Nigro. I did not receive a response.

11. Attached hereto as Exhibit QQQQQ is a true and correct copy of a

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

May 23, 2013

/s/ Kristen Simplicio
_____
Kristen Simplicio, Esq.

-1-