IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAINBOW BUSINESS SOLUTIONS, doing business as PRECISION TUNE AUTO CARE; DIETZ TOWING, INC.; THE ROSE DRESS, INC.; VOLKER VON GLASENAPP; JERRY SU; VERENA BAUMGARTNER; TERRY JORDAN; ERIN CAMPBELL; and LEWIS BAE,<br><br>    Plaintiffs,<br><br>  v.<br><br>MERCHANT SERVICES, INC.; NATIONAL PAYMENT PROCESSING; UNIVERSAL MERCHANT SERVICES LLC; UNIVERSAL CARD, INC.; JASON MOORE; NATHAN JURCZYK; ROBERT PARISI; ERIC MADURA; FIONA WALSHE; ALICYN ROY; MBF LEASING LLC; NORTHERN FUNDING, LLC; NORTHERN LEASING SYSTEMS, INC.; JAY COHEN; LEONARD MEZEI; SARA KRIEGER; SAM BUONO; and SKS ASSOCIATES, LLC,<br><br>    Defendants.<br>_____/ | No. C 10-1993 CW<br><br>ORDER DENYING PLAINTIFFS' MOTION TO SHORTEN TIME FOR HEARING ON MOTION FOR CLASS CERTIFICATION AND GRANTING MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF MOTION TO SHORTEN TIME (Docket Nos.523, 526) |

    Plaintiffs have filed a motion to shorten time for the hearing on their amended motion for class certification. Defendants oppose the motion. Plaintiffs have filed a motion for leave to file a reply in support of their motion. Having considered the parties' papers and the entire record in this case, the Court DENIES Plaintiffs' motion to shorten time (Docket No,

523) and GRANTS Plaintiffs' motion to file a reply in support thereof (Docket No. 526.)

IT IS SO ORDERED.

Dated: 7/2/2013

CLAUDIA WILKEN
United States District Judge