IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAINBOW BUSINESS SOLUTIONS, doing business as PRECISION TUNE AUTO CARE; DIETZ TOWING, INC.; THE ROSE DRESS, INC.; VOLKER VON GLASENAPP; JERRY SU; VERENA BAUMGARTNER; TERRY JORDAN; ERIN CAMPBELL; and LEWIS BAE,<br><br>    Plaintiffs,<br><br>  v.<br><br>MERCHANT SERVICES, INC.; NATIONAL PAYMENT PROCESSING; UNIVERSAL MERCHANT SERVICES LLC; UNIVERSAL CARD, INC.; JASON MOORE; NATHAN JURCZYK; ROBERT PARISI; ERIC MADURA; FIONA WALSHE; ALICYN ROY; MBF LEASING LLC; NORTHERN FUNDING, LLC; NORTHERN LEASING SYSTEMS, INC.; JAY COHEN; LEONARD MEZEI; SARA KRIEGER; SAM BUONO; and SKS ASSOCIATES, LLC,<br><br>    Defendants.<br>_____/ | No. C 10-1993 CW<br><br>ORDER VACATING HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

    Plaintiffs have filed voluminous exhibits in support of their amended motion for class certification. Plaintiffs' motion cites pages of exhibits that are not included in the electronic docket or in the chambers copies provided to the Court. For example, page 11 of Plaintiffs' Amended Motion cites, among other things, page 10 of the declaration of Alicyn Roy and multiple pages of the declaration of Nathan Jurczyk which were not included in Plaintiffs' filings. It is not clear how many pages are missing from the more than 100 exhibits Plaintiffs filed in support of their motion. The Court is unable to prepare for the hearing or to rule on Plaintiffs' motion without a complete set of exhibits.

Plaintiffs are directed to review the motion, opposition and reply and each of the exhibits cited therein to ensure that every page of Plaintiffs' exhibits cited by either party has been filed on the electronic docket and submitted to the Court as chambers copies. Plaintiffs shall meet and confer with Leasing Defendants to stipulate to a new hearing date for Plaintiffs' motion. Plaintiffs shall file and submit their amended exhibits at least two weeks prior to the date of the hearing.

The July 25, 2013 hearing date is VACATED. Leasing Defendants' motion to continue the hearing is DENIED as moot. (Docket No. 530). The Court notes that, absent a stipulation from Plaintiffs, it will not delay the hearing on this motion until after final approval of the settlement between Plaintiffs and Merchant Services Defendants.

IT IS SO ORDERED.

Dated: 7/22/2013

CLAUDIA WILKEN
United States District Judge