IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUST FILM, INC., et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>MERCHANT SERVICES, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C 10-1993 CW<br><br>ORDER **DENYING** PLAINTIFFS' MOTION TO SHORTEN TIME FOR HEARING OF PLAINTIFF'S AMENDED MOTION FOR CLASS CERTIFICATION<br>(Docket No. 538) |

    On July 25, 2013, Plaintiffs moved this Court for an order to advance the hearing on their Amended Motion for Class Certification, which was most recently re-set for August 29, 2013. FOR GOOD CAUSE SHOWN, this Court DENIES the motion and orders that the hearing on Plaintiffs Amended Motion for Class Certification remain set for August 29, 2013 at 2:00 p.m. The Court further orders that the Leasing Defendants are granted leave to file a surreply of no more than twelve (12) pages by August **8**, 2013. Plaintiffs are granted leave to file a response of no more than five (5) pages by August **15**, 2013.

Dated: 7/26/2013

                                        CLAUDIA WILKEN
                                        United States District Judge