JONES DAY
Thomas R. Malcolm (State Bar No. 39248)
trmalcolm@jonesday.com
Cary D. Sullivan (State Bar No. 228527)
carysullivan@jonesday.com
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone: (949) 553-7593
Facsimile: (949) 553-7539

Brian Hershman (State Bar No. 168175)
bhershman@jonesday.com
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071-2300
Telephone: (213) 243-2445
Facsimile: (213) 243-2539

Attorneys for defendants Merchant Services, Inc.,
Universal Card, Inc., National Payment Processing, Inc.,
Universal Merchant Services, LLC, Jason Moore, Robert
Parisi, Nathan Jurczyk, Eric Madura, and Alicyn Roy

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JUST FILM, INC.; RAINBOW BUSINESS SOLUTIONS, D/B/A PRECISION TUNE AUTO CARE; BURLINGAME MOTORS, INC.; DIETZ TOWING, INC.; THE ROSE DRESS, INC.; VOLKER VON GLASENAPP; JERRY SU; VERENA BAUMGARTNER; TERRY JORDAN; LEWIS BAE; AND ERIN CAMPBELL on behalf of themselves, the general public and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCHANT SERVICES, INC.; NATIONAL PAYMENT PROCESSING; UNIVERSAL MERCHANT SERVICES LLC; UNIVERSAL CARD, INC.; JASON MOORE; NATHAN JURCZYK; ROBERT PARISI; ERIC MADURA; FIONA WALSHE; ALICYN ROY; MBF LEASING | Case No. CV 10-01993 CW<br><br>**DECLARATION OF NATHAN JURCZYK** |

1

1  LLC; NORTHERN FUNDING LLC;
NORTHERN LEASING SYSTEMS, INC.;
2  GOLDEN EAGLE LEASING LLC; LEASE
SOURCE-LSI, LLC; LEASE FINANCE
3  GROUP, LLC; JAY COHEN; LEONARD
MEZEI; SARA KRIEGER; BRIAN
4  FITZGERALD; SAM BUONO; MBF
MERCHANT CAPITAL, LLC; RBL
5  CAPITAL GROUP, LLC; WILLIAM
HEALY; JOSEPH I. SUSSMAN; JOSEPH I.
6  SUSSMAN, P.C.; AND SKS ASSOCIATES,
LLC,
7

8                    Defendants.

9  AND RELATED ACTIONS.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Nathan Jurczyk, declare as follows:

1.      I am vice president of defendant Universal Card, Inc. ("Universal"). As vice president, I oversee and am responsible for all business operations of Universal. I also am an authorized agent of defendants Merchant Services, Inc. ("Merchant") and National Payment Processing, Inc. ("National"). As an authorized agent, I am authorized to, among other things, engage in business negotiations on behalf of Merchant and/or National, enter into contracts on behalf of Merchant and/or National, and often am involved in strategic planning on behalf of Merchant and/or National as it relates to Universal. I make this declaration in response to the Court's order granting the settling parties' stipulation and [proposed] order to continue the dates set forth in the Court's preliminary approval order in the above-entitled action (Dkt. No. 529, filed July 12, 2013). I know the facts stated herein to be true based upon my own personal knowledge or upon my review of the records and files maintained by Universal, Merchant, and National in the regular course of business. If called and sworn as a witness, I could and would testify competently thereto.

2.      Based on my review of the records of Universal, Merchant, and National, as well as documents produced by other defendants in this case, I estimate that there are approximately 12,600 merchants that entered into a contract for bankcard processing services and a concurrent lease for bankcard processing equipment through one or more of Universal, Merchant, and National between March 26, 2006 and March 20, 2013. Of those merchants, I estimate that, as of July 2013, approximately 5,200 remained in a bankcard processing agreement through one or more of Universal, Merchant, and National for more than sixty (60) days after the expiration of the initial term of the agreement and/or continued to lease bankcard processing equipment

/ / /

1    through one or more of Universal, Merchant, and National for more than sixty (60) days after

2    the expiration of the initial term of the lease.

3        I declare under penalty of perjury under the laws of the United States that the foregoing

4    is true and correct.

5        Executed on August 12, 2013, at Irvine, California.

6

7                       Nathan Jurczyk

8

IRI-50009v2

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4