```
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
```

RAINBOW BUSINESS SOLUTIONS, et al.,

       Plaintiffs,

   v.

MERCHANT SERVICES, INC., et al.,

       Defendants.

NO. C 10-01993 CW

**MINUTE ORDER**
Date: August 29, 2013

Time: 1 hour and 11 minutes

**The Honorable Claudia Wilken, Presiding**
**Clerk: Nikki D. Riley**   **Court Reporter:** Diane Skillman

**Appearances for Plaintiff:**
Adam Gutride; Kristen Simplico

**Appearances for Defendant:**
Rod Divelbiss; Scott Silberfein; Robert Lillienstein

**Motions:**

| | | |
|---|---|---|
| Plaintiff | Motion to Certify Class | Under Submission |

Order to be prepared by: Court

Notes: Motion is argued and submitted by the parties, and taken under submission by the Court.

Previously set further case management conference is maintained.

Copies to: Chambers