UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAINBOW BUSINESS SOLUTIONS, D/B/A PRECISION TUNE AUTO CARE, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>MERCHANT SERVICES, INC.; ET AL.,<br><br>Defendants. | Case No.: CV 10-01993 CW<br><br>**DECLARATION OF MARILEE BASS IN SUPPORT OF MOTION FOR FINAL APPROVAL**<br><br>Date:    November 21, 2013<br>Time:   2:00 p.m.<br>Place:   Courtroom 2, 4th Floor<br>Judge:  Hon. Claudia Wilken |

I, Marilee Bass, declare as follows:

1. I am the Executive Director of Meyers Nave LLP, former counsel of record for Plaintiffs in this action. I make this declaration in my capacity as Executive Director of Meyers Nave and my own personal knowledge and could testify competently to the facts stated herein.

2. I make this Declaration in support of Plaintiff's motion for final approval and attorneys' fees and costs and incentive award ("Motion").

3. Meyers Nave retains timekeeping records for time its attorneys and support staff spent on this action. Meyers Nave's records reflect the following work on this action:

| Timekeeper | Hours Worked | Hourly Rate | Total Amount |
|---|---|---|---|
| Kahramanian, Lala Z. | 219.40 | 275.00 | 60,335.00 |
| Kephart, Allison R. | 83.50 | 275.00 | 22,962.50 |
| McBride, Patti D | 127.90 | 140.00 | 17,906.00 |
| McIntosh, Dawn A. | 30.70 | 275.00 | 8,442.50 |
| Munsell, Anne E. | .40 | 140.00 | 56.00 |
| Rossman, Paul S. | 77.60 | 140.00 | 10,864.00 |
| Sathienmars, Vasudhsiri T. | 32.40 | 140.00 | 4,536.00 |
| Sweet, Michael A. | 388.70 | 350.00 | 136,045.00 |
| TOTAL | 960.60 | | 261,147.00 |

4. Meyers Nave's records reflect that the firm incurred $2,890.69 in costs in connection with this action.

This declaration was executed this 3rd day of October, 2013, at San Francisco, California. I state the foregoing under penalty of perjury under the laws of the United States.

Marilee Bass
Executive Director, Meyers Nave