UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAINBOW BUSINESS SOLUTIONS, D/B/A
PRECISION TUNE AUTO CARE, ET AL.

Plaintiffs,

v.

MERCHANT SERVICES, INC.; ET AL.,

Defendants.

Case No.: CV 10-01993 CW

**SUPPLEMENTAL DECLARATION
OF MARILEE BASS IN SUPPORT
OF MOTION FOR FINAL
APPROVAL**

Date:      November 21, 2013
Time:      2:00 p.m.
Place:     Courtroom 2, 4th Floor
Judge:     Hon. Claudia Wilken

I, Marilee Bass, declare as follows:

1.    I am the Executive Director of Meyers Nave LLP, former counsel of record for Plaintiffs in this action.  I make this declaration in my capacity as Executive Director of Meyers Nave and my own personal knowledge and could testify competently to the facts stated herein.

2.    I make this Declaration in support of Plaintiffs' motion for final approval and attorneys' fees and costs and incentive award ("Motion") and to provide further information on the costs identified in paragraph 4 of my October 3, 2013 Declaration.

3.    Meyers Nave's records reflect that it incurred the following costs in connection with this action:

| Expense | Total |
|---|---|
| Auto Mileage | $38.21 |
| Copying, Reproduction, and Document Processing | $506.90 |
| Meals | $157.89 |
| Parking | $31.50 |
| Postage/Delivery (including Federal Express) | $942.94 |
| Research (including Lexis Nexis) | $1005.00 |
| Travel (airfare, hotel, local transportation) | $164.25 |
| Fax | $44.00 |
| **TOTAL** | **$2,890.69** |

This declaration was executed this __ day of October, 2013, at San Francisco, California. I state the foregoing under penalty of perjury under the laws of the United States.

Marilee Bass
Executive Director, Meyers Nave

DECLARATION OF MARILEE BASS IN SUPPORT OF MOTION FOR FINAL APPROVAL
Case No. 4:10-cv-1993-CW