|||
|---|---|
| 1 | **GUTRIDE SAFIER LLP**<br>ADAM J. GUTRIDE (State Bar No. 181446) |
| 2 | SETH A. SAFIER (State Bar No. 197427)<br>KRISTEN SIMPLICIO (State Bar No. 263291) |
| 3 | 835 Douglass Street<br>San Francisco, California 94114 |
| 4 | Telephone: (415) 336-6545<br>Facsimile: (415) 449-6469 |
| 5 | Attorneys for Plaintiffs |
| 6 | (Additional counsel listed on signature page) |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| RAINBOW BUSINESS SOLUTIONS, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>MERCHANT SERVICES, INC.; ET AL.,<br><br>Defendants. | Case No. CV 10-01993 CW<br><br>JOINT STIPULATION TO RESET DEADLINES FOR EXPERT DISCLOSURE AND ~~PROPOSED~~ ORDER |

WHEREAS, pursuant to (i) the Stipulation dated February 15, 2013 [dkt. # 480] and the Order dated February 21, 2013 [dkt. # 481] (together, the "February 2013 Order"); and (ii) the Stipulation dated September 12, 2013 [dkt. # 548] and the Order dated September 13, 2013 [dkt. # 549] (together, the "September 2013 Order") the deadlines for expert disclosure and/or reports is December 10, 2013; rebuttal disclosure and/or reports is January 21, 2014; the completion of fact and expert discovery is February 18, 2014 and the Dispositive Motion Hearing and Case Management Conference is March 14, 2014;

WHEREAS, after the Order was made, the parties began engaging in settlement discussions, and a settlement with some defendants was reached, causing the hearing on Plaintiffs' Motion for Class Certification to be moved from March 7, 2013 to August 29, 2013;

WHEREAS, the court has not yet ruled on Plaintiffs' Motion for Class Certification;

WHEREAS, in light of the foregoing and to afford the parties adequate time to prepare expert disclosure and reports relevant to any and all issues that may require expert opinion(s) and discovery thereon, the parties have agreed to extend the current schedule as follows:

- Expert disclosure and/or reports from December 10, 2013 to April 3, 2014
- Rebuttal disclosure and/or reports from January 21, 2014 to May 22, 2014
- Completion of fact and expert discovery from February 18, 2014 to June 26, 2014
- Case-Dispositive Motion Hearing and Case Management Conference from March 14, 2014 to August 21, 2014.

WHEREAS five prior extensions with respect to deadlines set forth above have been made;

WHEREAS the Court has not yet set a trial date;

NOW, THEREFORE, IT IS STIPULATED, by and between the undersigned parties through their respective counsel of record, that the Court modify the February 2013 Order and September 2013 Order as follows:

- Expert disclosure and/or reports due by April 3, 2014;
- Rebuttal disclosure and/or reports due by May 22, 2014;
- Completion of fact and expert discovery by June 26, 2014; and

- Case-Dispositive Motion Hearing and Case Management Conference on August 21, 2014.

This schedule will not impact any other scheduled dates.

Date: December 4, 2013

Respectfully submitted,

**GUTRIDE SAFIER LLP**

/s/ Kristen Simplicio
Adam J. Gutride, Esq.
Seth A. Safier, Esq.
Kristen Simplicio, Esq.
835 Douglass Street
San Francisco, California 94114

Attorneys for Plaintiffs


MOSES & SINGER LLP

/s/ Scott E. Silberfein
Scott E. Silberfein (*Pro Hac Vice*)
Robert Lillienstein (*Pro Hac Vice*)
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
Telephone:  (212) 554-7800
Facsimile:   (212) 554-7700

JRA LAW PARTNERS, LLP
(FORMERLY COLLETTE ERICKSON FARMER & O'NEILL LLP)

Rod O. Divelbiss
235 Pine Street, Ste 1300
San Francisco, CA 94104
Telephone:  (415) 788-4646
Facsimile:   (415) 788-6929

Attorneys for Defendants Sam Buono, Jay Cohen, Sara Krieger, MBF Leasing, LLC, Leonard Mezei, Northern Funding, LLC, Northern Leasing Systems, Inc., and SKS Associates, LLC

RESET DEADLINES FOR EXPERT DISCLOSURE AND ~~PROPOSED~~ ORDER

1  Pursuant to Local Civil Rule 6-2(a), and **GOOD CAUSE APPEARING THEREFOR**,
2  the parties' expert disclosure and/or reports shall be due by February 4, 2014; rebuttal disclosure
3  and/or reports shall be due by March 18, 2014; fact and expert discovery shall be completed by
4  April 15, 2014; and Case-Dispositive Motion Hearing and Case Management Conference on
5  August 14, 2014.

7  **IT IS SO ORDERED**.

9  DATED:  12/5/2013

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

RESET DEADLINES FOR EXPERT DISCLOSURE AND ~~PROPOSED~~ ORDER