**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
KRISTEN SIMPLICIO (State Bar No. 263291)
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 336-6545
Facsimile: (415) 449-6469

Attorneys for Plaintiffs

(Additional counsel listed on signature page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| RAINBOW BUSINESS SOLUTIONS, ET AL. | Case No. CV 10-01993 CW |
| Plaintiffs, | **STIPULATION RE AMENDED SETTLEMENT AGREEMENT** |
| v. | |
| MERCHANT SERVICES, INC.; ET AL., | |
| Defendants. | |

STIPULATION REGARDING AMENDMENT TO SETTLEMENT AGREEMENT

The Plaintiffs, Merchant Services Defendants, and Fiona Walshe, through their undersigned counsel, hereby stipulate that, upon issuance of Final Approval by the Court, the Amended Settlement Agreement dated June 6, 2013 shall be and hereby is amended as follows:

Section 6.1 is amended to replace "$990,000" with "$923,000." Thus the first sentence of Section 6.1 shall read "Plaintiffs' Counsel may apply to the Court for an award of attorneys' fees and expenses not to exceed $923,000.00."

A new section 9.16 is added, which provides as follows:

"9.16   Cy Pres. To benefit the absent class members and advance the goals of preventing fraud against small businesses and providing small businesses access to legal services and legal information, Merchant Services Defendants shall pay $200,000.00 to the following organizations, within ten (10) days of the Effective Date:

- $70,000.00 to the Lawyers' Committee for Civil Rights of the Bay Area, Legal Services for Entrepreneurs Program, San Francisco, CA
- $70,000.00 to Start Small Think Big, New York, NY
- $60,000.00 to the National Consumers' League, Washington DC.

Date: December 9, 2013

Respectfully submitted,

**GUTRIDE SAFIER LLP**

/s/ Adam J. Gutride
Adam J. Gutride, Esq.
Seth A. Safier, Esq.
Kristen Simplicio, Esq.
835 Douglass Street
San Francisco, California 94114

Attorneys for Plaintiffs

JONES DAY

/s/ Cary D. Sullivan
Thomas R. Malcolm (State Bar No. 39248)
trmalcolm@jonesday.com
Cary D. Sullivan (State Bar No. 228527)
carysullivan@jonesday.com
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone: (949) 553-7593

STIPULATION REGARDING AMENDMENT TO SETTLEMENT AGREEMENT

Facsimile:  (949) 553-7539

Brian Hershman (State Bar No. 168175)
bhershman@jonesday.com
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071-2300
Telephone:  (213) 243-2445
Facsimile:  (213) 243-2539

Attorneys for Defendants Merchant Services, Inc., Universal Card, Inc., National Payment Processing, Inc., Jason Moore, Eric Madura, Nathan Jurczyk, Robert Parisi, Alicyn Roy and Universal Merchant Services, LLC

BROWN, WEGNER & BERLINER LLP

 /s/ Matthew K. Wegner
Matthew K. Wegner (State Bar No. 223062)
mwegner@bwb-lawyers.com
2603 Main Street, Suite 1050
Irvine, CA  92614
Telephone:  (949) 705-0080
Facsimile:  (949) 794-4099

Attorneys for Defendant Fiona Walshe

I, Kristen G. Simplicio, am the ECF user whose ID and password are being used to file this document.  In compliance with section X(B) of General Order 45, I hereby attest that Cary Sullivan and Matt Wegner concurred in this filing.

*/s/ Kristen G. Simplicio*

- 3 -

STIPULATION REGARDING AMENDMENT TO SETTLEMENT AGREEMENT