IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAINBOW BUSINESS SOLUTIONS, doing business as PRECISION TUNE AUTO CARE; DIETZ TOWING, INC.; THE ROSE DRESS, INC.; VOLKER VON GLASENAPP; JERRY SU; VERENA BAUMGARTNER; TERRY JORDAN; ERIN CAMPBELL; and LEWIS BAE,<br><br>    Plaintiffs,<br><br>  v.<br><br>MERCHANT SERVICES, INC.; NATIONAL PAYMENT PROCESSING; UNIVERSAL MERCHANT SERVICES LLC; UNIVERSAL CARD, INC.; JASON MOORE; NATHAN JURCZYK; ROBERT PARISI; ERIC MADURA; FIONA WALSHE; ALICYN ROY; MBF LEASING LLC; NORTHERN FUNDING, LLC; NORTHERN LEASING SYSTEMS, INC.; JAY COHEN; LEONARD MEZEI; SARA KRIEGER; SAM BUONO; and SKS ASSOCIATES, LLC,<br><br>    Defendants.<br>_____/ | No. C 10-1993 CW<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION<br>(Docket No. 584) |

Plaintiff Erin Campbell has filed a motion for leave to file a motion for reconsideration of the Court's December 20, 2013 order granting in part and denying in part Plaintiffs' motion for class certification. Specifically, Plaintiff seeks leave to ask the Court to reconsider its denial of certification of a SKS Post-Lease Expiration class to pursue a Racketeer Influenced and Corrupt Organizations Act (RICO) claim. Having considered the motion and the record in the case, the Court GRANTS Plaintiff's motion and construes it as her motion for reconsideration. Within seven days of the date of this order, Defendants shall file their response to the motion for reconsideration. Plaintiff may file a

reply within five days thereafter.  The Court will take the matter under submission on the papers.

IT IS SO ORDERED.

Dated: 2/7/2014

CLAUDIA WILKEN
United States District Judge