1  GUTRIDE SAFIER LLP
   ADAM J. GUTRIDE (State Bar No. 181466)
2  SETH A. SAFIER (State Bar No. 197427)
   L. JAY KUO (State Bar No. 173293)
3  KRISTEN G. SIMPLICIO (State Bar No. 263291)
   835 Douglass Street
4  San Francisco, California 94144
   Telephone:  (415) 336-6545
5  Facsimile:   (415) 449-6469

6  Counsel for Plaintiffs

7

8
                   **UNITED STATES DISTRICT COURT**
9                  **NORTHERN DISTRICT OF CALIFORNIA**
                          **OAKLAND DIVISION**
10

11

12 | RAINBOW BUSINESS SOLUTIONS, INC., ET AL.,  |  CASE NO. CV 10-01993 CW
13 |
                    Plaintiffs,              |  JOINT STIPULATION PURSUANT TO
14 |                                             LOCAL CIVIL RULE 6-2(b) TO
        v.                                      EXTEND TIME TO RESPOND TO
15 |                                             PLAINTIFFS' MOTION TO COMPEL
   MBF LEASING LLC., ET AL.,                    AS MODIFIED
16 |
17 |                Defendants.

18

...

28                                                          Case No.  C 10-1993 CW

JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2 TO EXTEND TIME TO RESPOND TO
PLAINTIFFS' MOTION TO COMPEL AND PLAINTIFFS' MOTION TO SANCTION

1    WHEREAS, on February 18, 2014, Plaintiffs filed a motion to compel Leasing Defendants
2    (Northern Leasing Systems, Inc., MBF Leasing, LLC, Northern Funding, LLC, SKS Associates,
3    LLC, Jay Cohen, Sara Krieger, Leonard Mezei and Sam Buono) to produce documents in
4    response to Plaintiffs' Third Set of Requests For Production ("Plaintiffs' Motion");
5    WHEREAS, under the Local Rules, Leasing Defendants' response(s) to Plaintiffs Motions
6    would have been due March 4, 2014;
7    WHEREAS, the parties, through counsel, previously agreed, via joint stipulation pursuant
8    to Local Civil Rule 6-2(b), to extend Leasing Defendants time to respond to Plaintiffs' Motions
9    from March 4, 2014 to March 18, 2014, and to extend Plaintiffs' time to reply to March 25, 2014
10   with a hearing on Plaintiffs' Motion set for April 8, 2014;
11   WHEREAS, the parties, through counsel, continue to meet and confer in good faith to
12   resolve the issues set forth in Plaintiffs' Motion, and have agreed, via joint stipulation pursuant to
13   Local Civil Rule 6-2(b), to further extend Leasing Defendants time to respond to Plaintiffs'
14   Motions from March 18, 2014 to March 28, 2014, and to extend Plaintiffs' time to reply to April
15   2, 2014 with a hearing on Plaintiffs' Motion set for April 14, 2014;
16   WHEREAS, one prior extension with respect to Plaintiffs' Motions has been jointly
17   requested as set forth above;
18   WHEREAS, this schedule will not impact any other scheduled dates;
19   NOW, THEREFORE, IT IS STIPULATED, by and between the undersigned parties
20   through their respective counsel of record, pursuant to Local Civil Rules 6-1(b) and 2(a), that the
21   Court extend Leasing Defendants' time to respond to Plaintiffs' Motions from March ~~28~~ 18, 2014, to
22   ~~April 2~~ March 28, 2014; Plaintiffs shall file and serve their reply by April ~~8~~ 2, 2014; and the hearing on
23   Plaintiffs' Motion shall be April 14, 2014 at ~~1:30~~ 2:00 p.m. before Hon. Magistrate Judge Elizabeth
24   Laporte.
25   DATED: March 18, 2014
26
27
28                                                                                Case No.  C 10-1993 CW

JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2 TO EXTEND TIME TO RESPOND TO
PLAINTIFFS' MOTION TO COMPEL AND PLAINTIFFS' MOTION TO SANCTION

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   |                                                                 |
| 2   | Respectfully submitted,                                         |
| 3   | **GUTRIDE SAFIER LLP**                                          |
| 4   | /s/ Kristen Simplicio                                           |
|     | Adam J. Gutride, Esq.                                           |
| 5   | Seth A. Safier, Esq.                                            |
|     | Kristen Simplicio, Esq.                                         |
| 6   | 835 Douglass Street                                             |
|     | San Francisco, California 94114                                 |
| 7   |                                                                 |
| 8   | Attorneys for Plaintiffs                                        |

MOSES & SINGER LLP

/s/ Scott E. Silberfein
Scott E. Silberfein (*Pro Hac Vice*)
Robert Lillienstein (*Pro Hac Vice*)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 554-7800
Facsimile: (212) 554-7700

JRA LAW PARTNERS, LLP
(FORMERLY COLLETTE ERICKSON
FARMER & O'NEILL LLP)

Rod O. Divelbiss
235 Pine Street, Ste 1300
San Francisco, CA 94104
Telephone: (415) 788-4646
Facsimile: (415) 788-6929

Attorneys for Defendants Sam Buono, Jay Cohen, Sara Krieger, MBF Leasing, LLC, Leonard Mezei, Northern Funding, LLC, Northern Leasing Systems, Inc., and SKS Associates, LLC

Pursuant to Local Civil Rule 6-2(a), and GOOD CAUSE APPEARING THEREFOR,

2    Case No. 10-0-1993 CW

JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2 TO EXTEND TIME TO RESPOND TO
PLAINTIFFS' MOTION TO COMPEL AND PLAINTIFFS' MOTION TO SANCTION

1  **IT IS SO ORDERED**.

2  DATED: March 19, 2014

_____
THE HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

3   Case No. 10-0-1993 CW

JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2 TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL AND PLAINTIFFS' MOTION TO SANCTION