1  ROD O. DIVELBISS (SBN 102345)
   RDIVELBISS@COLLETTE.COM
2  JRA LAW PARTNERS, LLP
   (FORMERLY COLLETTE ERICKSON
3  FARMER & O'NEILL LLP)
   235 PINE STREET, SUITE 1300
4  SAN FRANCISCO, CA 94104
   TELEPHONE: (415) 788-4646
5  FACSIMILE: (415) 788-6929

6

   SCOTT E. SILBERFEIN *(Pro Hac Vice)*
7  MOSES & SINGER LLP
   The Chrysler Building
8  405 Lexington Avenue
   New York, New York 10174-1299
9  Telephone:   (212) 554-7800
   Facsimile:   (212) 554-7700
10

   Attorneys for Defendants Northern Leasing Systems, Inc., MBF
11 Leasing, LLC, Northern Funding, LLC, SKS Associates, LLC, Jay
   Cohen, Sara Krieger, Leonard Mezei and Sam Buono
12

13                **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
14                       **OAKLAND DIVISION**

15

16

| RAINBOW BUSINESS SOLUTIONS, INC., ET AL., | CASE NO. CV 10-01993 CW |
|---|---|
| Plaintiffs, | JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2(b) TO EXTEND RETURN DATE OF PLAINTIFFS' MOTION TO COMPEL |
| v. | |
| MBF LEASING LLC., ET AL., | AS MODIFIED |
| Defendants. | |

Case No.  C 10-1993 CW

JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2 TO EXTEND TIME TO RESPOND TO
PLAINTIFFS' MOTION TO COMPEL AND PLAINTIFFS' MOTION TO SANCTION

1  WHEREAS, on February 18, 2014, Plaintiffs filed a motion to compel Leasing Defendants
2  (Northern Leasing Systems, Inc., MBF Leasing, LLC, Northern Funding, LLC, SKS Associates,
3  LLC, Jay Cohen, Sara Krieger, Leonard Mezei and Sam Buono) to produce documents in response
4  to Plaintiffs' Third Set of Requests For Production ("Plaintiffs' Motion");

5  WHEREAS, under the Local Rules, Leasing Defendants' response(s) to Plaintiffs Motion
6  would have been due March 4, 2014;

7  WHEREAS, the parties, through counsel, previously agreed, via joint stipulation pursuant
8  to Local Civil Rule 6-2(b), to extend Leasing Defendants time to respond to Plaintiffs' Motion
9  from March 4, 2014 to March 18, 2014, and to extend Plaintiffs' time to reply to March 25, 2014
10 with a hearing on Plaintiffs' Motion set for April 8, 2014;

11 WHEREAS, the parties, through counsel, previously agreed, via joint stipulation pursuant
12 to Local Civil Rule 6-2(b), to further extend Leasing Defendants time to respond to Plaintiffs'
13 Motion from March 18, 2014 to March 28, 2014, and to extend Plaintiffs' time to reply to April 2,
14 2014 with a hearing on Plaintiffs' Motion set for April 14, 2014

15 WHEREAS, Leasing Defendants submitted their opposition to Plaintiffs' Motion on
16 March 28, 2014 and Plaintiffs' submitted their Reply on April 2, 2014;

17 WHEREAS the parties, through counsel, have agreed, via joint stipulation pursuant to
18 Local Civil Rule 6-2(b), to further adjourn the hearing on Plaintiffs' Motion from April 14, 2014
19 to May 6, 2014 as a result of: the availability of Leasing Defendants' Counsel due to the Passover
20 holiday; the parties, through counsel, continuing to meet and confer in good faith to resolve the
21 issues set forth in Plaintiffs' Motion; and, Leasing Defendants continuing to produce documents
22 on a rolling basis;

23 WHEREAS, two prior extensions with respect to Plaintiffs' Motions have been jointly
24 requested as set forth above;

25 WHEREAS, this schedule will not impact any other scheduled dates;

26 NOW, THEREFORE, IT IS STIPULATED, by and between the undersigned parties
27 through their respective counsel of record, pursuant to Local Civil Rules 6-1(b) and 2(a), that the

28

Case No. C 10-1993 CW

JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2 TO EXTEND TIME TO RESPOND TO
PLAINTIFFS' MOTION TO COMPEL AND PLAINTIFFS' MOTION TO SANCTION

1 | Court shall adjourn the hearing on Plaintiffs' Motion from April 14, 2014 at 1:30 p.m. to May 6,
  |   2:00 P.M.
2 | 2014 at ~~9:00 A.M.~~ before Hon. Magistrate Judge Elizabeth Laporte.

3 |     DATED: April 8, 2014

6 | Respectfully submitted,

7 | MOSES & SINGER LLP

8 | /s/ Scott E. Silberfein
  | Scott E. Silberfein (*Pro Hac Vice*)
9 | Robert Lillienstein (*Pro Hac Vice*)
  | The Chrysler Building
10 | 405 Lexington Avenue
11 | New York, NY  10174
  | Telephone:  (212) 554-7800
12 | Facsimile:   (212) 554-7700

13 | JRA LAW PARTNERS, LLP
  | (FORMERLY COLLETTE ERICKSON
14 | FARMER & O'NEILL LLP)

15 | Rod O. Divelbiss
  | 235 Pine Street, Ste 1300
16 | San Francisco, CA 94104
  | Telephone:  (415) 788-4646
17 | Facsimile:   (415) 788-6929

18 | Attorneys for Defendants Sam Buono, Jay
19 | Cohen, Sara Krieger, MBF Leasing, LLC,
  | Leonard Mezei, Northern Funding, LLC,
20 | Northern Leasing Systems, Inc., and SKS
  | Associates, LLC

2    Case No.  10-0-1993 CW

JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2 TO EXTEND TIME TO RESPOND TO
PLAINTIFFS' MOTION TO COMPEL AND PLAINTIFFS' MOTION TO SANCTION

**GUTRIDE SAFIER LLP**

/s/ Kristen Simplicio
Adam J. Gutride, Esq.
Seth A. Safier, Esq.
Kristen Simplicio, Esq.
835 Douglass Street
San Francisco, California 94114

Attorneys for Plaintiffs

Pursuant to Local Civil Rule 6-2(a), and GOOD CAUSE APPEARING THEREFOR,

**IT IS SO ORDERED**. AS MODIFIED

DATED: April 11, 2014

_____
THE HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

3     Case No.  10-0-1993 CW

JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2 TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL AND PLAINTIFFS' MOTION TO SANCTION