

FILED

MAY 05 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RAINBOW BUSINESS SERVICES, DBA Precision Tune Auto Care; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> MBF LEASING LLC; et al., <br><br> Defendants - Appellants, <br><br> and <br><br> MERCHANT SERVICES, INC.; et al., <br><br> Defendants. | No. 14-15012 <br><br> D.C. No. 4:10-cv-01993-CW <br> U.S. District Court for Northern California, Oakland <br><br> **MANDATE** |

The judgment of this Court, entered April 10, 2014, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Eliza Lau
Deputy Clerk