IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAINBOW BUSINESS SOLUTIONS, doing business as PRECISION TUNE AUTO CARE; DIETZ TOWING, INC.; THE ROSE DRESS, INC.; VOLKER VON GLASENAPP; JERRY SU; VERENA BAUMGARTNER; TERRY JORDAN; ERIN CAMPBELL; and LEWIS BAE,

    Plaintiffs,

  v.

MERCHANT SERVICES, INC.; NATIONAL PAYMENT PROCESSING; UNIVERSAL MERCHANT SERVICES LLC; UNIVERSAL CARD, INC.; JASON MOORE; NATHAN JURCZYK; ROBERT PARISI; ERIC MADURA; FIONA WALSHE; ALICYN ROY; MBF LEASING LLC; NORTHERN FUNDING, LLC; NORTHERN LEASING SYSTEMS, INC.; JAY COHEN; LEONARD MEZEI; SARA KRIEGER; SAM BUONO; and SKS ASSOCIATES, LLC,

    Defendants.

No. C 10-1993 CW

ORDER DENYING PLAINTIFFS' MOTION TO SEAL (Docket No. 647)

    Plaintiffs have filed a motion to file under seal certain portions of Appendix A to their motion to lift the stay because the redacted information has been designated as confidential by Leasing Defendants.

    Because the public interest favors filing all court documents in the public record, any party seeking to file a document under seal in connection with a non-dispositive motion must demonstrate good cause to do so. Pintos v. Pac. Creditors Ass'n, 605 F.3d 665, 678 (9th Cir. 2010). This cannot be established simply by showing that the document is subject to a protective order or by stating in general terms that the material is considered to be

confidential, but rather must be supported by a sworn declaration demonstrating with particularity the need to file each document under seal. Civil Local Rule 79-5(a).  If a document has been designated as confidential by another party, that party must file a declaration establishing that the document is sealable within four days of the filing of the motion to seal.  Civil Local Rule 79-5(e)(1).

Because Leasing Defendants failed to file a supporting declaration as required by Civil Local Rule 79-5(e)(1), the motion to seal is DENIED.  Plaintiffs shall file an unredacted version of the document in the public record as directed by Civil Local Rule 79-5(e)(2).

IT IS SO ORDERED.

Dated: April 4, 2016

CLAUDIA WILKEN
United States District Judge

2